## ACUERDO DE CONFIDENCIALIDAD Y RECIBO DEL MANUAL

Iniciales: __N.G__ Reconozco que he recibido una copia del Manual del Miembro del Personal de The Cheesecake Factory y otros materiales de capacitación relevantes con mi trabajo. Entiendo que este Manual y otros materiales contienen información importante en cuanto a algunas de las políticas generales del personal de The Cheesecake Factory's y de mis privilegios y obligaciones como miembro del personal de esta Compañía. Reconozco que es mi responsablidad leer y apegarme a los lineamientos de todo el material. Estoy al tanto de que The Cheesecake Factory puede, bajo su propia discreción, cambiar, rescindir o agregar políticas, reglas, beneficios y prácticas descritas en este manual u otros materiales de capacitación y que yo debo apegarme a las nuevas políticas y prácticas.

Iniciales: __N.G__ Entiendo y reconozco que el Manual del Miembro del personal de la Compañía, establece reglas y lineamientos específicos para la conducta del miembro del personal ("Lo Prohibido"). Es mi responsabilidad apegarme a estas reglas y lineamientos, así como a otras reglas y lineamientos que pueda establecer la Compañía de vez en cuando. Entiendo que la "Lista de lo Prohibido" no es una lista minuciosa de conductas prohibidas y que cualquier violación a esta "Lista de lo Prohibido" o de cualquier conducta prohibida, puede dar lugar a una acción disciplinaria la cual puede llevar incluso al despido.

Iniciales: __N-G__ También entiendo que el Manual y otros materiales de capacitación no son ni deben ser considerados un acuerdo o contrato de empleo expreso o implícito. Más aún reconozco y entiendo que mi empleo con The Cheesecake Factory es, y en todo momento será, voluntario. Esto significa que yo tengo el derecho de terminar mi empleo en cualquier momento por cualquier razón y sin motivo. De la misma manera, The Cheesecake Factory puede terminar mi empleo en cualquier momento, por cualquier razón, con o sin motivo.

Iniciales: __N.G__ Entiendo que me darán o estaré expuesto a materiales que son considerados propiedad de la compañía y confidenciales. Tales como el Manual, las Guías de Desrrollo que son de la propiedad exclusiva de The Cheesecake Factory, y son dirigidas para el uso de los miembros del personal exclusivamente. Entiendo que no puedo compartir, vender, fotocopiar, o distribuir ninguno de estos materiales a ningún otro individuo, negocio o corporación, ya sea durante mi empleo o después de éste. También dependiendo de mi puesto, estaría expuesto a recetas y métodos de preparación que son altamente confidenciales y que no puedo revelar o compartir esta información con nadie, o por ninguna razón, ya sea durante mi empleo o después éste. Al firmar este documento, estoy de acuerdo en que no divulgaré las recetas, ingredientes o métodos de preparación, ya sea verbalmente o por escrito, a ninguna otra persona, en ningún momento y por ninguna razón. También entiendo que poseer o tener copias de las recetas para el uso que no sea el de la Compañía o para el uso de otros, es en contra de la política de la Compañía. Al terminar mi empleo, regresaré todas las copias de recetas y métodos de preparación que pudieran estar en mi posesión. Entiendo que estoy ligado a este Acuerdo de Confidencialidad durante y después de mi empleo con The Cheesecake Factory. El no apegarse a este Acuerdo de Confidencialidad podría dar lugar a una acción disciplinaria, despido y/o una acción legal.

Iniciales: __N-G__ Entiendo que The Cheesecake Factory mantiene un Programa escrito de Prevención de Enfermedades y Lesiones (Injury and Illness Prevention Program (IIPP), el cual está de acuerdo con las leyes estatales de Salud y Seguridad Ocupacional, así como con las Ordenes de Seguridad de la Industria en General. El IIPP es administrado en el restaurante por el gerente general, con la asistencia y la guía del gerente de seguridad del restaurante. También entiendo y reconozco que es mi responsabilidad leer la Política de Seguridad de The Cheesecake Factory y apegarme a los requisitos de dicha póliza.

Iniciales: __N-G__ Entiendo y reconozco que la Compañía tiene una política de cero tolerancia a las drogas y al alcohol. Más aún entiendo que de acuerdo con la política de drogas y alcohol de la Compañía, la misma puede hacer análisis a los miembros del personal de quiénes se sospeche que estén usando drogas/alcohol en el trabajo o reportarse al trabajo bajo la incluencia de alcohol o drogas, después de una lesión o accidente relacionado con el trabajo.

© 2005 The Cheesecake Factory Restaurantes, Inc. ♦ Confidential Information ♦ Do not duplicate or distribute outside of this company.

Iniciales: __N.G__ Entiendo y reconozco que la Compañía usa el método de "Cuota en Vigor" para determinar la cuota de tiempo extra aplicable. Entiendo que bajo este método, si yo trabajo dos diferentes clasificaciones, se me pagará 1½ tiempo del salario regular por la clasificación del trabajo que estoy desempeñando en el momento en que soy elegible para la compensación de tiempo extra.

Iniciales: __N.G__ Reconozco que pueden surgir diferencias entre la Compañía y yo, durante y después de mi empleo con la Compañía. Estoy de acuerdo en participar en un procedimiento de resolución de disputa imparcial, como condición de, y consideración de la oferta de empleo con la Compañía. Si yo, o la Compañía, determinamos que los procedimientos internos de la Compañía para manejar los reclamos (incluyen pero no están limitados a reportar los reclamos al gerente, al Director del Area de Operaciones a CARE LINE, y/o al Departamento de Relaciones del Personal), no han dado como resultado una aceptable resolución de una disputa entre la Compañía y yo, yo acepto participar en un arbitraje.

Iniciales: __N.G__ Estoy de acuerdo en reportar al gerente en turno si estoy sintiendo algún síntoma relacionado con las enfermedades causadas por productos alimenticios "Las Cuatro Grandes" u otras enfermedades/condiciones que contribuyan a la contaminación de los alimentos. También estoy de acuerdo en seguir las mejores normas recomendadas para la prevención de estas enfermedades.

Nombre del Miembro del Personal (Letra de Molde): __Noe Gonzalez__

Firma: __Noe Gonzalez__    Fecha: __04/02/09__

Ubicación de The Cheesecake Factory: __Huntington Sta.__

Grupo de Trabajo: _____

**Quite esta página del Manual. Fotocopie esta forma firmada y entréguesela al miembro del personal; coloque el original en el expediente del personal.**