

Stephen Stecker
101 6th Avenue
New York, New York 10013
sstecker@constangy.com
641.341.6554

February 14, 2022

**Via ECF and Email**
Steve Moser
Moser Law Firm PC
5 East Main Street
Huntington, New York 11743
steven.moser@moserlawfirm.com

**Re:   Noe Gonzalez, individually and on behalf of all others similarly situated v. The Cheesecake Factory Restaurants, Inc. d/b/a The Cheesecake Factory, Case 2:21-cv-05017-PKC-SIL – Defendant's Motion to Stay Case and to Compel Individual Arbitration**

Mr. Moser:

As you know, I represent Defendant The Cheesecake Factory Restaurants, Inc. d/b/a The Cheesecake Factory ("TCFI") in this case. Pursuant to the Court's January 28, 2022 Order and Individual Rule 3(D), I am serving you by email with the following papers:

- Notice of Motion to Stay Case and to Compel Individual Arbitration
- Memorandum of Law in Support of Motion to Stay Case and to Compel Individual Arbitration
- Proposed Order Granting Motion to Stay Case and to Compel Individual Arbitration
- Declaration of Barbara Lewis
- Declaration of Barbara Lewis Exhibit A
- Declaration of Barbara Lewis Exhibit B
- Declaration of Barbara Lewis Exhibit C

Please advise if you would like paper copies of the above sent to your office.

On the day the motion is fully briefed, TCFI will electronically file copies of its respective motion papers.

February 14, 2021  
Page 2

Constangy, Brooks, Smith & Prophete, LLP

        Best regards,

        Stephen Stecker  
        Attorney for TCFI