

Stephen Stecker
101 6th Avenue
New York, New York 10013
sstecker@constangy.com
641.341.6554

May 18, 2022

<u>Via ECF</u>
The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** Noe Gonzalez, individually and on behalf of all others similarly situated v. The Cheesecake Factory Restaurants, Inc. d/b/a The Cheesecake Factory, Case 2:21-cv-05017-PKC-SIL – Additional Page for Defendant's Reply In Support of Motion to Stay or Dismiss Case and to Compel Individual Arbitration

Your Honor:

Pursuant to the Court's Individual Practice and Rule 3(B), I respectfully request one additional page of briefing for Defendant's reply brief—i.e., a total of eleven pages for briefing. I am making this request so that I can adequately and properly respond to the arguments in opposing counsel's opposition brief, which is 18 pages and contains 30 footnotes.

Thank you for Your Honor's consideration of the above.

        Respectfully submitted,

        *s/ Stephen Stecker*

        Stephen Stecker
        Counsel for TCFI