**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**                     Case No. 2:21-cv-05017-PCK-SIL
-------------------------------------------------------------- x
NOE GONZALEZ, individually and on behalf of all
others similarly situated,

                                        Plaintiff,

        -against-

THE CHEESECAKE FACTORY RESTAURANTS,
INC. d/b/a THE CHEESECAKE FACTORY,

                                        Defendant.
-------------------------------------------------------------- x

<u>**DECLARATION OF BARBARA LEWIS**</u>

I, Barbara Lewis, make this declaration under 28 U.S.C. § 1746.

1.      I have worked for The Cheesecake Factory Restaurants, Inc. d/b/a The Cheesecake

Factory ("TCFI") for over 25 years. I started with TCFI in 1995 as a Restaurant Bookkeeper. In

1997, TCFI promoted me to Director of Accounting and Corporate Operations Support. I served

in this position until 2020 when TCFI promoted me to Director of Payroll. I currently work in this

position.

2.      As Director of Accounting and Corporate Operations Support from 1997 to 2020,

I was responsible for hiring, supporting, and training bookkeepers in TCFI's restaurants. Under

my direction and supervision, the bookkeepers at the restaurants handled all employment

paperwork at the restaurant including onboarding paperwork. I supported the processes and

procedures concerning the bookkeepers' handling of employment paperwork. Through this role, I

became familiar with and knowledgeable about TCFI's arbitration agreements with employees

including the "roll-out" of those agreements.

3.      Plaintiff Noe Gonzalez worked as a cook at TCFI's restaurant at the Walt Whitman Mall, 160 Walt Whitman Road, Huntington, New York 11746 ("Huntington Restaurant"). Mr. Gonzalez began working at the Huntington Restaurant in April 2009. He worked there until March 2021.

4.      Like all other employees at TCFI's restaurants in New York State, Mr. Gonzalez went through an onboarding process and was provided physical copies of several important employment documents. One of those documents was TCFI's employee handbook. At the end of the employee handbook was a two-page acknowledgment form. The form contained nine paragraphs. The employee was required to sign their initials next to each paragraph. At the end of the nine paragraphs was an additional acknowledgement section. In this section, the employee was required to print their name, sign their name, provide the date, and identify their restaurant location.

5.      The eighth paragraph of the employee handbook acknowledgement form states the following: "I recognize that differences may arise between me and the Company during, or following, my employment with the Company. I agree to participate in impartial dispute-resolution proceedings as a condition of and as consideration for the offer of employment by the Company. If I, or the Company, determine that the Company's internal procedures for handling claims (including but not limited to, reporting claims to my manager, the Area Director of Operations, the CARELINE, and/or the Staff Relations Department), have not resulted in a mutually acceptable resolution of disputes between me and the Company, I agree to participate in arbitration proceedings." During the onboarding process, new hires were notified that the foregoing paragraph required mandatory individual arbitration for any disputes that arose during employment. They were also notified that their offer of employment and continued employment was expressly conditioned on them agreeing to the foregoing paragraph. If an employment dispute arose and the

matter went to arbitration, the parties would agree on arbitration through either AAA or JAMS with the rules of the agreed-upon forum to apply and with TCFI to pay all of the arbitration costs at its sole expense.

6.      The employee handbook has both English and Spanish language versions. New hires whose primary language was Spanish were provided the Spanish language version of the employee handbook. The Spanish language version of the employee handbook is a literal word-for-word translation of the English version. TCFI uses a third-party translation service to translate the employee handbook from English to Spanish. Accordingly, the two-page acknowledgment form in Spanish is exactly the same as the English version of the two-page acknowledgment form.

7.      Attached as Exhibit A is a true and correct copy of the English language version of the employee handbook that was operative as of April 2009. Attached as Exhibit B is a true and correct copy of the Spanish language version of the employee handbook that was operative as of April 2009 and that was provided to Mr. Gonzalez at the start of his employment. Attached as Exhibit C is a true and correct copy of the Spanish language version of the employee handbook acknowledgement form that was provided to Mr. Gonzalez at the start of his employment with his agreement to the terms in the form being an express condition of his offer of employment and continued employment. As one can see, Mr. Gonzalez signed his initials "N.G." next to every one of the nine paragraphs (including paragraph eight) and also printed his name, signed his name, provided the date, and identified his restaurant location.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON FEBRUARY ⏌⏌, 2022**

Barbara Lewis

# Exhibit A

# STAFF MEMBER HANDBOOK



The Cheesecake Factory®

May 2005

# WHAT'S IN YOUR CHEESECAKE FACTORY HANDBOOK

| Topic | Page Number |
|-------|-------------|

WELCOME TO THE CHEESECAKE FACTORY! ....................................................... 3

THE IMPORTANCE OF THE CHEESECAKE FACTORY VALUES AND CULTURE....................... 5

MISSION, VISION & VALUES........................................................................ 7

OUR COMMITMENT TO EXCELLENCE............................................................... 9

THE CHEESECAKE FACTORY NATION-WIDE ...................................................... 11

THINGS YOU NEED TO KNOW ...................................................................... 13

OUR EXPECTATIONS OF YOU ....................................................................... 15

DIMENSIONS OF PERFORMANCE................................................................... 17

THE CHEESECAKE FACTORY IMAGE............................................................... 21

TAKING CARE OF EACH OTHER.................................................................... 24

THE FORBIDDEN..................................................................................... 27

THE SHIFT ........................................................................................... 28

MONEY, MONEY, MONEY ........................................................................... 31

OPPORTUNITIES FOR GROWTH..................................................................... 34

RECOGNIZING YOUR COMMITMENT TO SERVICE ................................................ 35

YOUR BENEFITS – HOURLY STAFF MEMBERS ................................................... 37

HEALTH, SAFETY & SANITATION................................................................... 45

SUMMARY OF PLAN INFORMATION (FROM SPD) ............................................... 51

ANTI-HARASSMENT AND NON-DISCRIMINATION POLICY STATEMENT ......................... 57

A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT .................... 61

CONSUMER REPORT AND INVESTIGATIVE CONSUMER REPORT DISCLOSURE AND AUTHORIZATION................................................................................... 63

HANDBOOK RECEIPT & CONFIDENTIALITY AGREEMENT........................................ 65

© 2005 The Cheesecake Factory Restaurants, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

# WELCOME TO THE CHEESECAKE FACTORY!

On behalf of everyone at The Cheesecake Factory Restaurants, Inc., welcome to our Company and thank you for joining our team!

At The Cheesecake Factory, we strive to achieve our mission, "To create an environment where absolute guest satisfaction is our highest priority." To help ensure that our mission is a daily reality, we began our "Commitment to Excellence" program in 2004. This program outlines Our Company Promise, Our Staff Promise and Our Commitments. As you read through your handbook and begin working at The Cheesecake Factory, you will learn more about them. During daily Staff Alignments, we will discuss how our Commitments guide our everyday interactions with guests, managers and each other. In addition, our "open door" policy has created an atmosphere where you can come to us at anytime and voice your concerns, opinions and suggestions.

Working together as a team, learning from one another, sharing experiences, and caring for the needs of our guests are integral parts of all of our jobs. We show our dedication everyday by providing quality food and graciously serving our guests, who have helped make us the casual dining industry leader.

We are delighted that you've decided to work for our dynamic, fast paced and continually growing organization. Again, welcome to The Cheesecake Factory!

Best Wishes,

David Overton
Founder, Chairman and CEO
The Cheesecake Factory Incorporated

© 2005 The Cheesecake Factory Restaurants, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

# The Importance of The Cheesecake Factory Values and Culture

We inherited a tradition of excellence that began in 1972 with our founders, Oscar and Evelyn Overton. Their values formed the cornerstones of our culture and continue to define the character and nature of our Company today.

These values guide our behavior, bind us together and provide a framework for making decisions – defining the right courses of action. We set our objectives, formulate our strategies and judge our results consistent with these values.

Although our Company operates in an ever-changing environment, our values remain constant. They do not shift with time or circumstance, waver under pressure or out of convenience. We must follow and reinforce them in all areas of our business, regardless of position or title.

Dedication to these values will enable us to meet the daily obligation we have to preserve and enhance The Cheesecake Factory name and all that it represents. Defending and upholding these beliefs will guarantee a continuing legacy of excellence for future generations of staff members, guests and shareholders.

In keeping with the tradition and spirit of The Cheesecake Factory we are committed to:

| | |
|---|---|
| **Quality in Everything We Do** | **High Performance** |
| **A Passion for Excellence** | **Service-Mindedness** |
| **Integrity, Respect and Responsibility** | **Dynamic Leadership** |

**People - Our Greatest Resource**

As you review this handbook, you will learn more about how we manifest these values at The Cheesecake Factory.



© 2005 The Cheesecake Factory Restaurants, Inc.  ¨  Confidential Information  ¨  Do not duplicate or distribute outside of this company.

© 2005 The Cheesecake Factory Restaurants, Inc.  ¨ Confidential Information  ¨ Do not duplicate or distribute outside of this company.



## Mission, Vision & Values

### Our Mission

To create an environment where absolute guest
satisfaction is our highest priority.

### Our Vision

Through a shared commitment to excellence, we are
dedicated to the uncompromising quality of our food,
service, people, and profit, while taking exceptional
care of our guests and staff.  We will continuously
strive to surpass our own accomplishments and be
recognized as a leader in our industry.

### Our Values

Quality in Everything We Do
A Passion for Excellence
Integrity, Respect, and Responsibility
People – Our Greatest Resource
Service Mindedness
Dynamic Leadership
High Performance

© 2005 The Cheesecake Factory Restaurants, Inc.  ¨ Confidential Information  ¨ Do not duplicate or distribute outside of this company.

# MORE ON OUR VALUES

## Quality in Everything We Do

Quality is more than a word we use to describe our food and service. It is a philosophy that affects everything we do.

Quality is never an accident. It is always the result of high standards, sincere effort, intelligent direction, and skillful execution. It represents the wise choice of many alternatives.

Our commitment to quality distinguishes us from our competitors and must never be compromised. "Our brand is our promise." We must run our business impeccably with meticulous attention to detail to ensure our place among America's best and longest lasting Companies.

## A Passion for Excellence

Passion fuels our commitment to the endless quest for excellence. This passion must permeate throughout our Company. We must think creatively, embrace change and continuously improve upon past accomplishments. We must grow our knowledge, learn from our mistakes and aggressively pursue new ideas and innovations.

Though we may be better today than we were yesterday, we are not as good as we must become. Our passion drives us to persevere – to meet all challenges with enthusiasm – to achieve the unachievable. We will succeed as a result of our passion for excellence.

## Integrity, Respect and Responsibility

We are committed to doing what is right without exception. We must be honest, treat others with respect and dignity and honor our commitments and obligations.

Every decision we make and every action we take must follow the highest ethical and professional standards. We will strive to close the gaps between our principles and practices – our actions must reflect our words.

Out of a deep respect for all individuals and for the communities of which we are a part, we will treat others, as we would like to be treated.

## People – Our Greatest Resource

Outstanding people make it all happen – they will lead us towards the future. Each individual's efforts and skills are necessary to the success of our Company as a whole. Everyone's contribution is valuable.

We are committed to creating an energized, rewarding, safe and healthy work environment where each of us has the opportunity to offer new ideas in an unrestricted manner. Effectiveness increases when we encourage the opinions of others and share responsibilities as a team.

We recognize individual accomplishments and provide opportunity for growth as a reward for outstanding performance. When we treat our staff members like our most precious resource and not as expendable commodities, we instill pride, commitment and a sense of ownership – and make our organization the best it can be.

## Service-Mindedness

We are dedicated to unparalleled hospitality and genuine care of our guests. The reason we exist as a Company is to provide absolute guest satisfaction.

We recognize that we are all linked together in the service process -- that each of us plays a distinct and vital role in delivering The Cheesecake Factory promise of caring service. The entire Company must actively participate and constantly seek service opportunities.

A mindset of being "of service" must flow throughout our organization. We have a responsibility to support and serve one another, because ultimately we are all serving our guests.

## Dynamic Leadership

As leaders of our Company, we must have dynamic energy and the ability to energize others. We must be open to new ideas from anywhere, have the self-confidence to involve everyone and be able to acknowledge our own shortcomings. We must foster mutual trust, resist bureaucracy and avoid internal politics.

As leaders we are committed to the success of others. We develop highly skilled and motivated teams. We establish clear expectations, give honest feedback and set goals for individuals that tie into the Company's objectives as a whole. With a clear vision, we inspire people at all levels of our organization.

As leaders, we embrace our mission and values and lead by example. We find the balance between head and heart as well as people and profit. Dynamic leadership transforms our vision into reality.

## High Performance

We are dedicated to maximum levels of performance and productivity in all areas of our business. To drive the success of our Company, we must set aggressive goals, focus on results and hold ourselves accountable. We will approach our work with a sense of urgency and dissatisfaction with the status quo.

We have an obligation to earn a profit in order to remain in business and grow – but it must be "Quality Profit." We must never jeopardize our future for short-term gain. We will balance our need for current earnings with our desire for consistent long-term profitability.

We all will be challenged to achieve these goals.

# Our Commitment to Excellence

## Our Company Promise

As a member of our team, you are part of an innovative, energetic, world-class organization dedicated to hospitality and the genuine care of our guests.

We will treat you with respect and dignity and honor our commitments to you.  You are our most valuable resource.  We are committed to your success and will nurture your skills and talent.

We will recognize your accomplishments and support you, as you serve our guests and each other.

## Our Staff Promise

As a staff member, I am here to provide exceptional service to our guests.  By using my skills and talent, I will do everything I can to fulfill our goal of absolute guest satisfaction.

I promise to support my team and contribute to a fun, friendly and fast-paced environment without compromising quality.

I will treat others with fairness and respect while upholding our standards and values.  I will learn all that I can, embrace change, and welcome support and guidance from my team.

## Our Commitments

Our Commitments describe how we interact with our guests, managers and each other.  They guide our actions and the decisions we make each day.  By honoring these commitments, we preserve our culture, take exceptional care of our guests, and deliver excellence.

### 1. Our Mission

Our mission defines our purpose.  We will all demonstrate our commitment and responsibility for absolute guest satisfaction.

### 2. Our Vision

Our vision describes what we strive to achieve.  By taking exceptional care of our guests and each other, we turn our vision into reality. Let our dedication to quality and excellence inspire us to make our restaurant the best it can be.

### 3. Our Values

Our values guide our actions and enable us to work together toward a common goal.  They are the foundation of our Company and define our culture.  They help us make good decisions that will ensure our future success.

### 4. Our Promises

Our promises define the commitments we make to our guests, each other and the Company.  They describe our shared expectations and set the tone for our interactions.  By fulfilling our promises, we help create a positive environment where each person is respected and supported.

### 5. Achieve Excellence

We are dedicated to exceptional food, service and hospitality.  A shared passion for excellence drives our success.

### 6. It's All in The Details

Excellence is in the details—they set us apart.  Whether greeting a guest, preparing a recipe, or maintaining a beautiful environment, it's the little things we do that add up to a great guest experience.

### 7. Every Guest is Your Guest

Know that you have the power to make every guest's experience special.  When you see the opportunity to do something for a guest or teammate, do it!

### 8. Do the Right Thing

We will perform our work with honesty and integrity.  Every action we take must follow the highest professional standards.  Do the right thing, even when no one is watching.  Never compromise the quality of our food and service.

© 2005 The Cheesecake Factory Restaurants, Inc.  ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

## 9. Represent Your Company
You are an ambassador of The Cheesecake Factory.  Speak positively and share your pride in our phenomenal food, service and restaurant at all times.

## 10. Look the Part
Take pride in your personal appearance.  Be well groomed and in proper attire, according to our standards.  Have a positive attitude and friendly smile, ready to serve our guests.

## 11. Words Matter
Be friendly and polite in every interaction.  Use sincere words that show you care.  Whether you're communicating with guests or teammates, make each person feel special.

## 12. Be the Best You Can Be
Strive to be better today than you were yesterday.  Hold yourself accountable to high standards.  Learn as much as you can and meet challenges with enthusiasm.

## 13. Maintain High Energy
Let your enthusiasm and excitement energize the team and strengthen the restaurant.  Approach your work with focus and a sense of urgency.  Communicate through your actions that guests' needs are important and you value their time.

## 14. Last Line of Defense
Each of us is responsible to protect the guest experience.  Before serving any item, ensure that it's of the highest quality, prepared properly, and served with everything our guests need.

## 15. Do Whatever it Takes
Make certain each guest enjoys our food, service and hospitality.  Whether we need to make an item again or apologize for a mistake, go the extra mile and never let a guest leave unhappy.  Do whatever it takes—one guest at a time, one meal at a time.

## 16. Speak Up
Communicate anything that stands in the way of fulfilling our guests' happiness or the team's success.  Whether it's the tools you need to do your job, a safety concern or a guest request—speak up and let someone know about it.

## 17. Support Your Team
We are strongest when we work together!  Share responsibility for your team's success—offer support and ask for help when needed.  Speak well of your teammates and let them know you appreciate them.

## 18. Work Clean and Be Safe
Protect our guests and team by practicing the highest standards of safety, cleanliness and sanitation.  Be alert—help keep everyone healthy and accident free.

## 19. Care For Your Restaurant
Help maintain a "like new" restaurant—keep it clean and beautiful.  Be responsible for your equipment and surroundings.  Let someone know when something needs attention or repair.





© 2005 The Cheesecake Factory Restaurants, Inc.  ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

# The Cheesecake Factory Nation-Wide

| | | | | | |
|---|---|---|---|---|---|
| Alabama | Arizona | California | Colorado | District of Columbia | Florida |
| Georgia | Hawaii | Illinois | Indiana | Iowa | Kansas |
| Kentucky | Maryland | Massachusetts | Minnesota | Missouri | Nevada |
| New Jersey | New York | North Carolina | Ohio | Pennsylvania | Rhode Island |
| Tennessee | Texas | Virginia | Washington | Wisconsin | **...and more to come!** |



## The Cheesecake Factory Inc.
## Corporate Support Center

26901 Malibu Hills Road

Calabasas Hills, CA  91301

Phone Number:  (818) 871-3000

Fax Number:  (818) 871-3100

## Your Location

Restaurant: _____

General Manager: _____

Address: _____

Phone: _____

Fax: _____

## Restaurant Hours

The closing hours of each restaurant are flexible.  If the restaurant is still busy at the scheduled closing time, staff members may be directed to stay later than the scheduled time out.  The minimum hours that we are open to the public are:

11:30 a.m. to 11:00 p.m., Monday through Thursday
11:30 a.m. to 12:30 a.m., Friday through Saturday
10:00 a.m. to 11:00 p.m., Sundays

For the purposes of scheduling and timekeeping, the Company's workday starts at 6:00 a.m. and ends 24 hours later at 5:59 a.m. the next day.

© 2005 The Cheesecake Factory Restaurants, Inc.  ¨  Confidential Information  ¨ Do not duplicate or distribute outside of this company.
**Page 11**

© 2005 The Cheesecake Factory Restaurants, Inc.  ¨ Confidential Information  ¨ Do not duplicate or distribute outside of this company.

# THINGS YOU NEED TO KNOW

## Introduction to Your Handbook

We have prepared this Handbook to provide you with an overview of important information.  Included here are some of our employment practices, as well as some of your privileges and responsibilities.  You should read all sections and ask questions along the way!  We want you to familiarize yourself with the information in this Handbook, and we hope that you will feel free to offer your comments, suggestions and ideas.  If you have difficulty understanding anything contained in this Handbook, please ask a manager to assist you.

Other than your at-will employment status, The Cheesecake Factory reserves the right to change or revise policies, procedures and benefits described in this Handbook as the need arises.  We review our employment practices, benefits packages and other policies on an on-going basis and consider changes that will benefit our staff, guests and/or business.  If material changes to our policies and/or benefits are made, you will be notified

This Handbook is provided as a guide that you may use to familiarize yourself with the Company.  The Handbook is not, nor should be, considered to be an agreement or contract of employment, express or implied, or a promise of treatment in a particular manner in any given situation.  This Handbook states only general Company Policies and Guidelines.

## At Will Employment Status

We hope that you will find your employment relationship with The Cheesecake Factory satisfying and rewarding.  At the same time, we recognize employment relationships are not always mutually satisfactory.

To protect both parties' rights, employment at The Cheesecake Factory is at the mutual consent of the staff member and the Company.  Accordingly, either the staff member or the Company can terminate the employment relationship at will, at any time, with or without cause or advance notice.

Furthermore, no staff member or representative of the Company, other than the Chief Executive Officer (CEO) of The Cheesecake Factory Incorporated, has any power or legal authority to alter the at-will nature of the employment relationship.  The CEO can alter the nature of the employment relationship only if he expressly does so in a written agreement that is signed by both the CEO and the affected staff member.

## Communication with Management and the Audit Committee

The Company encourages staff members to communicate any questions, complaints or concerns arising as to the accuracy, quality, timeliness, or effectiveness of any aspect of the Company's financial reporting or internal control processes directly to the Company's Chief Executive Officer (CEO), Chief Financial Officer (CFO) or General Counsel.  If a material mistake in any financial disclosures previously filed with, or submitted to, the SEC is discovered, such mistake should be immediately brought to the attention of the CEO or CFO.

In addition, you may submit complaints or concerns regarding financial statement disclosures, accounting, internal accounting controls, misuse or inappropriate use of Corporate assets or auditing matters to the Audit Committee of the Board of Directors, in a sealed envelope, addressed to the Chairperson of the Audit Committee, c/o General Counsel, 26901 Malibu Hills Road, Calabasas Hills, CA  91301.  Please mark the envelope "To be opened by the Audit Committee only."

If you would like to discuss any matter with the Audit Committee, you should indicate this on your submission and include a telephone number where you might be contacted if the Audit Committee deems it appropriate.  Your identity will be kept confidential unless you expressly waive confidentiality in your submission.

The Audit Committee shall review and consider any such complaints or concerns that it has received and take any action that it deems appropriate in order to respond thereto.

© 2005 The Cheesecake Factory Restaurants, Inc.  ¨  Confidential Information  ¨  Do not duplicate or distribute outside of this company.

## Statement of Equal Opportunity Employment and Non-Discrimination

Our policy is to provide employment, promotional opportunities, training, compensation, benefits, and all other conditions of employment, without regard to race, sex, sexual preference, color, religion, national origin, age, medical condition, marital status, citizenship, ancestry, or disability.  The Cheesecake Factory does not maintain an English only work rule.  We strive to hire and develop the best-qualified people, basing our judgment on job-related criteria (please refer to "Dimensions of Performance" in this Handbook).

We have a strong commitment to maintain a positive, productive and professional work environment.  Our belief is that you should be treated with respect.  Our policies do not condone and will not tolerate conduct that abuses dignity through ethnic, sexual, racial, religious slurs, jokes or comments, or any other forms of discrimination or harassment.  Your responsibility is to communicate any perceived discrimination or harassment to any member of your management team and/or the staff relations' department at the Corporate Support Center immediately, so that appropriate action may be taken.  You may also report any concerns to the CARELINE.

Federal law requires us to verify each new staff member's identity and legal authority to work in the United States.  All offers of employment are conditioned upon the receipt of satisfactory evidence of your identity and legal authority to work in the United States.

## Introductory Period and Employment Status

The first 90 days of your employment is considered your introductory period.  This "getting acquainted" time gives us the chance to determine your ability to perform your job, and provides you with the opportunity to decide if you are satisfied with your position.

We expect that you will work hard during this period so we can accurately assess your ability to adequately perform your job and meet The Cheesecake Factory standards.  In some cases, the introductory period may be shortened or extended.  If we determine, in our sole discretion, that you are not meeting our defined standards, or if there are job performance or misconduct issues, we may choose to extend the introductory period, or we may choose to discontinue the employment relationship.

## Employment Verifications

The Cheesecake Factory partners with an outside company to answer all verification of employment requests.  You may need to provide your employment or payroll information to a third party when you want to buy a new car, rent an apartment, submit information for immigration purposes, or other reasons.

The system is automated, which allows you or your requestors to retrieve employment and/or payroll verification via the Internet, fax or phone in just minutes. The benefits of this automated system include:
♦  24 hour request availability
♦  Faster response/faster approval
♦  Toll-free customer service support
♦  Complete confidentiality and control because only YOU can authorize access to your confidential wage and payroll information

There is a fee for your authorized requestor to obtain your employment and/or payroll verification via the phone or the Internet.  For more information about this program, and to obtain a brochure, please see your OST.

## Your Paperwork

During your hiring process with The Cheesecake Factory you will be required to sign forms acknowledging that you have received and read the information provided in this handbook.  These may include forms such as the Anti-Harassment and Non-Discrimination Policy, Fair Credit Reporting Act, Consumer Report and Investigative Consumer Report Disclosure and Authorization, and the Handbook Receipt and Confidentiality Agreement.

Occasionally, we will re-circulate a new or existing document for you to read and re-sign.  We do this as a reminder of important policies and employment requirements.

# OUR EXPECTATIONS OF YOU

## Required Permits or Certifications You May Need to Perform Your Job

Local or state law requires staff members in certain positions to hold special certifications, licenses or permits, to include a Health Card, Training for Alcohol Management Card and INS work authorization. In addition, the Company may require certain staff members' positions to be certified in food safety through private programs such as ServSafe. It is your responsibility to obtain and maintain valid certifications, licenses and permits for the position you hold at the Company, at your cost. You are required to have all valid work authorization cards on your person at all times while on duty.

If a certification, license or permit is required for your position, it is a condition of any job offer extended to you by the Company that you obtain such permit prior to starting work. Your failure to maintain a valid certification, license or permit, if required for your position, may prevent you from current or continued employment.

## Personal Information

Please help us keep your personnel file current. Immediately report any change of status, including address, phone number, marital or dependent status, to your OST. If you leave the Company and change your address, be sure to let us know so we can mail your year-end W-2 to you for income tax purposes.

Your personnel file is available for review at reasonable times upon request. Please see your General Manager to make an appointment for a file review.

## Quizzing Standards

Staff level positions require training and your hard work and effort to learn our methods, procedures, menu items, and all of the things that make our restaurants special. In many instances, you will be quizzed to verify that you have acquired the knowledge and skills necessary to perform your job to our standards. We require staff members to achieve a 90% passing score or better on each quiz. We will provide the materials, training, study time at work, and other tools to assist you.

If you require a special accommodation, please contact your trainer and/or manager prior to taking the quiz. If you do not achieve a passing score upon retake, your employment may be terminated and you will not be eligible for rehire consideration with the Company for a 60-day period. Any inappropriate conduct, including "cheating" during quiz taking is grounds for disciplinary action, up to and including discharge.

## Personal Telephone Calls

Our published telephone numbers are for business use only and for our guests' convenience. Calls by your family and friends while you are at work not only tie up these lines, but also take you away from your guests and your work duties. Please discourage all incoming calls to you while you are on the job. You may make outside calls before or after your shift or during an approved break. Public pay phones are provided for this use.

If you carry a pager, please set it for a non-audible alert and wear it so that it is not in view of our guests. If you receive pages that become disruptive to your work performance, we may ask you to refrain from carrying a pager or other electronic device while on duty.

Cellular phones are disruptive and not part of your Cheesecake Factory attire. Please do not carry them with you when working your shift. The Company reserves the right to prohibit the carrying and use of pagers, cell phones or other electronic devices during working hours.

## Confidentiality of Recipes and Methods



Our delicious menu items, along with our fabulous service, keep our guests coming back again and again!  We can't afford to compromise any aspect of what makes The Cheesecake Factory so very special.  As a result, we require and maintain strict confidentiality of our menu items, recipes, preparation methods, training materials, and other proprietary, non-public information.

Recipes and preparation methods are Company property and may not be shared, divulged, sold, or given to any person, business or entity outside our Company or used for any purpose other than authorized Company business.

You may be exposed to our recipes and/or preparation methods for menu items, including drinks, meal items and/or desserts.  You have a responsibility to protect and preserve the confidentiality of our recipes and all other "confidential information." Any breach of confidentiality will lead to disciplinary action, up to and including discharge, and in certain cases, civil action.

## Non-Solicitation

During working hours and while on duty, we ask that you not solicit fellow staff members, managers, vendors or guests for any outside social activities, organizations, religious groups, or other non-Cheesecake Factory events. Please do not distribute or post materials in the work area or on bulletin boards unless approved by your general manager.

If you feel that you are being harassed in any way by a staff member who is soliciting you for any reason, please report this to a member of your management team immediately, and we will take appropriate action.

# DIMENSIONS OF PERFORMANCE

Welcome to The Cheesecake Factory team!  At The Cheesecake Factory, we pride ourselves on serving great food and giving great service.  Only you can make that possible.  The fact that you have been hired means that you are very special.  But the hard part isn't over yet.  We have very high standards, and many of you will need to undergo training and pass extensive quizzing before you can proceed.

Below are some of the high standards, what we call "Dimensions of Performance," that we have established for our Cheesecake Factory staff members.  You'll notice that we have divided these lists into two categories: One is for front of the house positions, such as servers, front desk, bussers, bartenders, and bakers.  The second list applies to Kitchen positions, including line cooks, prep cooks, dishwashers, stewards, and cleaners.  It's important that you understand and aspire to each and every performance dimension, as these will be the criteria that you are measured against.  Please read through each of your performance dimensions and feel free to ask your manager if you have any questions.

## Front of the House - Dimensions of Performance

**Guest Experience:**
- Providing a great guest experience is always the number one priority.
- Greets every guest with genuine enthusiasm and warmth.
- Greets all regular guests in a friendly and personalized manner.
- Gives "great face" and has "three-second likeability."
- Offers to tour guide The Cheesecake Factory experience.
- Knows the details of all products, talks about them, encourages guests to try new items, follows-up and suggests what guests might try next time.



- Ensures total guest satisfaction through accuracy, positive listening, speed, technical proficiency, and follow-up.
- Creates a special experience for each guest.
- Contributes to an upbeat environment for guests.
- Adjusts pace and style of service to each guest.
- Reads guests, inquires about quality of experience and takes appropriate action on feedback.
- Anticipates the needs of guests and does whatever possible to make them happy.
- "No problems" special requests whenever possible.
- "I'm so sorries" any guest problem and quickly handles minor ones.
- Communicates guest problems to managers.
- Communicates with managers about anything that could affect the guests' experience.
- Cares for the needs of guests.
- Gives great final *schmooze*.

**Team Experience:**
- Is respectful and caring toward other staff members.
- Makes new staff members feel welcome.
- Practices harmony between work groups in the front and between Front of the House (FOH) and kitchen.
- Works to solve problems with other staff members.
- Fully performs own responsibilities.
- Does whatever is asked in order to take care of the guests and the restaurant.
- Practices full-hands in, full-hands out.
- Able to work station and maintain standards throughout shift.
- Sees what needs to be done in order to have a great shift and does it.
- Performs his/her share of sidework and assists others with theirs when needed.
- Covers shifts when needed and fills in where needed.
- Proactively seeks help from the right person.
- Is fun to work with.
- Maintains a high level of positive energy throughout every shift.
- Helps recruit high quality staff members.
- Is a team player.
- Uses "excuse me," "thank you," "please," and "I'm sorry" with fellow staff members.

*© 2005 The Cheesecake Factory Restaurants, Inc.  ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.*

**Financial Results:**
   ♦   Suggests items that complement and complete the guests' experience.
   ♦   Builds guests' menu awareness and understanding of the Company experience.
   ♦   Delivers the full Cheesecake Factory experience each time, every time.
   ♦   Works to minimize waste of controllables.
   ♦   Understands and acts on his/her responsibility to manage costs.

**Quality of Operations:**
   ♦   Ensures proper sequence of service.
   ♦   Takes care of Cheesecake Factory property.
   ♦   Properly operates and maintains equipment and supplies.
   ♦   Practices excellent safety habits.
   ♦   Strictly adheres to sanitation standards at all times.
   ♦   Takes ownership of overall cleanliness of restaurant.
   ♦   Practices "clean-as-you-go" at all times.
   ♦   Keeps work area clean and organized.
   ♦   Quickly handles spills and breakage.
   ♦   Practices last line of defense by insisting that everything meet specs and standards.

**Character, Stewardship and Integrity:**
   ♦   Upholds Company standards for performance, maturity and integrity.
   ♦   When on the job, treats the Company as highest priority.
   ♦   Mentally and physically prepared to work at scheduled time and in proper attire.
   ♦   Meets all Company standards for grooming and personal hygiene.
   ♦   Attentively attends all mandatory meetings.
   ♦   Learns and embraces Cheesecake Factory procedures and techniques.
   ♦   Works to improve skills.
   ♦   Takes the initiative for own growth and development.
   ♦   Offers suggestions to improve the restaurant.
   ♦   Is truthful and honest at all times.
   ♦   Handles Company funds accurately and honestly.
   ♦   Protects the cash of other staff members.
   ♦   Respects and protects the property of guests.
   ♦   Works well without close supervision.
   ♦   Treats Cheesecake Factory as a long-term relationship.
   ♦   Responds positively to extraordinary circumstances in the restaurant.
   ♦   Is the kind of person with whom other staff members want to work.
   ♦   Is a role model for other staff members.

© 2005 The Cheesecake Factory Restaurants, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

# Kitchen - Dimensions of Performance



## Guest Experience:

- Providing a great guest experience is always the number one priority.
- Prepares food that looks, smells, feels, and tastes right every time.
- Treats each plate as a special meal for each guest.
- Has a "no problem" response to special guest requests, modifiers, CSVR, on the fly, and refires.
- Anticipates and communicates with management about anything that could impact the guest.
- Maintains professional image and behavior for the guests at all times.
- Converses comfortably with guests, when applicable.

## Team Experience:

- Is respectful and caring toward other staff members at all times.
- Communicates and coordinates with other staff members and expo manager.
- Practices harmony in the kitchen and between the Front of the House and kitchen.
- Works well with people from diverse backgrounds and experiences.
- Seeks opportunities to train others.
- Is a willing and competent trainer.
- Gives honest and accurate information to the expo.
- Prepares staff food to the same standards as guest food.
- Takes initiative to assist other staff members without being asked.
- Makes new staff members feel welcome.
- Willingly assists where and when needed and comes into work when short-handed.
- Proactively seeks help from the right person before there is a problem.
- Is productive and fun to work with.
- Praises contributions of other staff members.
- Helps recruit high quality staff members.
- Is a team player.

## Quality of Operations and Contribution To Cost Control:

- Insists that all products, equipment, and chemicals meet specs.
- Properly orchestrates station.
- Maintains high quality standards and efficient production times.
- Chooses food quality over production speed at all times.
- Line checks own station.
- Owns food quality until it pleases our guests.
- Strictly adheres to recipes and cooking procedures.
- Practices accurate portion control and proper product rotation.
- Ensures accuracy of orders.
- Able to work station and maintain high food quality standards throughout shift.
- Properly operates and maintains equipment, utensils and smallwares.
- Minimizes waste on station and communicates waste to a member of kitchen management.
- Achieves food cost through food quality, sanitation and other proper food handling methods.
- Properly times food on same ticket to be in the window at the same time.
- Properly rotates all food products and service ware.
- Practices professional sensitivity in the preparation and handling of food.
- Communicates and anticipates stock levels to avoid 86'd items.
- Takes ownership of overall cleanliness of kitchen.
- Consistently practices excellent sanitation and safety habits.
- Keeps station sanitized and zoned and communicates needed repairs immediately.
- Practices "clean-as-you-go" at all times.
- Understands and practices the concept that excellent food quality begins with sanitation.
- Quickly deals with spills and breakage.
- Is proficient in technical skills of his or her job.
- Practices the art of cooking.

© 2005 The Cheesecake Factory Restaurants, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

**Character, Stewardship and Integrity:**

- Maintains a high level of energy, pace and stamina throughout every shift.
- Attentively attends shift meetings.
- Fully performs own responsibilities without supervision.
- Takes a "no blame, let's fix it" approach to mistakes.
- Mentally and physically prepared for work at scheduled time.
- Consistently demonstrates pride and a caring attitude for doing a good job.
- Shows eagerness to learn and ability to adapt to Company procedures, techniques and food sensitivity.
- Demonstrates flexibility in work assignments and other changes while maintaining Company standards.
- Takes pride in profession.
- Takes the initiative to learn.
- Actively pursues improvement of craft and cross training.
- Upholds a high standard of personal appearance and hygiene at all times.
- Views employment at Cheesecake Factory as the highest priority work obligation.
- Respects, protects and maintains equipment and property of the restaurant.
- Makes sure that all prepared food items are rung-up.
- Respects property of other staff members.
- Is honest and straightforward at all times.
- Responds positively to direction and coaching.
- Is career oriented with Company.
- Responds positively to extraordinary circumstances in the restaurant.

© 2005 The Cheesecake Factory Restaurants, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

# THE CHEESECAKE FACTORY IMAGE

## Personal Appearance/Attire

Because you'll be working around food and/or having contact with our dining guests, a clean, fresh and well-groomed appearance is critical.  When you were interviewed, you likely projected a clean and well-groomed appearance.  In addition to your background and experience, we based a hiring decision on that image.  Please continue to project that image as you continue your career at The Cheesecake Factory.

While at work, we expect you to honor our dress guidelines and standards of personal hygiene and safety.  As a general rule, we require "guest appropriate" attire and appearance.  This means we do not allow extreme styles of jewelry, hair, makeup, or clothing.  As new fads and fashion trends emerge, we may develop additional standards and guidelines along the way.  If a manager determines that your attire or appearance is inappropriate, you may be sent home to change or be taken off the schedule.  Repeated violations of the Company's Personal Appearance/Attire Policy may result in disciplinary action.

Specific attire guidelines are addressed in your job related Development Guide.

Further appearance guidelines for managers may be found in the Policies and Procedures Manual.

## Jewelry

**For all workgroups**: Rings, bracelets and necklaces must be conservative.  Nose jewelry, detectable tongue piercing jewelry and other facial piercings are not permitted.  Staff members may wear up to two small earrings (with a small design) in each ear, or a small hoop no larger than a dime.  Non-Cheesecake pins are not appropriate for uniformed positions.

"Ear stretching," whereby progressively larger gauge loops or plugs are inserted into the ear-lobe to stretch the hole, are not acceptable for any staff member.

**Kitchen**: While working in the kitchen, most jewelry is not permitted.  Standard sanitation guidelines require that you do not wear any jewelry other than a wedding band.  Necklaces must be tucked inside clothing; bracelets, earrings and facial jewelry of any type are not permitted.

## Grooming and Hygiene

Visible tattoos, either temporary or permanent, are not allowed on staff members who are in the view of the guests.  Cosmetics (lipstick, nail polish, etc.) should be understated and natural looking.  If you must wear cologne, please do so sparingly.  Strong scents may interfere with our guests' enjoyment of their dining experience.

Fresh, clean breath, daily showering, and effective deodorant are a must!  We don't want to offend any of our guests or co-workers with unpleasant body odors.  If you go to the gym before your shift, be sure to shower prior to coming to work.

You must wash your hands after smoking.  Staff members must take additional measures to prevent any unpleasant odors on their clothes, skin and breath after smoking and before contact with our guests.

## Hair

Hair must be clean, and if longer than shoulder length, pulled off the face in a clip or a ponytail.  Two-tone or spiked styles are not permitted.  Please consult with your General Manager before dramatically altering your appearance (e.g., with excessively long hair extensions, unnatural hair colors or extreme cuts or styles).  Some workgroups and health department codes may require that you wear a hair net and/or a cap.

© 2005 The Cheesecake Factory Restaurants, Inc.  ¨  Confidential Information  ¨ Do not duplicate or distribute outside of this company.

## Facial Hair

We prefer a clean-shaven look: However, facial hair for men (as defined below) is acceptable as long as it is **fully-grown in,** in the following styles:

1. Traditional mustache (neatly trimmed, to the corners of the mouth, no handlebar pencil thin, waxed, "Fu Manchu," or Charlie Chaplin styles).
2. Traditional full beard (neatly trimmed, no gaps or unusual styling or growth patterns).
3. Traditional goatee with or without a mustache (neatly trimmed, not fuzzy). A partial goatee or other partial beard growth ("soul patch," "imperial" or "mouche") on the chin or lower lip is not permitted.
4. Sideburns – straight sideburns, to the bottom of the ear, no "mutton chops."
5. Above all – no stubble. If you can see skin through the growth, it is not fully-grown in!

If you were originally hired with facial hair, we expect that you will keep it fully grown-in and neatly trimmed. Staff members hired without facial hair **may** grow facial hair **if** they are able to fully grow it in during an extended vacation or leave of absence. No partial stubby looks from a "long weekend" are allowed.

## Your Personal Conduct

Your off-duty conduct may impact your employment with The Cheesecake Factory. While The Cheesecake Factory does not wish to regulate the personal lives of its staff members, you must recognize that conduct that is illegal may negatively affect your employment, especially if it reflects poorly upon the Company. Conduct that is disruptive or destructive to the restaurants, our landlords or neighbors, or on any common or shared premises, may result in disciplinary action. It is our hope and expectation that every Cheesecake Factory staff member will exercise good judgment and conduct themselves in an appropriate manner while on duty, at work, or representing the Company.

## Our Reputation is Important!

We're so well known in our community that sometimes we are contacted by local TV news programs, radio stations or newspapers for a wide variety of reasons. All inquiries of this nature should be directed to your general manager or to management at the Corporate Support Center. We would never want to place any staff member in the awkward position of having to speak for the Company or your location.

We prefer that you do not respond to the media on behalf of the Company, whether you are on or off duty, unless you are directed to do so by an officer of the Company. This includes written "letters to the editor," local or national radio or TV inquiries, magazine articles, Internet message boards, or in other public forums. Additionally, we ask that your off-duty conduct not compromise the Company in any way. If you have concerns about these issues or questions, please speak to your general manager or staff relations department.

## <u>Guest's Comments</u>

You will be amazed at the kind of comments you'll receive from other people when they find out that you work for The Cheesecake Factory!  Our guests always have a lot to say about our Company.  We try to stay current with restaurant trends and our guest's needs.  This is where you play a big part.  Our guests tell you things!

Sometimes it's something wonderful:
*"Oh, I love your Cookie Dough Cheesecake!  It's terrific!"*

Sometimes it's something we need to fix:
*"Did you know that the sink in the ladies room has no hot water?"*

Occasionally, as they are leaving (possibly never to return), they will tell you about a bad experience they had:
*"We just thought you should know..."*

In every case, the guest must be thanked for their input and all their comments must be passed on to a manager.  Refer the guest's good comments to a manager if there is one nearby.  If not, get specific information, give a little final *schmooze* and relay the comments to the manager at a more convenient time:
*"I'm glad you enjoyed your lunch.  What did you have?  Who waited on you?  Thanks for telling us!  We look forward to seeing you again."*

Anything that needs to be fixed should be taken care of promptly.  If it is something you can do yourself (for example the men's room needs more towels or a table is wobbly), please take care of the problem and then let a manager know about the situation.  If you cannot take care of the problem yourself, ask a manager to fix it:
*"Thank you for telling us!  I'll take care of that right away."*

Any guest complaint should be immediately referred to a manager.  Politely ask the guest to wait for a manager or ask the guest for their name and phone number so we can contact them later.
*"Oh I am so sorry that happened!  If you could wait right here, I see one of our managers, and I'm sure that she would want to hear about this.  I know we'll want to make this right for you."*

Do not let the guest leave mad because they might not come back!

© 2005 The Cheesecake Factory Restaurants, Inc.  ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

# TAKING CARE OF EACH OTHER

## Resolving Problems/Open Door Policy

One of the things that contribute to the great working environment at The Cheesecake Factory is our willingness and ability to openly discuss problems, and to creatively and effectively tackle tough issues. We strongly feel that all staff members have the right to confidentially air their concerns and receive honest answers, without fear of reprisal or retaliation. We want you to feel that you can discuss concerns in an atmosphere that is open, honest and caring.

We like to try and solve situations in the initial stage at your location. Your first link to solving problems is your workgroup manager. He or she knows your job, your schedule and other issues that can affect your job performance. If, for some reason, you cannot speak with your workgroup manager, you should speak with your general manager or another manager with whom you feel comfortable. You always have the option to seek out a member of the corporate staff relations department, or any other management staff.

It is our goal that you will feel comfortable in coming forward to seek answers and solutions as well as to give us your ideas and opinions. We welcome and depend on your input to keep us the dynamic, growth-oriented organization that we are!

---
*For serious staff relations' issues, you may contact the Staff Relations CARELINE at 800-241-5689, if you are unable to speak to a member of your management team.*
---

## Staff Relations' CARELINE

We hope that you'll find your work environment to be caring, friendly, professional, and respectful. We realize that occasional day-to-day job-related issues surface that may cause concern for you. We have found that these issues (related to scheduling, supplies, training, etc.), are best solved by your GM or a member of your management team.

If for some reason, you experience difficulties with a guest, staff member or working conditions, we hope that you will take advantage of our Open Door Policy and speak directly to one of your managers. If your issue is of a serious nature or you feel uncomfortable in approaching a member of your management team, please feel free to contact your staff relations representative, whose name and number can be found on the Staff Relations CARELINE poster hanging in your restaurant. We also have a toll free Staff Relations "CARELINE" at 800-241-5689 available 24 hours a day, 7 days a week.

The CARELINE provides an opportunity for you to come forward to report serious problems or any illegal or unethical act that violates The Cheesecake Factory values. You will be asked to supply your restaurant location and specifics of the issues involved, but you may report anonymously. It is our sincere desire to keep The Cheesecake Factory a healthy, happy and great place to work.

## Counseling Process

Although employment by the Company can be terminated at will, we want our staff members to succeed and excel at their jobs. When unacceptable behavior occurs or poor performance develops, we want the staff member to correct it. Although violations of Company policy may result in immediate discharge, we often employ other measures to constructively address problem areas.

The disciplinary process MAY include any or all of the following:

- Verbal counseling(s)
- Written warning(s)
- Suspension without pay/ final warning(s)
- Discharge

We often choose to document job performance issues or instances of misconduct on "Coaching and Counseling" forms ("C&Cs"). The severity of disciplinary action depends on the seriousness of the offense, length of service and other factors and may range from verbal counseling to immediate discharge.

© 2005 The Cheesecake Factory Restaurants, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

The Cheesecake Factory reserves the right to utilize any of the above procedures in the disciplinary process, in any order, and the Company is not limited to utilizing a progressive disciplinary system when taking corrective disciplinary action against a staff member.

## Relationships with Guests and Staff

We pride ourselves on having a friendly and congenial work environment.  You may form bonds and develop friendships with many of your co-workers and guests.  Maintaining an environment that promotes this friendly atmosphere imposes certain responsibilities on each staff member.  One of these responsibilities is to use your best judgment in developing relationships beyond the friendship stage.  We have found that casual dating relationships between staff members or between guests and staff can sometimes lead to uncomfortable situations in the workplace, especially if and when these relationships end.

We discourage the practice of initiating dates or accepting dates while on duty.  You can say "no" at any time.  These guidelines also extend to guests.  Staff members may never solicit a date with a guest while on duty.

The Cheesecake Factory reserves the right to intervene in situations where personal relationships cause a disruption or negatively interfere with work performance, the safety of others or guest service.

Company policy discourages dating and personal relationships between managers and staff.  There are too many pitfalls that can result, including possible allegations of sexual harassment, favoritism and unfair treatment.

A social or romantic relationship between a manager and staff member that causes a workplace disruption can lead to disciplinary action up to and including discharge.  If a manager pressures you to grant unwanted social favors of any kind, report this to your general manager, area director, staff relations department, or to the Staff Relations CARELINE at 800-241-5689.  If you report an occurrence, you will be protected from any form of retaliation from a manager, coworker, guest, or vendor.

## Employment of Relatives

Although we do not have a strict policy that prohibits employment of relatives and spouses, there may be some circumstances where restrictions apply.  For example, we may refuse to place one relative or spouse under the direct supervision of another relative or spouse.  Additionally, there may be a circumstance where we would refuse to place both relatives/spouses in the same department or location if the work involves potential conflicts of interest, or for business reasons of supervision, safety, security, or morale.

## Drug and Alcohol Testing

The Cheesecake Factory is committed to providing an environment that is safe for all staff members.  We prohibit the use, sale, possession, distribution, or transfer of illegal drugs or medically unauthorized controlled substances while on duty or on company premises. We prohibit the use of alcohol while on duty or while operating any company equipment or vehicles.  To insure that staff members are fit for duty and unimpaired by drugs, controlled substances or alcohol, we require testing procedures when:

- ♦ There is reasonable suspicion that you are using drugs, have possession of drugs or are under the influence of drugs and alcohol while at work or conducting company business.
- ♦ You are found to have possession of illegal drugs, drug paraphernalia or unauthorized alcoholic beverages at the workplace.
- ♦ You are involved in any drug or alcohol related incidents while on the premises, conducting company business or while at work.
- ♦ Following a work related accident or injury.

In certain instances, a staff member who self identifies a substance abuse problem and who has not experienced any job performance issues or violations of our Drug and Alcohol Abuse Policy may request one unpaid leave of absence (up to 30 days) to enter a certified drug or alcohol rehabilitation program.

## <u>Policy Against Harassment & Discrimination</u>

The Cheesecake Factory is committed to providing a work environment that is free of all types of harassment and discrimination, including sexual harassment.  In keeping with this commitment, we maintain a strict policy prohibiting harassment and discrimination.  This policy applies to all staff members, members of management, guests, and vendors.

All forms of harassment and discrimination are prohibited, including verbal, visual and physical behaviors.  If you feel you have encountered any form of harassment or discrimination (or have observed harassment or discrimination), you can confront the offender and let him or her know that the conduct is unacceptable.  It is acceptable to tell the harasser to "stop it."  Additionally, you should immediately report the incident to your workgroup manager, general manager or a member of the corporate staff relations department. We consider any occurrence of perceived harassment or discrimination as serious, and we encourage you to seek out remedies within our organization to help investigate and solve it.

A prompt and confidential investigation will take place resulting in prompt and appropriate action designed to end the unwanted or offensive conduct.  Because an investigation will involve sensitive issues, we ask that you consider maintaining confidentiality during this phase until a final resolution is achieved.  All reports may be made without fear of reprisal or retaliation.

Please refer to our expanded policy statement later in this handbook.

To report any occurrence of discrimination or harassment, please see your workgroup manager, general manager or a member of the corporate staff relations department.  You may also confidentially call the Staff Relations CARELINE at 800-241-5689.

# THE FORBIDDEN

It is our intention to be fair in dealing with all staff members and we expect all staff members (management and non-management) to conduct themselves in a responsible manner. While it is not possible to list every conceivable action that may result in disciplinary action, the following actions are considered serious in nature. These actions may result in disciplinary action, up to and including termination, even for a first time offense. **However, you are reminded that this list is not exhaustive nor is the omission of any specific act from this list intended in any way to alter the at-will nature of your employment with the Company.**

♦ Receiving guest complaints or approaching a guest regarding the lack of or amount of a gratuity.

♦ Accepting a gratuity from a guest in exchange for preferential seating.

♦ Giving poor service or receiving a poor "shopper" report.

♦ Unauthorized possession, misuse or destruction of Company property, or property belonging to a co-worker, guest, manager, or vendor.

♦ Overcharging, undercharging or failing to charge for food, beverages and/or retail items.

♦ Rudeness to a guest, co-worker, manager, or vendor.

♦ Approaching the front desk to make complaints or requests regarding preferences in guest seating.

♦ Physical or verbal altercation with a guest, manager, fellow staff member, or vendor; threatening physical violence or harm towards a guest, manager, fellow staff member, or vendor or bringing or threatening to bring weapons onto the premises.

♦ Discriminatory conduct and/or derogatory remarks based on age, sex, race, color, national origin, religion, medical condition, disability, sexual orientation, or other protected classifications.

♦ Any unsafe act or safety violation or failure to report illegal or "Forbidden" activities or actions.

♦ Mishandling of Company funds or guest credit cards, or falsification of Company records (e.g., employment applications, switched charges, altered charges, unauthorized charges, walkouts, time keeping abuse, cheating on quizzes).

♦ Drinking, possession, use, or distribution of alcohol while on duty, during a break or meal period, or reporting to work unfit for duty, and/or under the influence of drugs or alcohol.

♦ Selling, soliciting, or possession of illegal drugs or controlled substances or drug paraphernalia on the premises.

♦ Serving alcohol to a minor.

♦ Insubordination or refusing to carry out an assigned task or duty.

♦ Gambling on the premises.

♦ Unauthorized or unsupervised entry or access onto the premises, or restricted areas of the restaurant, especially during non-working hours.

♦ Sharing, selling, photocopying, distributing or other non-authorized use of any "confidential" materials (including this Handbook, Development Guides, training materials, menu item recipes, ingredient item list, or preparation method).

♦ Not following recipes and/or kitchen procedures.

Throughout this Handbook and other company publications (e.g., Development Guides), we list additional standards and guidelines.

We expect you to know and follow these policies and practices. Since it is impossible to list every occurrence that may arise during the course of your employment, please consult your manager when you have questions or concerns regarding our policies and procedures.

# THE SHIFT

## Minimum Shifts Worked

In order to stay in touch with the pace and feel of the restaurant, and to keep up with new menu items and policies, we require all restaurant staff members to work a minimum of three shifts per week.  At least one shift must be a day shift.  Staff members who repeatedly give away or trade shifts to work less than 3 shifts per week may be removed from the schedule.

## Your Scheduled Shifts

We know how important your schedule is to you.  While your manager will try to be sensitive to your needs and the needs of other staff members, the Company reserves the right to extend or shorten your scheduled hours based on the needs of the restaurant.

You are responsible for being at your workstation, in the correct attire, on the dates and times posted for your work schedule.  Being on time means that you are in your workstation, properly attired and ready to work at the time posted on your schedule.

A manager must authorize overtime in advance.  You may not work additional shifts if they cause you to work more than 40 hours in one workweek (or 8 or 12 hours in a day for locations with daily overtime regulations), unless approved in advance by a manager.

> *Missing a scheduled shift or a stand-by shift, without advance notice, and/or without scheduling a qualified replacement, may be grounds for disciplinary action, up to and including discharge.*

## Stand-By Shifts

You may be scheduled for stand-by shifts (sometimes referred to as "on call").  A stand-by shift means that you must call a manager at a specified time to find out if you'll be needed to work.  You are not restricted on where you make this call, as long as you are fit for duty, will have enough time to get ready for work and report when needed. You will be given a reasonable amount of time to report to work for your shift.  Stand-by shifts are critical to the smooth operation of your restaurant!  You must treat them as regular shifts, and report to duty when requested or find a qualified replacement to cover your shift if you are unable to work.

## Station Assignments

A manager or a schedule writer assigns stations at the time a schedule is written.  Care is taken to assign stations according to ability, skills and availability.  You may not switch stations with another staff member or make changes to a station map without first obtaining your manager's approval.  If you are assigned a closing station, you will be required to stay on shift until all guests are graciously served.

## Phasing

Phasing means the rotating closure of a station or section of the restaurant. The manager on duty for the shift is responsible for phasing.  Staff members may not phase stations, sections of the restaurant, themselves, or each other. After a staff member's station is phased by a manager, the staff member must:

- ◆ Finish up service to any guests remaining in the station, or
- ◆ If the station is still busy (for example, at shift changeover), the original staff member transfers the care of the station and, if applicable, the guest check, to the new staff member assigned to the station.
- ◆ Complete all assigned sidework duties and leave the station clean and stocked for the next shift.
- ◆ Do an accountability (if appropriate) and turn it in to CashLink.
- ◆ Check-out with the appropriate manager or shift leader.

## Lateness

Lateness puts a burden on every staff member and directly affects our guests, your co-workers and production.  If you are going to be late (even by 10 minutes!), you must call your manager before your scheduled start time.  This phone call will alleviate any doubts that you are on your way -- and that you are OK.  It is not enough to leave a message with the person who answers the phone.  You must speak with a manager.  Repeated lateness may result in disciplinary action, up to and including discharge.

## Covering and Switching Shifts

If you can't work your scheduled shift or stand-by shift, it is your responsibility to arrange for a qualified replacement to work in your place.  Both you and your replacement must sign the schedule change book to confirm the switch, and a manager must approve the change by initialing the entry.  A manager may disapprove a proposed shift change if the change will cause a staff member to work overtime, work less than 3 shifts per week, work a double shift, work a split shift, or work back-to-back shifts.

If you are sick or unable to come to work, don't wait until the last minute before trying to find a qualified replacement!  If you feel ill the day before your scheduled shift, start calling your co-workers at that time.  If you recover before your shift starts, it's much easier to call your replacement and cancel than it is to try and find a replacement at the last minute!

Because we ask staff members to find replacements, you may decide to exchange phone numbers for purposes of covering a shift.  Exchanging phone numbers is a voluntary practice. We ask that you be respectful of other staff members' privacy.  Any abuse of others' telephone numbers or other personal information is grounds for disciplinary action, up to and including discharge.

> *Your reliability is important to the success of the shift.  No-shows, repeated absences or repeated tardiness may result in disciplinary action, up to and including discharge.*

## Attendance

If you are unable to report to work, you must make every attempt to find a suitable replacement to cover your shift.  (See "Covering and Switching Shifts")  **All unanticipated absences must be reported at least 4 hours before the start of the scheduled shift**.  Your absence must be reported directly to a manager – do not leave a message with the front desk or a fellow staff member.  You must call in the absence - please do not have a friend or relative call for you (unless it is an emergency and you are unable to get to a telephone).

Absences of three or more consecutively scheduled shifts due to illness or injury will require a doctor's statement and a release to return to work.  If you are absent for three or more consecutively scheduled shifts without contacting your manager, we will consider your action to be a voluntary resignation.

## Breaks and Meal Periods



You work hard and deserve a break!  We want you to take all of your breaks – please be sure to inform the manager on duty when it is time for your break or meal period. Please refer to the posters near the time clock regarding our policies on breaks and meal periods.  In many cases, we will need to have another staff member cover your station or work area while you are on a break so that guest service does not suffer.  Please be sure to clock in and out for any meal periods of 30 minutes or more.  Failure to take your mandated break and meal periods may result in disciplinary action, up to and including discharge.

## Staff Meetings

Staff meetings are considered part of your job duties.  When you attend a mandatory meeting, you are compensated for your time at your regular hourly rate.  Here are some guidelines regarding meetings:

1.  **You must attend**

These meetings are as important as any regular shift and attendance is required.  If you are not able to attend a meeting, you must contact your manager prior to the meeting date.  You are still responsible for knowing the information covered at the meeting.

2.  **Be on time**

Meetings will start at the posted time for the convenience of those attending.

## Parking

In certain locations, we provide convenient parking for our staff.  Check with your manager to see if a portion of the parking lot is specifically designated for staff use.  In some cases there is a parking charge, which may be deducted from your payroll checks or charged directly by the facility owner.  Whether you park in a Cheesecake Factory restaurant parking lot or in a common area (such as mall parking), please observe all posted parking regulations for the area.

Staff vehicles parked on The Cheesecake Factory or Mall property are done so at the sole risk of the staff member.  The Cheesecake Factory assumes no liability for any damages or thefts incurred on The Cheesecake Factory or Mall property while you are working.  Do not park in unauthorized areas or during unauthorized times.  You will be responsible for all towing and other fees or charges that may be imposed for improper parking.

## Lost and Found

Immediately report any lost items (by guests or staff) to a manager.  Any items left behind by guests must be immediately turned in to the manager on duty.  Please do not place found items in your locker or on your person, to avoid claims of unauthorized possession.  Credit cards left behind by guests must be placed in the safe by a manager.  Many restaurants utilize a lost and found book register in the manager's office or at the front desk.

When on the phone with a guest regarding their lost item, be careful about specifically identifying what has been found or positively telling a guest "yes, we have it."  Many items (e.g., sunglasses) may sound the same when described over the phone.  We would hate to raise a guest's expectations that an item has been found if it is not truly the guest's missing item.  Tell the guest that you will check for the lost item and have a manager return their call.

© 2005 The Cheesecake Factory Restaurants, Inc.  ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

# MONEY, MONEY, MONEY

Each payroll period is two weeks long, beginning on a Wednesday and ending two Tuesdays later. Paychecks are distributed every other Tuesday, one week after the pay period ends by Direct Deposit, CashPay® or a live check.

## Direct Deposit

Staff members are encouraged to receive their paycheck funds through direct deposit to their savings or checking account. The Company offers direct deposit, at no charge to your bank of choice (providing your bank has direct deposit capability). To activate direct deposit, an Authorization for Direct Deposit Form should be obtained from your OST. We strongly encourage you to have your bank complete the form so that the account and routing numbers are accurate. The completed form must then be returned with either a voided check or deposit slip to your OST. Due to banking requirements it may take several weeks for your Direct Deposit to activate.

Your paycheck stub will then be mailed to your home address.

## CashPay®

If you do not have a relationship with a traditional bank, CashPay® offers you the opportunity to have your paycheck automatically deposited into a secure ATM account. Your cash can be accessed 24 hours a day, through participating ATMs throughout the country.

Your CashPay® card may be used at any HONOR/STAR/PLUS ATM, which provide operating instructions in English or Spanish. For more information regarding CashPay® options and enrollment forms, please see your OST.

Your paycheck stub will then be mailed to your home address.

## Live Check

For those staff members who want to receive a live check, it will be mailed to your home address via US Mail on the Monday before payday.

> *Always review your check stubs to verify proper payment of your hours worked, tips declared, deductions, and other payroll information. We recommend you keep all of your paycheck stubs for record keeping purposes.*

## Time Keeping

Your pay is calculated from your timekeeping records. Accurate time keeping on your part will insure an accurate paycheck. You must know your POSitouch number to clock in.

- Do not begin work until you have clocked in.
- If you are late or early by more than 3 minutes, **you must have a manager clock you in!**
- When your shift is over, clock out.
- We recommend you print a receipt of your hours. If you want a receipt of your hours, follow the prompts and print your own. Always check your receipts for accuracy.
- Keep the last receipt of the pay period until you receive your paycheck to verify that you are correctly paid and that your tips are accurately recorded.
- If the POSi timekeeping system does not allow you to clock in or out, see a manager.
- Never clock in or out for another staff member. Doing so is grounds for disciplinary action.

> *Always check your paycheck stubs against your time keeping receipts to ensure you are properly paid for all hours worked. Failure to follow our timekeeping provisions may result in disciplinary action.*

## Garnishment and Wage Assignment Processing

Occasionally a court or government agency may direct The Cheesecake Factory to deduct monies from a staff member's paycheck to satisfy a judgment, tax lien or child support. Due to the additional handling required by our payroll department, there is a nominal fee for administering and processing garnishments and wage assignment orders. These fees are assessed with each paycheck that the garnishment or wage assignment occurs.

## Tip Declaration (Tipped Staff)

Accurate tip income reporting helps establish a true record of your earnings. This is important for establishing a credit history when you apply for a loan, or purchase a car or a home. Reporting all tip income also benefits you for Social Security purposes, unemployment benefits and in many cases, workers' compensation or other disability benefits, if needed.

In addition to The Cheesecake Factory policy that requires tip reporting, federal law requires that directly and indirectly tipped employees declare 100% of all tips earned as income for tax purposes. At the end of each shift, tipped staff members will be prompted by the timekeeping system to report tips at the time they clock out. If aggregate reported tips for your restaurant do not reach an acceptable level for servers and bartenders, the Company is required to allocate tip income among all tipped employees. This means that if you under report your tips, you may be contributing to a situation that results in an allocation of additional tip income on your year-end W-2, with potentially adverse tax consequences for you. In some states, the Company may automatically deduct a tip credit against your wages. Is it your responsibility to accurately report your tips each shift. Failure to do so may lead to disciplinary action.

Federal law requires that you keep accurate daily records of tip income. Daily records must show:
- ◆ Your cash tips
- ◆ Your credit card tips
- ◆ The amount of tips you receive (if any) from other staff members
- ◆ The amount you "tip out" to other staff, such as bussers, bartenders, etc. and their names (the IRS expects you to keep this information to prove that you don't owe taxes on these tips)

Your OST has booklets available for you to record your daily tips received and those paid out.

Indirectly tipped staff members must also declare tips and keep accurate daily records. This includes bussers, service bartenders, food runners, and any other staff members who receive at least $20.00 or more per month in tips.

Good records are your only defense if you get audited! We want to make sure that you understand 100% tip reporting and your obligations. If you have any additional questions, feel free to see your manager, OST or contact the corporate staff relations. Additional information can be found on the Internal Revenue Service website at www.irs.gov. Publications 1872 and 1872SP (the Spanish version) specifically address tip reporting for staff members in the Food and Beverage Industry.

## Tip Credits

Except where prohibited by law, the Company may take a tip credit against minimum wage for tips received directly from guests or other staff. This credit differs from state to state but generally does not exceed the federal limit. Such credits are automatically treated as reported tips for all payroll tax purposes. The same hourly tip credit is taken for all hours worked during a workweek, including overtime hours, if applicable. You are obligated to report all tips retained by you in excess of any tip credits reported by the Company. Check with your OST if you have any questions regarding the Company's tip credit policy.

## Overtime

Various state and federal laws determine how and when overtime is paid. Typically, overtime is paid at the rate of time and one-half of the hourly rate in effect after you work 40 hours in one workweek (or 8 or 12 hours in a day, for some states with daily overtime requirements).

Since some staff members work in more than one job classification, we use the "rate in effect" method for determining the overtime rate. Under this method, the staff member will receive 1½ times the regular rate of pay for the job classification the staff member is working in at the time he/she becomes eligible for overtime compensation.

Your manager must approve all overtime in advance.

## W-2 Reprints

The Cheesecake Factory partners with a company called ADP to provide you with W-2 reprints.  For reprints from 2004 forward, contact ADP's Call Center at 800-422-9410, Monday – Friday from 9:00 a.m. – 7:00 p.m. Eastern Time.

For reprints from 2003 and prior, please contact The Cheesecake Factory's Payroll Department at 818-871-3012. Leave a message with your social security number, current address, which years you need, and a phone number where you can be reached.  Please allow one week to process these requests.

If you have questions about your W-2, please contact the Payroll Department at 818-871-8383 and leave a message with your social security number, current address, year(s) in question, and a phone number where you can be reached.  Please allow two weeks to process your questions.

# OPPORTUNITIES FOR GROWTH

## Restaurant Transfers

If you are relocating to another city and would like to transfer to one of our other restaurants, please speak to you general manager.  In order to be eligible for a transfer, you must have been at your current location for at least 6 months, you must meet or exceed our performance expectations as defined in this Handbook and Development Guides and you must complete a Transfer Request Form.

Please do not try to arrange your transfer by contacting the receiving restaurant location.  Always speak to your work group manager, general manager or executive kitchen manager first.

Please note that benefit plans may vary in other restaurant locations or in other restaurant concepts.

## Career Development

The Cheesecake Factory is an equal opportunity employer and encourages its qualified staff members to seek out promotional opportunities at either the Corporate Support Center or other restaurant locations.  To view all open Cheesecake Factory positions, visit our careers website at www.cakecareers.com  See your general manager to inquire about possible openings and the Company's internal promotion guidelines.

# RECOGNIZING YOUR COMMITMENT TO SERVICE

## Staff Appreciation Award

Each month the management staff votes for a staff member who has made a positive impact to the restaurant.  This hard working person is honored with the title of ***The Linda Candioty Team Member of the Month.***

## Commitment to Excellence Awards

The annual Commitment to Excellence Awards were established to recognize staff members who are the best at what they do and who exemplify what The Cheesecake Factory represents.  These staff members are dedicated to upholding our values and continuing the legacy of excellence that The Cheesecake Factory has established.  Each restaurant may nominate up to one staff member per award category.



## Recognition Program

We have a fantastic Recognition Program that is our way of paying tribute to the staff members who demonstrate outstanding knowledge, dedication and performance.  We owe our tremendous success, in part, to those special individuals.

A few of the categories and accompanying awards of our recognition program are:

**Technical Kitchen Skills**
- Line cooks certified in at least 3 stations receive a black, 3-star MVP hat
- Line cooks certified in all stations receive a maroon, 5-star M VP hat

**Performance Development and Training**
- Designated Trainers receive a Designated Trainer pin
- Lead Trainers receive a Lead Trainer pin
- New Restaurant Openers receive a New Restaurant Opening pin for that particular location
- New Restaurant Openers with 5 or more openings receive a special denim jacket

**Awards of Excellence**
- Above and Beyond award is given to a staff member who steps forward to distinguish him/herself from his/her peers.
- Evelyn Overton Award of Excellence is given to someone who has gone above and beyond the call of duty with an incredible act(s) that directly impacts the Company as a whole.

**Length of Service Awards**
- 3-Year – Three-year pin and a logo "3-Year Team Member" sweatshirt
- 5-Year – Five-year pin and a logo "5-Year Team Member" travel bag
- 10-Year – Ten-year pin and a logo "10-Year Team Member" letterman jacket
- 15-Year – Fifteen -year pin, a watch and a cash award of $500
- 20-Year – Twenty-year pin, a silver platter and a cash award of $1,000
- 25-Year – Twenty-five year pin, a silver Tiffany & Co.™ cake server and a cash award of $1,500

**Staff Taking on Additional Responsibilities (S.T.A.R.)**

- Staff members who perform additional workgroup related tasks and who always display excellence in their job functions as well as exhibit role model leadership of our philosophies and culture.
- S.T.A.R. staff members will receive a S.T.A.R. pin, higher pay per hour for administrative work, one - 100% comp'ed meal per administrative shift, and special consideration on schedule requests.

Most of these awards come with an attractive pin.  We encourage you to wear your pins proudly and show them off to your fellow staff members and our guests!

**A few guidelines**...Front of the house staff members may wear up to but no more than two recognition pins in the restaurant.  Pins must be worn on either the left or right upper chest, on the collar or at the neck.  Kitchen staff members may wear more than two recognition pins if neatly and securely placed on their uniform hats.  Bakers, in those restaurants where hats are part of the uniform, may also wear more than two recognition pins on their uniform hats.  For safety and health purposes, extra care must be taken to ensure pins are secure on all uniforms or articles of clothing.  We would hate to serve a 5-year service pin in a guest's dish!

In order to maintain the integrity of the recognition pin program we ask that you wear only the above-mentioned recognition award pins as part of your uniform.  As much as we like to see our cool retail pins worn, they are not considered part of your Cheesecake Factory work attire.  Of course, when you are off-duty, we'd love you to wear any amount of our great Cheesecake Factory pins.

# YOUR BENEFITS — HOURLY STAFF MEMBERS

The Cheesecake Factory is proud to offer a benefits package we feel is one of the best in our industry. It's designed to give you the choice to decide what is right for your own personal needs.

## Our Healthcare Plan Includes:

- ♦ Choice of 3 different medical plans
- ♦ Choice of 3 different dental plans
- ♦ Life and Accidental Death & Dismemberment (AD&D) insurance (if you enroll for medical coverage)
- ♦ State disability insurance in select states
- ♦ Leave of absence program
- ♦ Flexible Spending Account (FSA)



The following pages summarize these plans. Also provided is a section called Summary Plan Information, from the Summary Plan Description, which provides some formal information required by law (ERISA).

Questions about your benefits should be addressed to your OST or to the Benefits Department at 818-871-3075.

## Medical Benefits

You have a choice of three comprehensive medical plans that offer varying degrees of coverage:

- ♦ **United Healthcare Essential EPO** – The Exclusive Provider Organization (EPO) allows you to see any physician, specialist or other provider within the network without a referral.
- ♦ **United Healthcare Advantage EPO** – Similar to the Essential EPO, but offers a higher level of benefit coverage at a higher payroll contribution but lower out of pocket expense.
- ♦ **United Healthcare Options PPO** – This Preferred Provider Organization (PPO) gives you the flexibility to see any doctor you choose in or out of network.

## Dental Benefits



In addition to our Medical Plans, we also offer three dental plans designed to fit your individual needs. Eligible staff members may choose from one of the following plans:

- ♦ **Aetna Dental Maintenance Organization (DMO) Plan** – Services are provided through the network of providers for a lower payroll contribution and lower out of pocket expense
- ♦ **United Healthcare Basic Dental (PPO) Plan** – Gives you flexibility to see any dentist you choose in or out of network.
- ♦ **United Healthcare Options Dental (PPO) Plan** – Similar to the basic dental PPO, but offers a higher annual maximum benefit.

## Eligibility Rules

You must work an average of 25 hours each week for 6 continuous months to be eligible for coverage. Once eligible, you may choose any health or dental care plan the Company offers. You may also enroll your eligible dependents for coverage. Eligible dependents include your spouse and dependent children up to age 19 (or to age 25 if full-time students). You will be asked to verify dependent status with a marriage license, birth certificate or school transcript. To remain eligible, you must continue to work an average of 25 hours per week on an ongoing basis.

Your restaurant will be notified of your eligibility status. Your OST will confirm your eligibility with you. You may also contact the Benefits Department directly at 818-871-3075 with any questions you may have. If you are eligible and do not wish to enroll, we will ask you to sign an Insurance Waiver form indicating you are "refusing" coverage. If you fail to complete enrollment paperwork by the due date, we will consider that you have declined coverage.

If you are rehired within 30 days of termination, your employment status will be reinstated to your original date of hire.  If participating in the Group Health Plan, coverage may also be reinstated, upon request.  Reinstatement of health benefits is not automatic.  Contact the Benefits Department within 30 days of returning to work to have your benefits reinstated in a timely manner.

## Maintaining Your Eligibility

To maintain enrollment in the medical and dental plans, you must work on the average a minimum of 25 hours each week (50 hours each pay period) within a quarter (based upon pay periods).  If in any quarter, you do not maintain the average minimum requirement of 25 hours worked each week, your participation in the Plan will be terminated due to "Reduction of Hours."  You will be offered COBRA and you may re-apply for the Plan during the Plan's next "Open Enrollment."  If you have two consecutive pay periods with zero hours, your enrollment in the Plan may be terminated (unless you are on an approved leave of absence such as a Family Medical Leave or other legally protected leave of absence).

## Applying for Insurance

If you become eligible for the Plan and wish to enroll, you must complete the enrollment paperwork.  These forms must be completed and returned to your OST by the 15th of the month prior to the insurance effective date.  (Example: If your insurance effective date is January 1st, you must complete all forms and return them to your OST by December 15th.)  Failure to return all of your completed enrollment forms by the due date will result in non-enrollment as well as having to wait until the next "Open Enrollment" period before you can re-apply.

## Making Changes to Your Benefits

You may be able to make enrollment changes during the year if you have a change in family status, such as marriage, annulment, divorce, the birth or adoption of a child, death, or the loss of medical coverage under another plan.  To make a change to your coverage, you must submit the appropriate forms to the Benefits Department within 30 days of the change.  Failure to complete the proper Enrollment Application and Change Form and return it to your OST by the 30th day will result in your dependent not being added to your existing healthcare coverage.  Your next opportunity to enroll this eligible dependent would be during the Plan's "Open Enrollment" period.  Keep in mind that dependent coverage carries additional monthly premium costs.  In order to delete a dependent who is no longer an eligible dependent (e.g., legal separation or divorce, attainment of age limit for dependent) from your healthcare coverage, you must complete a "Change Form" within 30 days of the date of legal separation, divorce or other qualifying event date and return it to your OST.  Failure to notify us of this "Change In Status" could result in COBRA violations that may result in denial of coverage.

## Open Enrollment

Beginning November 2005, Open Enrollment will be held in November of each year with a January 1st effective date.  Look for posters, paycheck attachments and meeting notices that announce "Open Enrollment" and then be sure to see your OST for enrollment materials.

## Costs To You

The Company contributes a significant portion of the cost of your coverage.  You are responsible for paying your portion of the premiums, which are typically deducted from your paychecks.  In tip credit states, we ask tipped staff members that elect family coverage or elect to pay their premiums with after-tax dollars, to pay the cost of their coverage on a monthly basis by check or money order at the beginning of each month.  If deductions cannot be taken from a pay check, staff members must pay by check or money order within two weeks of being billed and sent to the Benefits Department.  Failure to pay your full premium by the due date will result in termination of enrollment in the Plan and restrict your rights to continuation of insurance through COBRA and re-enrollment into the Plan.

## What If You Don't Want Insurance Right Now But Decide You Want It Later?

If you do not apply for coverage or if you decline coverage in our healthcare plan when you first become eligible and later decide that you want insurance coverage, you must wait until the Plan's "Open Enrollment" and you will be subject to the eligibility requirements.

---

*Coverage is not automatic!  To be enrolled in the Plan, you must complete and submit the proper enrollment forms by the 15th of the month prior to your eligibility date.  To verify your enrollment, check your paycheck for medical and/or dental deductions.  Once you are enrolled, you will receive medical and dental ID cards within two weeks of your effective date.  If you cannot verify your participation within 30 days of your eligibility date, see your OST immediately!*

---

## Life Insurance/AD&D

If you are enrolled in one of our medical plans, you are eligible for a lump sum "term" Life Insurance policy as well as an Accidental Death and Dismemberment (AD&D) policy, which is Company paid.

## Flexible Spending Accounts

Flexible Spending Accounts (FSAs) help you reduce your taxes by allowing you to set aside money, on a pre-tax basis, to pay for certain health and dependent care expenses. If you work in a non-tip credit position, you may take advantage of either the Health Care Spending Account, the Dependent Care Spending Account, or both, depending on your needs.

- ♦ **Health Care Spending Account** - You may contribute an annually pre-determined amount of money from your paycheck on a pre-tax basis to pay for certain health care expenses that aren't covered under any medical, dental or vision plan in which you and your eligible dependents are enrolled.

- ♦ **Dependent Care** - You may contribute an annually pre-determined amount from your paycheck on a pre-tax basis to pay for certain dependent care expenses so that you (and your spouse, if you're married) can work or look for work.

If you're interested in enrolling in an FSA, or learning more about them, see your OST for enrollment materials or contact the Benefits Department.

---

*If you acquire a dependent (e.g. get married, have or adopt a child) you must complete an insurance carrier specific "Enrollment Application and Change Form" within 30 days of the marriage date or the birth/adoption date of the child in order to add the dependent to your group insurance policy.*
*Promptly return the completed form to your OST.*

---

## If Your Insurance Coverage Ends

If your insurance coverage ends due to:

- ♦ Reduction of Hours (working less than the required average 25 hours per week in a quarter based upon pay periods), or

- ♦ You leave the Company,

you may be eligible for continuation of benefits under COBRA if you continue to reside in an area where our Plan exists and you are current on your premiums.  You will be notified by our Third Party COBRA Administrator (currently Conexis), via First Class Mail about your option to continue coverage and the conditions that must be met to secure uninterrupted coverage.  This notice is mailed to your last known address.  Therefore, please make sure to provide your OST with your most current information.

Your covered dependents that lose coverage due to a qualifying event or change in status may also be eligible for continuation of benefits under COBRA.  Depending on the event, which qualifies you or your dependents for COBRA, you may be eligible to continue coverage for 18, 29 or 36 months.

You must pay the full cost of the monthly premium plus a 2% administration charge.  You must observe the notification deadline requirements to secure COBRA coverage:

♦   You must pay any retroactive premiums to Conexis within the specified time frame from the date coverage ends (coverage ends on the last day of the month in which you terminate as long as your premiums are up to date).
♦   You must apply for coverage by the date specified on your COBRA notice.
♦   You must continue to make your monthly premium payments by the first day of each month directly to Conexis.

**Life and AD&D benefits are not continued under COBRA.**

If you have any questions about continuation of benefits under COBRA, please contact Conexis at 877-722-2667 x3360 or visit their website at www.conexis.org.

**The above highlights are not Plan documents.  For complete details about benefits offered, refer to the Summary Plan Description and your Plan Booklet.**

# Workers' Compensation Insurance

Your state has enacted workers' compensation laws that provide medical and disability benefits to you in the event of a work related injury.  While state laws vary with respect to the amount of benefits provided, in general, your medical bills associated with a work related injury will be completely paid if you report your work related injury to your management team within a reasonable time frame and seek treatment as directed by our claims administrator.

Disability benefits associated with a work related injury are paid after a state defined waiting period (generally three to seven days).  These temporary disability benefits are paid as a percentage of your wages and reported tips (if applicable).  Should your treating physician determine that you are able to return to either full or restricted work, you must notify your manager to coordinate your return to work.  Should you not accept a full or restricted position that is offered to you, your temporary disability benefits may be compromised.

Workers' compensation benefits are designed to provide benefits to you in the event of a work related injury.  You should note that these benefits do not provide for damages to your personal property.  If you choose to use your personal automobile for a business related errand and are involved in an automobile accident, your injuries will be considered under the workers' compensation benefits, but any damages to your vehicle, other vehicles or other people, will be assumed under your personal automobile coverage.

Should you be involved in a work related injury, it is your responsibility to immediately notify your supervisor or manager.  **Even if you think your injury is minor in nature, report it!**  Depending upon the severity of the injury and your medical needs, a manager may refer you to a medical care provider that has expertise in work related medical injuries.  Should you choose not to seek medical attention for your injury, the injury will be documented to protect your benefits.  Should you seek medical treatment from a medical provider that is not approved by the company, your medical benefits may be compromised.  Please also note that your medical and/or disability benefits may be delayed or declined should you fail to report your injury by the end of your shift.

Our goal is to keep our staff members working as a team, even if duties are restricted due to a medical condition.  If you are injured and unable to perform your regular duties, you may be asked to temporarily return to work in another capacity within the restricted duties outlined by your treating physician.  These restricted duties will continue until you are released back to your usual and customary duties.  The wages while working in a restricted duty capacity will be no less than your disability benefit income.  As mentioned above, should you not accept a full or restricted position that is offered to you, your temporary disability benefits may be compromised.

It is essential to report unsafe acts or conditions to your management team.  Should you report a work related injury, your manager will ask you specific questions regarding the cause of the injury so we can also focus on the prevention of future accidents.  You will be required to adhere to our safety policies and utilize appropriate safety devices.  Should you by-pass our safety policies and procedures, appropriate disciplinary action may be taken.

Above all, your safety and health is critical. What may appear to be a minor injury may need professional medical attention to prevent further injury. Your management team is available to assist you with any work related injury and we will support you during your recovery process.

If you have any questions regarding your workers' compensation benefits, please ask your manager, a member of our Corporate Risk Services team, or refer to the workers' compensation information posted in your restaurant.

## State Disability Insurance (Limited States Only)

In California, Hawaii, Rhode Island, New Jersey, and New York, a state agency may offer a partial salary continuation benefit if you are unable to work for more than one week due to a non work-related accident, injury or illness (this includes pregnancy disability). If you apply for State Disability Insurance (SDI), the benefits usually begin on the eighth day of disability. SDI benefits are not automatic; you and your doctor must complete the SDI application form and mail it to your local state agency office. Ask your doctor for an SDI form or call your local state employment agency for more information.

## Vacation Pay Benefit

Hourly staff members who have at least six months of service are eligible to begin accruing vacation pay benefits. Vacation pay is calculated based on actual ***hours worked*** and is paid based on your base hourly wage. Eligible staff members will begin accruing vacation hours after six months of continuous employment at the rate of approximately one week of vacation during your first year, two weeks of vacation after two years, and three weeks of vacation after five years.



Once you qualify for this benefit, you accrue vacation hours only during those pay periods where you work at least 60 hours (to a maximum of 80 hours per pay period). Once accrued, you do not lose vacation hours already earned. The maximum amount of vacation time that can be accrued is 120 hours.

You must request vacation at least one month in advance. Vacations are subject to approval by your managers and may not be scheduled during peak periods, such as the week of Spring Break, the week of Mother's Day, the period between Memorial Day and Labor Day, and the period between Thanksgiving and New Years Day. Other restricted vacation periods may be added that are specific to your location.

## Holidays and Calendar Events

In order to accommodate our guests, some of our restaurant locations (such as Las Vegas) may be open 365 days per year. If you work at one of these locations, you will be scheduled for – and expected to work on – all holidays, including Thanksgiving and Christmas Days. We are typically very busy on holidays and other special calendar events. You can expect to be scheduled to work on any holidays the restaurant is open. Especially busy days for us include Valentine's Day, Mother's Day, Father's Day, graduation days for local schools, the day after Thanksgiving, and the several weeks leading up to the December holidays.

You will be paid your regularly hourly rate for any time worked on holidays, except Thanksgiving Day and Christmas Day. If your restaurant is open and you work on Thanksgiving Day and Christmas Day, you will receive time and a half your regular rate for work performed on these days.

## Time Off To Vote

In the event you do not have sufficient time outside of working hours to vote in a state or local election, you may be allowed to take off enough working time to exercise this important privilege. This time will be taken at the beginning or end of the regular work schedule.

If you do not have adequate time to vote due to your work schedule, please provide advance notice to your manager for the requested time off to allow the restaurant sufficient time to arrange for adequate staffing.

## Jury Duty/Witness Subpoena

Although we will grant time off for you to serve in most jurisdictions, The Cheesecake Factory does not continue your wages while you are on jury duty or appearing as a witness in a legal proceeding.  You may request to use any accrued and unused vacation pay, if applicable, during any period of jury or witness service.

## Leave of Absence Policy

We do not have paid sick days, but offer limited, unpaid leaves of absences (LOAs) to eligible staff members.  LOAs are subject to approval depending on the reason or need, the staff members' length of service and hours worked per week, among other factors.  We will attempt to have a viable position available for a staff member returning from an approved LOA.  However, we cannot promise that a position will be available in every case.

Certain State and Federal laws offer protection for a limited number of LOAs, based on several requirements.

LOAs are subject to approval by management, are limited in duration and are unpaid.  The following types of LOAs may be available: FMLA, military, personal, or Worker's Compensation.

Staff members who request LOAs must do so in writing using a <u>Leave of Absence Request Form</u>.  A doctor's certificate will be required for any medical-related LOA (including family care.)  <u>The doctor must indicate that you or your family member is disabled, the date the disability began and the estimated amount of time needed off of work.  For family care LOAs, the doctor must also indicate that you are required to be available to care for your dependent because of their serious medical condition.</u>

Your work group manager and general manager must sign your <u>LOA Request Form</u>, which must then be sent to the Benefits Department for eligibility determination.  LOA requests should be submitted prior to taking the Leave and may be submitted no later than seven days from the effective date of the Leave.

The federal Family Medical Leave Act (FMLA) offers up to 12 weeks of unpaid leave for eligible staff members.  FMLA eligible staff members are those who have worked for the Company at least 12 months and at least 1250 hours in the previous 12-month period.  Eligible staff members may take up to 12 weeks of FMLA leave in a rolling 12 month period if the leave of absence is requested in advance, in writing, and accompanied by a doctor's note.  FMLA leave may be taken to care for your self, spouse, parent, or child in the event of a serious medical condition.  Benefits are protected while on FMLA if your premiums are paid and current.  More details about FMLA leave are available from the Benefits Department.

Vacation benefits, insurance coverage and other benefits may be affected by a LOA.  Please check with the Benefits Department for more information.

Eligible staff members may request up to one unpaid Personal LOA per year.  Personal LOAs are limited in availability, limited to two weeks in length and are subject to approval by management.

If a staff member does not return to work at the end of the approved LOA period, it is treated as a voluntary resignation.  Vacation and insurance benefits end, and COBRA will be offered as applicable.  The staff member may re-apply for a position with the Company.  However, we cannot guarantee re-employment.  If re-hired, the staff member will begin accruing benefits from the new re-hire date.

## Staff Meal Benefit

We offer one discounted menu item as a "staff meal" to most staff members during each shift worked.  Staff meals are non-transferable and may not be "saved up" for later occasions.  Refer to job classifications below for your designated meal benefit.  Certain menu items are not included in the staff meal benefit, but may be ordered if full menu price is paid.  Discounts apply when the meal is eaten as a "staff meal" in a designated staff area, before, during or immediately after a shift and not when seated at a table as a guest.  Staff meals may not be packed To-Go.  However, you may pack the left-overs from your staff meal to take home.

To order your staff meal, complete a meal ticket and have it signed by your manager, indicating your level of discount.  All meal tickets are given to the cashier to ring up and will be processed once all guests at the cashier stand have been served.  Sorry, we cannot accept credit cards, gift cards or checks for payment on staff meals.

### Servers, Bussers, Bartenders, Front Desk, and Bakery/Cashier Staff

You may receive a 50% discount on one entrée or appetizer item except filets and steaks.  Slices of cheesecake and other desserts are available at a 50% discount if eaten on the premises. Whole cakes and slices To-Go are discounted at 20%.

### Dishwashers, Prep Cooks, Stewards, and Cleaners

If you decide to participate in our staff meal program, we will deduct a small charge each shift from your paycheck.  This entitles you to order any menu item priced up to $15.95.  Because they are signature dishes, you may also order our Cajun Jambalaya Pasta, made with chicken only or Chicken Madeira. (Filets and steaks are not subject to any discount.)  Slices of cheesecake and other desserts are available at a 50% discount if eaten on the premises.  Whole cakes and slices To-Go are discounted at 20%.  Menu items priced over $15.95 are not available under this benefit.

### Line Cooks

Line cooks may order any regular menu item priced up to $15.95 at no charge on each shift worked.  Because they are signature dishes, you may also order our Cajun Jambalaya Pasta, made with chicken only or Chicken Madeira. (Filets and steaks are not subject to any discount.)  Slices of cheesecake and other desserts are available at a 50% discount if eaten on the premises.  Whole cakes and slices To Go are discounted at 20%. Menu items priced over $15.95 are not available under this benefit.

### 100% Shift Meals ("Green Tickets")

Managers may discretionarily designate 100% "comp'ed" Shift Meals to staff members who take on additional duties (such as shift leader).  100% shift meals are non-transferable and may not be given away or sold to other staff members.

Shift meals must be consumed on the premises and are limited to one appetizer or entrée with the restrictions listed above (priced up to $15.95 and no filets or steaks).  Sorry, no rain checks!

### Soup and Bread



Soup and bread are available to all staff members, at no charge, for consumption on the premises only, during approved breaks and before or after your shift.  Please, no doggie bags.

### Beverages at No Cost To Staff Members

During your shift, you may have as much of the following beverages as you wish, but please do not waste. If you are busy, just pour half a glass.  For safety's sake, do not use glass in the kitchen area – only health department-approved closed-containers.

- ◆ Coffee
- ◆ Hot and Iced Tea
- ◆ Milk
- ◆ Soda
- ◆ Gatorade ™ or staff drink when available

**50% Discounted Beverages**
Juice, Espresso drinks, bottled water
All other non-alcoholic beverages

### Discounts on Your Day Off

Unfortunately, no discounts are allowed on your day off except for the 20% discount on retail items and desserts To Go.

### Retail Items (Restaurants Only)

Whole cakes, slices, promotional items, loaves of bread, sauces, and pints of dressing are available anytime To Go at a 20% discount.  Fill out a staff meal ticket, and have it signed by a manager and pay the cashier.

© 2005 The Cheesecake Factory Restaurants, Inc.  ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

## The Oscar and Evelyn Overton
## Charitable Foundation

The Cheesecake Factory inherited a tradition of excellence
from its founders, Oscar and Evelyn Overton, whose values
shaped our culture and continue to define the character of our
Company today. It is with these values in mind that we proudly
established The Cheesecake Factory Oscar and Evelyn Overton
Charitable Foundation in their names on September 11, 2001.

The Cheesecake Factory has a long tradition of supporting
worthy causes, including sponsoring grand opening fundraisers
for a variety of charities. As our Company continued to grow,
we sought a vehicle by which our enthusiastic staff members
could channel their efforts and participate in activities that
reflected their compassionate attitude. We created The
Cheesecake Factory Oscar and Evelyn Overton Charitable
Foundation to fulfill this goal.



Oscar and Evelyn Overton (circa 1975)

The mission of the Foundation not only is to act as a means to raise funds for charitable causes, but also to be a
catalyst -- energizing our growing number of caring staff members and bringing the great Cheesecake Factory
tradition of concern for our guests and their communities under a unified effort. In 2001, the Foundation organized
The Cheesecake Factory and Grand Lux Cafe restaurants in a fundraising effort benefiting Windows of Hope, an
organization established to provide support for the surviving families of restaurant employees who lost their lives at
the World Trade Center. On Thanksgiving Day since 2002, the Foundation proudly provides Thanksgiving feasts for
men and women at homeless shelters across the country.

The Foundation is growing and building relationships with other national charitable organizations, such as City of
Hope and Salvation Army, in order to further assist programs in local communities. We are dedicated to continuing
the humanitarian spirit of our Founders, Oscar and Evelyn Overton, by living the values they instilled in our
Company every day.


## Fun Stuff Club

Planning a trip to California and want to visit Disneyland, Knott's Berry Farm, Magic Mountain or other great
attractions?  Be sure to check out the Fun Stuff Club first.  Your Fun Stuff Club Coordinator has a variety of cards
and passes that offer discounts to you and your party when visiting many Southern California attractions.  Check
with your OST to find out more about the Fun Stuff Club.

# HEALTH, SAFETY & SANITATION

At The Cheesecake Factory, we believe that you deserve a safe and healthful workplace! We take your safety very seriously, and expect you to do the same. The Company has a responsibility to see that you are trained in our safety procedures. As a staff member, you have a responsibility to follow our guidelines and to always take proper safety precautions. We want everyone to follow and support our safety standards, not only because they are required by state and local laws as well as our Policies and Procedures, but because we want you to remain happy, healthy and accident-free.

There is an **"Injury and Illness Prevention Program"** documented at each Cheesecake Factory restaurant location. This important manual details and outlines our safety program and our commitment to providing you a safe workplace. Because accidents can still happen, the **"Injury and Illness Prevention Program"** also documents the proper techniques for investigating the causes, in hopes of preventing similar accidents in the future.

Each Cheesecake Factory has a designated "Safety Manager" that is a member of the management team. Please feel free to discuss any safety-related questions or concerns with this individual, any member of management or the Corporate Risk Services Department. You always have an open line of communication about safety issues.

## Safety on the Job is Our Policy

We have the foremost responsibility of making your safety and the safety of our guests a constant concern. Everyone benefits when you, your coworkers and our guests have an accident free day. We need your eyes and ears to be aware of any potential safety issues and to communicate any issues or concerns to your safety manager, general manager, a member of the Corporate Risk Services Department, or through the Staff Relations CARELINE.

The success of The Cheesecake Factory depends on not only great friends, great food and great service, but also on how safely each job is performed. Focus your attention on these ideas and objectives as we review our safety guidelines.

Your restaurant has a safety committee that meets on a monthly basis to discuss safety issues, safety concerns and current safety programs. The emphasis and goal of the safety committee is to prevent accidents and to reduce the frequency and severity of accidents and injuries. We encourage all interested staff members to attend safety committee meetings. We need your enthusiasm and ideas!

## Safety is Everyone's Responsibility

You have important safety responsibilities. The following list is a general overview of our expectations of your safety awareness:

- Know and honor our Safety Rules and other safety-related regulations.
- Report all injuries, no matter how minor to a member of your management team.
- Encourage everyone to work safely.
- Fully support all programs and committees promoting safety and health.
- Actively participate in our safety committee as required.
- Immediately report unsafe acts and conditions to a member of your management team or you may report these situations anonymously if you prefer by calling our Staff Relations CARELINE at 800-241-5689.

## Our Commitment to Safety

Your manager is responsible for ensuring your safety by:

- Being familiar with our safety program and ensuring its effective implementation.
- Being aware of all safety considerations when introducing a new process or procedure to the restaurant.
- Investigating all accidents or injuries to ensure proper reports are completed and appropriate action is taken to avoid reoccurrence of similar accidents or injuries.
- Providing complete safety training to staff members.
- Consistently and fairly enforcing all safety rules.
- Seeing that all injuries, no matter how minor, are treated immediately and promptly reported to our Workers' Compensation Claims Administrator when applicable.
- Inspecting work areas to detect unsafe conditions and work practices and immediately reporting or correcting these unsafe conditions or work practices.

© 2005 The Cheesecake Factory Restaurants, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

## General Safety Rules

Here are some of our safety rules that apply to all staff members:

♦ Wear slip-resistant, low-heeled shoes at all times.  Look for shoes with slip-resistant soles.  As a convenience and a benefit to our staff, we have a safety shoe program.  This program allows staff members to pay for the great slip-resistant shoes from a company that we highly recommend, Shoes For Crews, at a discounted rate with a one-time payroll deduction.  (It is not mandatory to purchase your shoes from Shoes For Crews.  You may wear any name brand as long as they are slip-resistant and indicate this on the shoe or shoebox.)

♦ Report all work-related injuries or accidents to a member of your management team, no matter how minor.  A seemingly minor injury can develop into something more serious if it is not properly treated.

♦ Do not operate any machine or use any equipment (e.g., kitchen slicer, Bermixer, chef's knife) if you are not familiar with it and the safety procedures necessary to safely operate it.

♦ Push - don't pull - heavy objects.  Ask for help when lifting, carrying, or moving items that are in excess of 40 pounds.

♦ Use hand trucks for moving heavy, bulky crates, boxes and containers.

♦ Never clean, adjust or repair any machinery until the machinery is turned off and unplugged from its power source.

♦ Immediately report any defects in machinery, tools and equipment to a manager.

♦ Do not leave tools, boxes or other objects, which might cause others to trip and fall, on the floor.

♦ Do not block exits, fire doors, aisles, fire extinguishers, gas meters, electrical panels, or traffic lanes.

♦ Avoid risk of rupture, internal injury or back injury in attempting to lift or push heavy loads.  If an object is too heavy to move without strain, ask for help.

♦ When moving through a crowded area say, "Behind" or "On your left," to let people know of your presence.

♦ If you drop or spill anything on the floor, or see something spilled, don't leave it for someone else.  If you cannot clean it up immediately, stand over the spill and ask someone to bring a towel or mop.

♦ Do not distract others while they are working.  Approach anyone using a knife, or working around any machinery or cooking equipment, from the front or side so he or she will see you coming and not be shocked or surprised.  Be sure to tell them "Behind you" or "On your right."

♦ Always use a ladder or stepladder to climb.  Never use a chair, shelf, box, milk crate, counter, or other substitute.

♦ Do not leave drawers or cabinets open.

♦ Absolutely no running, fighting, horseplay, or any activity that might result in injury.

♦ Unnecessary or excessive haste is the cause of many accidents.  Use caution at all times.  Walk, do not run!

## Restaurant Safety

Here are some additional rules:

♦ Always carry a towel for handling hot dishes and/or for cleaning and/or marking up spills or other hazards on the floor.

♦ Use proper techniques for slicing bread: hold the loaf of bread in place with your fingertips tucked under ("the claw method") while slicing the loaf.

♦ When finished, be sure to put knives away in their proper place.  Do not leave them out on counters, in a sink, or loose on overhead shelves.

♦ When serving food, use the proper technique for carrying plates.  Never carry more than two large plates or two pasta bowls at one time.  Use your forearms to support the weight of plateware, not your wrists.

♦ Don't overload bus tubs or trays.  Do not build walls along the sides of bus tubs in an effort to load more dishes in them.

♦ Don't attempt to carry a stack of plates or racks of glassware that are higher than the distance from your fingertips to your elbow.

♦ Use extreme caution when working around or handling hot plates, hot food, hot surfaces, and sharp knives.

♦ If you work with a knife, chopper, dicer, or slicer, you are required to wear a cutting glove when using or cleaning this equipment.

♦ For additional safety requirements and procedures, please consult your safety manager.

♦ Regularly review your workgroup's specific Development Guide for additional safety guidelines and procedures that are applicable to your job.

## How to Lift:

1. Stand with your feet slightly apart.
2. Assume a squatting position with knees bent and chin tucked.
3. Tilt head forward, grasp the load with both hands and gradually push up with your legs.
4. Keep the load close to your body.
5. Keep your back straight and avoid any abrupt movement.

## Guest Safety

Report any injury or accident involving a guest to a manager immediately. Always acknowledge the guest first, then apologize and get a manager immediately. Don't assume the guest will report it. Management's first concern is that the guest is handled with proper consideration and obtains proper treatment as soon as possible.

Be alert to any potential problem situation and report it immediately to a manager. These situations might include suspicious looking people loitering in the restaurant, unruly or noisy guests or guests being rude to others. **Never be rude to a guest. Get a manager involved to handle the situation.**

**\*\* Never give aspirin or any other medication to a guest. \*\***

## Hazard Communication

We use a variety of cleaning solutions that are classified as "chemicals" by the Occupational Safety and Health Administration (OSHA). Many of these are common, everyday substances that can be found in your own home similar to Ajax™, Windex™ and 409™. OSHA requires that we inform you of the use of these chemicals in your workplace, in the event that you have allergies or experience an adverse reaction to an exposure to any of these substances.

If you would like more information on learning about the various chemicals that we use, please contact the Corporate Risk Services Department. Material Data Safety Sheets, which are supplied to us by the manufacturers and explain the properties of these various substances, are available for review and are posted in your restaurant.

## In Case of Emergency

While many of our telephones do not provide access to an outside line, they are capable of dialing 911. You must first hit the "pound" sign (#) and then dial 911. If an accident or incident results in a life-threatening situation, alert a manager who will call 911 for emergency response.

## Disciplinary Procedures

Every staff member must be thoroughly familiar with our safety rules. Failure to comply with safety rules or procedures may result in disciplinary action, up to and including discharge (see "Counseling Process" in this Handbook).

## Our Audio/Visual Communication and Training System

An audio/visual interactive communication system may be in use at our restaurants, usually in the bar area and office. This system has both audio and video features, and allows 2-way communication between our restaurants and the Corporate Support Center. The system is used for pre-scheduled interactive instructional and meeting purposes only.

Only management may activate this system for such purposes. Any unauthorized use of the system is expressly forbidden and will result in disciplinary action, up to and including discharge.

## Insurance Issues

Please note that our liability and auto insurance coverage does not provide benefits for losses or damage to your personal property on the Company's premises while you are working or when on Company business.  This is especially important to keep in mind in the event that you are asked to – or offer to – run an errand on behalf of The Cheesecake Factory.

In the unlikely event that you are involved in an auto accident while on Company business, you must file a claim through your own auto insurance Company to cover damages to your vehicle or other vehicles involved.  Our auto liability coverage does not provide coverage for non-Company owned, non-Company-leased vehicles.  Any bodily injuries may, however, be covered under the Company's Workers' Compensation insurance.

You are never under any obligation to use your own vehicle to run an errand for The Cheesecake Factory.  If you are asked to do so, and wish to decline for any reason, please tell your manager.  Only licensed and personally insured drivers may use an auto while on Company business.

Your participation in any off-site, off duty picnic or staff member group activity is voluntary and not considered a mandatory Company event.

As such, you are not paid for any time spent at a recreational activity (like a picnic or off-site staff event) and your participation is not part of your workday.  Since these events are voluntary in nature, our Workers' Compensation coverage does not apply to any injury or illness arising out of your voluntary participation.

 ## Smoking

Smoking is not permitted at any time in food production areas, in the dining room, public rest rooms, storerooms, behind the bar, or anywhere in the restaurant in view of guests.  Additionally, we comply with applicable state and local laws, which limit or prohibit smoking in the workplace.

If you smoke during an approved break, you must wash your hands before returning to work.  We ask that staff members with guest contact take additional measures after smoking to prevent unpleasant smokers' breath or odors before returning to the floor.

## Security Issues

Unfortunately, the large amounts of inventory and cash in our facilities make us a target for theft.  For your own protection, please do not bring large amounts of cash, jewelry or valuables to work.  If you must bring a change of clothes or other personal items to work, most restaurants have lockers available for your short-term use.  Please bring your own lock and remove it when your shift is over.  We are not able to store personal items such as purses, backpacks or other items in the managers' office.  We're sorry, but we cannot be responsible for personal items that are lost or stolen while on our premises.  We reserve the right to inspect or search packages, briefcases, purses, and bags that are brought onto the premises as well as lockers, desks, property, information systems, work areas, and vehicles parked on the property.

Please use the designated staff entrance for entering and exiting the building at all times.

In many areas of our restaurant and in common areas that we share with malls and other buildings, security cameras may be in use.  These cameras are designed to offer protection to our staff and for the restaurant. At times, they may be used to detect illegal or forbidden activities.  Certain public areas, such as back doors, docks, offices, and other areas of the restaurant, may have hidden or visible security cameras in use.

To protect our staff, guests and Company, the Company prohibits the use of cell phones, Personal Digital Assistants (PDAs) or other electronic devices that take photos. Unauthorized picture taking may result in disciplinary action, up to and including discharge.

## Your Personal Safety

It is our goal to maintain a safe workplace for all of our staff members. We have a "zero tolerance" policy with respect to threats or acts of violence or possession of weapons on Company property or while at work.  In addition to the section of this handbook, we want you to be aware of and practice these personal safety measures:

- ♦ Never walk to your car alone after dark.
- ♦ Always alert a manager if you feel you are in any type of danger, or call 911.
- ♦ Immediately alert a manager if you are the recipient of any kind of threat of violence or believe any guest, vendor or other staff member is threatened or in danger while on Company property.  Additionally, you may also register any type of complaint or concern on the Staff Relations CARELINE at 800-241-5689.
- ♦ Alert a manager or call 911 if any kind of altercation seems imminent.

Any perceived "violent tendencies" from a co-worker, guest or vendor should be immediately reported to management.  No staff member will be subject to retaliation as a result of reporting, in good faith, any actual or potential threat or occurrence of violence.

## Health and Sanitation

We ask that you help keep your facility in a clean, appealing and healthy condition.  This includes picking up litter, cleaning up spills and breakage, checking the rest rooms for supplies and cleanliness, and alerting management to any unsanitary condition.

- ♦ Be sure to wash your hands with soap and warm water after eating, smoking, using the restroom, brushing your hair, or performing cleanup duties.
- ♦ Do not touch your hair, face, nose, or mouth while handling and serving food and beverages.
- ♦ When handling glasses and dishes, be sure not to touch the beverage or food.
- ♦ Keep fingers away from the rims of glasses and the food contact portion of silverware.
- ♦ It is never appropriate for a staff member to eat food left on or discarded from anyone's plate.  It is unsanitary and unhealthful for the staff, as well as our guests.
- ♦ Staff members may not chew gum while working.
- ♦ Staff members who work in the kitchen may not wear acrylic nails.

## "The Big Four" Diseases and Methods of Prevention

Staff members working with food must notify their manager if they experience any of the following signs or symptoms so that the manager can take appropriate steps to prevent the transmission of a potential food borne illness.

| Food Borne Illness | Signs & Symptoms | Methods of Transmission | Preventive Measures |
|---|---|---|---|
| **Salmonella (sal ma nella)** | Diarrhea<br>Fever<br>Abdominal cramps<br>Vomiting | Uncooked product or product held at the wrong temperature. | **Hand washing with soap and hot water**<br>▪ Prior to preparing food<br>▪ After touching bare human body parts<br>▪ After using the toilet<br>▪ After coughing and sneezing (use a handkerchief or disposable tissue)<br>▪ After wiping a running nose (use a disposable tissue)<br>▪ After smoking, eating or drinking<br>▪ Every ½ hour as a regular practice<br><br>**Personal Hygiene**<br>▪ Bathed body<br>▪ Clean fingernails<br>▪ Clean hair<br>▪ Clean clothes |
| **Shigella (Sh gella)** | Abdominal cramps<br>Fever<br>Diarrhea<br>Stools may contain blood & mucus | Contamination of these foods is usually through the fecal-oral route. | |
| **<u>Escherichia coli O157:H7 (E. coli)</u>** | Severe diarrhea (bloody)<br>Abdominal pain<br>Vomiting<br>Little or no fever<br>Common in children <4 yrs old | Found in the intestinal tract of cattle and humans. Mainly due to uncooked meat. | |
| **Hepatitis A (Hep a ty tis)** | Diarrhea<br>Dark urine<br>Jaundice<br>Flu-like symptoms | This is a fecal to oral transmission; putting something in your mouth that has been contaminated with the stool of a person with Hepatitis A. | |
| **Other Illnesses/Conditions** | | | |
| **Exposed cuts and wounds** | | | ▪ Cover with a bandage.<br>▪ Cover with bandage and latex glove if wound is on the hand.<br>▪ Seek medical attention if infection occurs. |
| **Persistent sneezing or coughing<br>Running nose<br>Sore throat with fever** | | | ▪ Cover mouth and nose when sneezing or coughing.<br>▪ Seek medical attention.<br>▪ Stay home if contagious or at risk of contaminating food or food surfaces. |

## THE CHEESECAKE FACTORY INCORPORATED

## SUMMARY OF PLAN INFORMATION (FROM SPD)

### ERISA Information

The following information is provided to you in accordance with the Employee Retirement Income Security Act of 1974 (ERISA).

### Eligibility Section

Refer to the Eligibility section in this Handbook for each particular type of coverage.  Eligibility requirements may vary for different types of coverage.

### Preexisting Conditions Limitations And Special Enrollment Periods

Federal law (the Health Insurance Portability and Accountability Act of 1996, known as "HIPAA") limits the circumstances under which a group health plan may exclude coverage for medical conditions present before an individual enrolls.  Since this plan is governed by HIPAA, the following rules apply (Preexisting Condition Limitations do not apply to HMOs):

1. "Special Enrollment Rights" If you do not enroll for coverage when you are first eligible but you later wish to enroll, you will not be able to do so unless you meet one of the following criteria for "Special Enrollment Rights":
2. If you decline enrollment for yourself or your dependents (including your spouse) because of other health insurance, you may in the future be able to enroll yourself or your dependents in this plan, provided that you request enrollment within 31 days after your other coverage ends.  This special rule applies if you or your dependents lose the other coverage due to termination of employment, change in employment status, termination of the other plan's coverage, cessation of the employer's contribution toward coverage, exhaustion of COBRA coverage, death of a spouse, or divorce.
3. If you lose your other coverage but fail to request enrollment in this plan within 30 days, you will NOT be allowed to enroll in the plan until the next Open Enrollment date.
4. If you have a new dependent as a result of marriage, birth, adoption, or placement for adoption, you may be able to enroll yourself and your dependents, provided that you request enrollment within 30 days after the marriage, birth, adoption, or placement for adoption.  If you are eligible for coverage but do not enroll, your dependent cannot enroll.
5. If a court of competent jurisdiction orders coverage of a spouse or minor child, that individual may be enrolled mid-year if the request for enrollment is made to the employer within 30 days of the court order.
6. If you meet the eligibility requirements during the plan's open enrollment period and you complete and submit the required enrollment forms to the Benefits Department on or before the designated deadline.

### Benefits During Family And Medical Leave or Pregnancy Disability Leave

If you are on a leave of absence approved by The Cheesecake Factory and your leave is protected under the federal Family and Medical Leave Act (FMLA), the California Family Rights Act (CFRA) and/or the California Pregnancy Disability Leave laws (PDL) for California employees only, you may continue medical, dental, life, and Accidental Death & Dismemberment benefits during such leave of absence.  The federal FMLA offers up to 12 weeks of unpaid leave for a staff member who has worked for the company at least 12 consecutive months dating backward from the start date of the leave and has worked at least 1250 hours in that 12 month period.  Eligible staff members may take up to 12 weeks of FMLA leave in a rolling 12 month period if the leave of absence is requested in advance, in writing, and accompanied by a doctor's note.  Contact the Benefits Department for details on eligibility for, and terms and conditions of, an approved leave of absence, or information on other state leave laws.

While a staff member is on an approved FMLA leave, they are responsible to remit to The Cheesecake Factory Incorporated their portion of the premium on a monthly basis.  The Cheesecake Factory Incorporated will continue to pay the Company portion of the premium (for individual or dependent coverage) up to a maximum of 12 weeks within a 12-month period.  However, if FMLA continues longer than 12 weeks, the staff member must elect and pay for COBRA to continue medical and dental coverage.  Benefits which are not continued during FMLA leave will be reinstated, with no waiting period or preexisting condition limitation, upon the staff member's return from FMLA leave.

During any period of PDL or CFRA leave that runs concurrently with FMLA, the rules above apply regarding continuation of benefits. During PDL or CFRA leave (or other state law leave) that does not run concurrently with FMLA, a staff member's continued enrollment in our Health & Welfare Benefit Plans may be altered. Please check with the benefits department for any local laws pertaining to benefits while on an approved Leave of Absence.

Contact the Benefits Department for additional information on the family/medical or pregnancy disability leave policy or if you want to request leave under one of these statutes.

## Continuing Benefits During Military Leave

If you go on active duty in the U.S. armed forces, you will cease to be covered under the Health & Welfare Benefit Plans as of the end of the month in which you enter active military service. However, you have the following rights to continue coverage:

1. If your military leave period is less than 31 days, you have the right to continue medical and dental coverage for yourself and dependents who were covered under our Plan for up to 31 days, at a cost of not more than the cost for a similarly situated active employee.
2. If the military leave period is more than 31 days, you have the right to elect COBRA continuation coverage for yourself and your dependents that were covered under the Plan for up to 24 months.

## COBRA Continuation Rights

COBRA is a federal law that allows plan participants to continue medical and dental coverage under specified circumstances where such group coverage would otherwise be lost. To continue coverage, you or your covered dependents must apply for continuation coverage and pay the required premium before the deadline for payment. COBRA coverage can be extended for 18, 29 or 36 months, depending on the particular "qualifying event" which gave rise to COBRA.

## Maternity Minimum Stay Provisions

The Newborns' and Mothers' Health Protection Act generally prohibits group health plans and health insurance issuers offering group insurance coverage from:

1. Restricting benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a normal vaginal delivery, or less than 96 hours following a cesarean section, or
2. Requiring that a provider obtain authorization from the plan or the insurance issuer for prescribing a length of stay not in excess of the above periods.

However, federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or the newborn earlier than 48 hours (or 96 hours as applicable). In any case, plans and issuers may not require that a provider obtain authorization from the plan or the issuer for prescribing a length of stay not in excess of 48 hours (or 96 hours).

## Qualified Medical Child Support Orders (QMCSOS)

A Qualified Medical Child Support Order (QMCSO) may require medical coverage for a staff member's child who would not otherwise be covered. A QMCSO is a state court or administrative agency order that requires an employer's medical plan to provide benefits to the child of a staff member.

QMCSOs usually apply to a child whose parents get divorced or who is born out of wedlock. When the Company, as Plan Sponsor, receives a QMCSO, the staff member and the child will be notified that the order has been received and what procedures we will use to determine if the order is "qualified." If we determine the order is "qualified," the staff member and dependent will be automatically enrolled in our Medical & Dental Plans pursuant to the QMCSO. We will begin deductions from the staff member's paycheck in the amount necessary to pay for such coverage. The affected staff member should receive an initial COBRA notice, carrier ID cards and begin deductions from their paychecks as verification the QMCSO is qualified.

## Women's Health and Cancer Rights Act of 1998

UNDER FEDERAL LAW, GROUP HEALTH PLANS AND HEALTH INSURANCE ISSUERS PROVIDING BENEFITS FOR A MASTECTOMY MUST ALSO PROVIDE, IN CONNECTION WITH THE MASTECTOMY FOR WHICH THE PARTICIPANT OR BENEFICIARY IS RECEIVING BENEFITS, COVERAGE FOR:

- ♦ Reconstruction of the breast on which the mastectomy has been performed
- ♦ Surgery and reconstruction of the other breast to produce a symmetrical appearance
- ♦ Prosthesis and physical complications of mastectomy including lymphedemas; in a manner determined in consultation between the attending physician and the patient.

These benefits may be subject to annual deductibles and coinsurance provisions that are appropriate and consistent with other benefits under your plan or coverage.

## Statement of ERISA Rights

As a participant in The Cheesecake Factory Incorporated Group Insurance Plan(s) you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA).  ERISA provides that all plan participants shall be entitled to:

1. Examine, without charge, at the plan administrator's office and at other specified locations, such as work sites and union halls, all plan documents, including insurance contracts, collective bargaining agreements and copies of all documents filed by the plan with the U.S. Department of Labor, such as detailed annual reports and plan descriptions.

2. Obtain copies of all plan documents and other plan information upon written request to the Plan Administrator.  The administrator may assess a reasonable charge for the copies.

3. Receive a summary of the plan's annual financial report.  The Plan Administrator is required by law to furnish each participant with a copy of this Summary Annual Report.

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan.  The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries.  No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a pension or welfare benefit or exercising your rights under ERISA.  If your claim for a pension or welfare benefit is denied, in whole or in part, you must receive a written explanation of the reason for the denial.  You have the right to have the Carrier & Plan Administrator reconsider your claim.

Under ERISA, there are steps you can take to enforce the above rights.  For instance, if you request materials from the plan and do not receive them within 30 days, you may file suit in a Federal court.  In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator.

If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or Federal court.  If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court.  The court will decide who should pay court costs and legal fees.  If you are successful, the court may order the person you have sued to pay these costs and fees.

If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous. If you have any questions about your plan, you should contact the Plan Administrator.  If you have any questions about this statement or about your rights under ERISA, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefit Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.

## Summary Of Plan Information

**Name Of Plan**:
The Cheesecake Factory Incorporated Health & Welfare Benefit Plans

**Plan Sponsor and Plan Administrator:**
The Cheesecake Factory Incorporated
Director of Compensation and Benefits
26950 Agoura Road
Calabasas Hills, CA  91301
(818) 871-3000

**Agent for Service of Legal Process:**
The Cheesecake Factory Incorporated
Director of Compensation and Benefits
26950 Agoura Road
Calabasas Hills, CA  91301
(818) 871-3000

**Employer Identification Number:**
51-0340466

**Plan Number:**
501

**Type of Plan:**
Benefits provided under the Plan include medical, dental, life, accidental death & dismemberment, and long term disability.

**End of Plan Year:**
December 31st

**Type of Administration:**
Contract Administration for the self-insured medical and PPO dental benefits. Insurer Administration for prepaid dental, life, accidental death & dismemberment, and long-term disability.

**Health Insurance Carrier:**
Medical and PPO dental are self-insured.  United Healthcare (UHC) is the third party administrator of claims, but benefits are paid from The Cheesecake Factory's general assets.  Prepaid dental benefits are guaranteed under a contract of insurance issued by Aetna.

**Plan Contributions:**
The Employer and the employees provide contributions necessary to fund the Plan.

The employer sets the employee contribution each year and communicates it to employees prior to open enrollment during each Plan year. Any credits or refunds that the Employer receives under a Performance Agreement, Administrative Services Agreement or Stop-Loss Contract shall apply only to reimburse the Employer. Any experience credits or refunds shall be applied first to reimburse the Employer for its contributions, unless otherwise provided in the Plan documents or required by applicable law.

**Eligibility For Plan Participation:**
Eligibility requirements for plan participation are outlined in your Certificate or Plan Booklet – usually in the section titled Eligibility.

**Loss Of Benefits:**
Circumstances under which you may be disqualified from the plan, ineligible for benefits, or have benefits denied/forfeited/suspended are outlined in the specific plan Booklet, and in your Staff Member Handbook.

**Procedure For Amending The Plan:**
The Employer may amend the Plan from time to time by written instrument signed by the Plan Administrator.

**Claims Procedure:**

Claims procedures vary for each type of benefit.  See each specific booklet.  For the self-insured medical coverage you may obtain claim forms from the Benefits Department or from United Healthcare's website at www.myuhc.com.  For other insured benefits, you may obtain claim forms from the Benefits Department and each carrier for your particular insured coverage area will make determinations of initial claims and will hear all appeals on such claims.

If your pre-service medical claim is denied in whole or in part, you will be given the reason for denial in writing within 15 days after receipt of the claim by UHC, within 30 days for a post-operative claim, or 72 hours for an urgent medical claim.  You have 180 days after you receive a claim denial to appeal.

For health insurance claims, you will need to contact UHC's or Aetna's Member Services for the address of where to send the written appeal since such address differs depending on where you reside.

If your written appeal for a medical claim or a dental PPO claim is denied, you may then write an additional appeal letter to the Plan Administrator.  This request must be submitted within 60 days of denial by UHC of your written appeal.  This appeal to the Plan Administrator must contain a copy of your appeal letter, the original denial by and Explanation of Benefit (EOB) Statement by UHC. These documents must be sent to:

The Cheesecake Factory Incorporated
Director of Compensation and Benefits
26950 Agoura Road
Calabasas Hills, CA  91301

The Plan Administrator shall make the final decision on denied medical and PPO dental claims.  Medical and PPO dental benefits under this Plan will be paid only if the Plan Administrator decides in his/her discretion that the applicant is entitled to them.

**Other Group Plans:**

The Group Universal Life Insurance (GUL) and Voluntary Group Term Life Insurance (GTL) options available to The Cheesecake Factory Incorporated are not ERISA plans like The Cheesecake Factory Health & Welfare Plans. GUL and GTL benefits are offered and sponsored by the insurance carrier, not by The Cheesecake Factory Incorporated.  The Cheesecake Factory Incorporated merely allows the insurance carrier to publicize the program, collects premiums through payroll deductions, and remits such premiums to the insurance carrier.  If you wish to contest a decision made by the carrier under these plans (for example regarding eligibility or benefits), you must correspond directly with the carrier.  The Company has no control over the decisions made by the carrier.

© 2005 The Cheesecake Factory Restaurants, Inc.  ¨ Confidential Information  ¨ Do not duplicate or distribute outside of this company.

## THE CHEESECAKE FACTORY STAFF MEMBER

## ANTI-HARASSMENT AND NON-DISCRIMINATION POLICY STATEMENT

### Staff member's copy.  Retain this page in the Handbook.

**This notice must be signed by all Cheesecake Factory staff members upon hire and may be used in re-training as needed.**

The Cheesecake Factory is committed to providing a work environment that is free from all types of harassment and discrimination.  We believe that all individuals deserve to be treated fairly and with respect, and **our policy does not tolerate harassment or discrimination in any form**.  All types of harassment, including sexual harassment, and discrimination are prohibited.

As your employer, our obligation is to inform you of your rights, and tell you how to report an occurrence, without reprisal, if you feel you have been harassed or discriminated against.  We will conduct an investigation whenever a claim of harassment or discrimination is made.  We also have an obligation to specifically define sexual harassment for you, so that you will know what behaviors you may not engage in, as well as how to recognize it if you witness sexual harassment or are the victim of sexual harassment.

One definition of sexual harassment is "unwanted sexual advances, or verbal, visual or physical conduct of a sexual nature."  Another definition is "inappropriate conduct because of sex, *regardless* of the sexuality of the harasser." This means that you should not engage in any offensive or inappropriate behavior that is based on sex, *even if you are joking or don't mean it*.  Sexual harassment is based on the perception of the person who feels they are being harassed, **not on the intentions of the accused harasser**.  Here are some examples of conduct that you must avoid that may be considered sexual harassment:

- ◆ Unwanted sexual advances, including repeated requests for dates, physical contact such as hugs and kisses or demands or requests for sexual favors of any kind
- ◆ Offering money or benefits in exchange for sex
- ◆ Making any job function, benefit or procedure contingent upon receiving sexual favors
- ◆ Threatening someone after they have turned you down for a date or sexual favor
- ◆ Visual conduct:  leering, making sexual gestures with your hands, displaying sexually suggestive objects or pictures, cartoons or posters
- ◆ Verbal conduct: making or using derogatory sexual comments, sexual slurs or sex-based jokes, sexual advances, or propositions
- ◆ Verbal conduct of a sexual nature, verbal commentaries about the body of a co-worker or guest, sexually degrading words used to describe an individual, inappropriate discussions about sexual activities, suggestive or obscene letters, notes or invitations
- ◆ Physical conduct: unwelcome touching, hugging, kissing, physical assaults, impeding, or blocking movements

We have an obligation to insure that your workplace is free from harassment and discrimination.  You have responsibilities, too.  You must report any harassment or discrimination that has taken place, even if it is not directed towards you.  If you are harassed, you have the right to ask the harasser to stop the conduct.  In any event, you must report the unwanted or inappropriate conduct to an appropriate Company representative so that a prompt investigation can take place.

Our responsibility is to take effective remedial action designed to end the unwanted behavior.  **Anyone who is found to engage in harassment or discrimination will be subject to disciplinary action, up to and including discharge**.  Effective remedial action may include re-training, written warnings, suspension without pay, or discharge.  Additionally, an individual whose harassing conduct results in legal action will be held *personally* responsible for any damages or legal fees.

© 2005 The Cheesecake Factory Restaurants, Inc.  ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

To report harassment or discrimination:

1. Seek out your workgroup manager, senior manager, AGM or General Manager, or
2. Contact an Area Director of Operations or a Corporate Vice President, or
3. Contact a member of the Staff Relations Department at the Corporate Support Center, or
4. Call our toll-free CARELINE.

For immediate action, we strongly encourage you to use our internal reporting procedure. California and Massachusetts staff members may also contact the local state or federal agency that enforces the various anti-discrimination laws to make a complaint or to seek other legal remedies. Above all, you must never be fearful of making a report of harassment or discrimination, as this is the only way we can correct the problem. Telling a co-worker about it is not enough. Please seek out a manager or a Company representative, who can begin the investigation process. Again, you may make a report of harassment or discrimination to any of the above sources without fear of reprisal.

If you report harassment or discrimination, we may ask you to tell us about the harassment or discrimination verbally *and* in writing during the investigation process. We will make every effort to maintain confidentiality. However, this may not be possible in all instances. During the investigation procedure, we will ask you not to discuss the incident with co-workers. This will protect everyone's rights and help us to conduct a private and objective investigation.

If you are named as a possible witness to reported harassment or discrimination, we will ask for your cooperation in describing any events or actions that are alleged. Your observations may be very important! Again, we will ask you to not discuss the incident with co-workers while we are gathering information.

Any retaliatory conduct following a claim of harassment or discrimination is also grounds for immediate discharge. This means that if you are involved in an investigation or claim, you may not retaliate in any way towards the person making the complaint. This includes overt threats as well as more subtle forms of retaliation including ignoring, refusing to help and rudeness. Attempts to discuss the incident with the complainant can also be perceived as retaliation.

For more information, please speak to your manager or contact the corporate staff relations department at The Cheesecake Factory corporate center at 818-871-3000. You may also call the CARELINE at 800-241-5689 with any questions, or to report any occurrence of harassment or discrimination.

I acknowledge and understand the Company's policy on harassment and discrimination. I have read this document and understand my rights and responsibilities in regards to these important issues.


_____          _____
Signature                                          Date


_____          _____
Printed Name                                       Location


*If you are a California staff member and wish to contact the Department of Fair Employment and Housing, you may call or write the local office in Los Angeles at 322 West First Street, #2126 Los Angeles, CA 90012-3112, phone 213-897-1997.

*If you are a Massachusetts staff member and wish to contact the Massachusetts Commission Against Discrimination, you may call or write the local office in Boston at One Ashton Place, Room 601, Boston, MA 02108-1518, phone 617-727-3990.

## THE CHEESECAKE FACTORY STAFF MEMBER

## ANTI-HARASSMENT AND NON-DISCRIMINATION POLICY STATEMENT

**Please have staff member sign and detach this page from the Handbook.
Place this signed form in staff member's file.**

**This notice must be signed by all Cheesecake Factory staff members upon hire and may be used in re-training as needed.**

The Cheesecake Factory is committed to providing a work environment that is free from all types of harassment and discrimination.  We believe that all individuals deserve to be treated fairly and with respect, and **our policy does not tolerate harassment or discrimination in any form**.  All types of harassment, including sexual harassment, and discrimination are prohibited.

As your employer, our obligation is to inform you of your rights, and tell you how to report an occurrence, without reprisal, if you feel you have been harassed or discriminated against.  We will conduct an investigation whenever a claim of harassment or discrimination is made.  We also have an obligation to specifically define sexual harassment for you, so that you will know what behaviors you may not engage in, as well as how to recognize it if you witness sexual harassment or are the victim of sexual harassment.

One definition of sexual harassment is "unwanted sexual advances, or verbal, visual or physical conduct of a sexual nature."  Another definition is "inappropriate conduct because of sex, *regardless* of the sexuality of the harasser." This means that you should not engage in any offensive or inappropriate behavior that is based on sex, *even if you are joking or don't mean it*.  Sexual harassment is based on the perception of the person who feels they are being harassed, **not on the intentions of the accused harasser**.  Here are some examples of conduct that you must avoid that may be considered sexual harassment:

♦ Unwanted sexual advances, including repeated requests for dates, physical contact such as hugs and kisses or demands or requests for sexual favors of any kind
♦ Offering money or benefits in exchange for sex
♦ Making any job function, benefit or procedure contingent upon receiving sexual favors
♦ Threatening someone after they have turned you down for a date or sexual favor
♦ Visual conduct:  leering, making sexual gestures with your hands, displaying sexually suggestive objects or pictures, cartoons or posters
♦ Verbal conduct: making or using derogatory sexual comments, sexual slurs or sex-based jokes, sexual advances or propositions
♦ Verbal conduct of a sexual nature, verbal commentaries about the body of a co-worker or guest, sexually degrading words used to describe an individual, inappropriate discussions about sexual activities, suggestive or obscene letters, notes or invitations
♦ Physical conduct: unwelcome touching, hugging, kissing, physical assaults, impeding, or blocking movements

We have an obligation to insure that your workplace is free from harassment and discrimination.  You have responsibilities, too.  You must report any harassment or discrimination that has taken place, even if it is not directed towards you.  If you are harassed, you have the right to ask the harasser to stop the conduct.  In any event, you must report the unwanted or inappropriate conduct to an appropriate Company representative so that a prompt investigation can take place.

Our responsibility is to take effective remedial action designed to end the unwanted behavior.  **Anyone who is found to engage in harassment or discrimination will be subject to disciplinary action, up to and including discharge.**  Effective remedial action may include re-training, written warnings, suspension without pay, or discharge.  Additionally, an individual whose harassing conduct results in legal action will be held personally responsible for any damages or legal fees.

To report harassment or discrimination:

1. Seek out your workgroup manager, senior manager, AGM or General Manager, or
2. Contact an Area Director of Operations or a Corporate Vice President, or
3. Contact a member of the Staff Relations Department at the Corporate Support Center, or
4. Call our toll-free CARELINE at 800-241-5689.

For immediate action, we strongly encourage you to use our internal reporting procedure. California and Massachusetts staff members may also contact the local state or federal agency that enforces the various anti-discrimination laws to make a complaint or to seek other legal remedies. Above all, you must never be fearful of making a report of harassment or discrimination, as this is the only way we can correct the problem. Telling a co-worker about it is not enough. Please seek out a manager or a Company representative, who can begin the investigation process. Again, you may make a report of harassment or discrimination to any of the above sources without fear of reprisal.

If you report harassment or discrimination, we may ask you to tell us about the harassment or discrimination verbally *and* in writing during the investigation process. We will make every effort to maintain confidentiality. However, this may not be possible in all instances. During the investigation procedure, we will ask you not to discuss the incident with co-workers. This will protect everyone's rights and help us to conduct a private and objective investigation.

If you are named as a possible witness to reported harassment or discrimination, we will ask for your cooperation in describing any events or actions that are alleged. Your observations may be very important! Again, we will ask you to not discuss the incident with co-workers while we are gathering information.

Any retaliatory conduct following a claim of harassment or discrimination is also grounds for immediate discharge. This means that if you are involved in an investigation or claim, you may not retaliate in any way towards the person making the complaint. This includes overt threats as well as more subtle forms of retaliation including ignoring, refusing to help and rudeness. Attempts to discuss the incident with the complainant can also be perceived as retaliation.

For more information, please speak to your manager or contact the corporate staff relations department at The Cheesecake Factory corporate center at 818-871-3000. You may also call the CARELINE at 800-241-5689 with any questions, or to report any occurrence of harassment or discrimination.

I acknowledge and understand the Company's policy on harassment and discrimination. I have read this document and understand my rights and responsibilities in regards to these important issues.


_____          _____
Signature                                                                          Date


_____          _____
Printed Name                                                                     Location


*If you are a California staff member and wish to contact the Department of Fair Employment and Housing, you may call or write the local office in Los Angeles at 322 West First Street, #2126 Los Angeles, CA 90012-3112, phone 213-897-1997.

*If you are a Massachusetts staff member and wish to contact the Massachusetts Commission Against Discrimination, you may call or write the local office in Boston at One Ashton Place, Room 601, Boston, MA 02108-1518, phone 617-727-3990.

# A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness and privacy of information in the files of consumer reporting agencies.  There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records and rental history records).  Here is a summary of your major rights under the FCRA.  **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C.  20580.**

- ♦ **You must be told if information in your file has been used against you.**  Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance or employment – or to take another adverse action against you - must tell you, and must give you the name, address and phone number of the CRA that provided the information.

- ♦ **You have the right to know what is in your file.**  You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure").  You will be required to provide proper identification, which may include your Social Security Number.  In many cases, the disclosure will be free.  You are entitled to a free file disclosure if:
  - o a person has taken adverse action against you because of information in your credit report;
  - o you are the victim of identify theft and place a fraud alert in your file;
  - o your file contains inaccurate information as a result of fraud;
  - o you are on public assistance;
  - o you are unemployed but expect to apply for employment within 60 days.

- ♦ **You have the right to ask for a credit score**.  Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus.  You may request a credit score from consumer reporting agencies that create scores or dispute scores used in residential real property loans, but you will have to pay for it.  In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- ♦ **You have the right to dispute incomplete or inaccurate information**.   If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous.  See www.ftc.giv/credit for an explanation of dispute procedures.

- ♦ **Consumer reporting agencies must correct or delete inaccurate, incomplete or unverifiable information.**  Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days.  However, a consumer reporting agency may continue to report information it has verified as accurate.

- ♦ **Consumer reporting agencies may not report outdated negative information.**  In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- ♦ **Access to your file is limited**  A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business.  The FCRA specifies those with a valid need for access.

- ♦ **You must give your consent for reports to be provided to employers**.  A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer.  Written consent generally is not required in the trucking industry.  For more information, go to www.ftc.gov/credit.

- ♦ **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report**.  Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address form the lists these offers are based on.  You may opt-out with the nationwide credit bureaus at 877-382-4357.

♦   **You may seek damages from violators**.  If a consumer reporting agency, or, in some cases a user of consumer reports or a furnisher of information to a consumer reporting agency violated the FCRA, you may be able to sue in state or federal court.

♦   **Identity theft victims and active duty military personnel have additional rights**.  For more information, visit www.ftc.gov/credit.

**States may enforce the FCRA, and many states have their own consumer reporting laws.  In some cases, you may have more rights under state law.  For more information, contact your state or local consumer protection agency or your state Attorney General.  Federal enforcers are:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditor and others not listed below | Federal Trade Commission: Consumer Response Center – FCRA Washington, DC  20580 877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after a bank's name) | Office of the Comptroller of the Currency Compliance Management, Mail Stop 6-6 Washington, DC  20219 800-613-6743 |
| Federal Reserve System member banks (except national banks and federal branches/agencies of foreign banks) | Federal Reserve Board Division of Consumer & Community Affairs Washington, DC  20551 202-452-3693 |
| Savings association and federally chartered savings banks (word "Federal" or initial "F.S.B." appear in federal institution's name) | Office of Thrift Supervision Consumer Complaints Washington, DC  20552 800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration 1775 Duke Street Alexandria, VA  22314 703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center 2345 Grand Avenue, Suite 100 Kansas City, MI 6410-2638 877-275-3342 |
| Air, surface or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation Office of Financial Management Washington, DC  20590 202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator – GIPSA Washington, DC  20250 202-720-7051 |

# CONSUMER REPORT AND INVESTIGATIVE CONSUMER REPORT DISCLOSURE AND AUTHORIZATION

## Disclosure

The Cheesecake Factory Incorporated wants you to know that a consumer credit report (as defined under California law), a consumer report and/or an investigative consumer report about you may be obtained for employment purposes when considering your application for employment, when making a decision whether to offer you employment, when deciding whether to continue your employment (if you are hired), and when making other employment related decisions directly affecting you.  Such reports may include information as to your character, general reputation, personal characteristics, work habits, or mode of living.  The process may include verification of education, employment history, review of local, county, state, and federal government agency records, court public records, and employment references.

The information in or a copy of the report(s) obtained about you may be communicated to our affiliated Companies, including The Cheesecake Factory Restaurants, Inc., The Cheesecake Factory Bakery Incorporated and Grand Lux Cafe LLC for any of the employment purposes as described above.

The Fair Credit Reporting Act provides you with the right to request, in writing, within a reasonable amount of time, a disclosure of the nature and scope of the investigation requested.  Attached is a written Summary of Your Rights under the Fair Credit Reporting Act ("FCRA"), as prepared by the Federal Trade Commission.

## Authorization (Please read carefully before signing)

I have read the above disclosure and attached summary of FCRA rights and understand the information provided, and I hereby voluntarily authorize **The Cheesecake Factory Incorporated** to obtain "consumer credit reports," "consumer report" and/or "investigative consumer reports" about me from a consumer reporting agency (including a "consumer credit reporting agency" as defined under California law) and to consider such report(s) when making decisions regarding my employment at The Cheesecake Factory Incorporated.  I authorize the communication of any of the reports obtained about me, or information in them, with any affiliated Company.


_____          _____
Signature                                                                           Date Signed


Print Full Name:  _____



Complete for employment in California only:

Name of consumer credit reporting agency:  _____


❏  I do not want a copy of a consumer credit report, if one is obtained
❏  I do want a copy of a consumer credit report, if one is obtained

© 2005 The Cheesecake Factory Restaurants, Inc.  ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

© 2005 The Cheesecake Factory Restaurants, Inc.  ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

# HANDBOOK RECEIPT & CONFIDENTIALITY AGREEMENT

Initial:_____    I acknowledge receipt of a copy of The Cheesecake Factory Staff Member Handbook and other training materials relevant to my job.  I understand that this Handbook and other materials contain important information on some of The Cheesecake Factory's general personnel policies and on my privileges and obligations as a staff me mber of this Company.  I acknowledge that it is my responsibility to read and adhere to the guidelines in all material.  I am aware that The Cheesecake Factory may, in its sole discretion, change, rescind or add to any policies, benefits or practices described in this handbook or other training material and that I must abide by the new policies and practices.

Initial:_____    I understand and acknowledge that the Company's Staff Member Handbook sets forth specific rules and guidelines for staff member conduct ("The Forbidden").  It is my responsibility to adhere to these rules and guidelines as well as other rules and guidelines that may be established by the Company from time to time.  I understand that the Company's "Forbidden List" is not an exhaustive list of prohibited conduct, and that a violation of the "Forbidden List" or any other prohibited conduct may lead to disciplinary action, up to and including discharge.

Initial: _____    I also understand that the Handbook and other training materials are not, nor should they be considered to be, an agreement or contract of employment, express or implied.  I further acknowledge and understand that my employment with The Cheesecake Factory is, and at all times, remains at will.  This means that I have the right to terminate employment at any time, for any reason, without cause.  Likewise, The Cheesecake Factory may terminate my employment at any time, for any reason, with or without cause.

Initial:_____    I understand that I will be given or exposed to materials that are considered proprietary or confidential in nature.  Items such as this Handbook and the Development Guides are the sole property of The Cheesecake Factory, and are intended for staff members' use only.  I understand that I may not share, sell, photocopy, or distribute any of these materials to any other individual, business or corporation, either during or after my employment.  Also, depending on my position, I may be exposed to recipes and preparation methods.  I understand that recipes and preparation methods are highly confidential and that I may not reveal or share this information with anyone or for any reason, either during or after my employment.  By signing this document, I agree that I will not divulge recipes, ingredients or preparation methods either verbally or in writing to any other party, at any time, for any reason.  I also understand that it is against Company policy to make or possess copies of recipes for any non-Company use, or for the use of others.  Upon termination of my employment, I shall return all copies of any recipes or preparation methods that may be in my possession.  I understand that I am bound by this Confidentiality Agreement during and after my employment by The Cheesecake Factory.  Failure to adhere to this Confidentiality Agreement may lead to disciplinary action, discharge and/or legal action.

Initial: _____    I understand that The Cheesecake Factory maintains a written Injury and Illness Prevention Program (IIPP) which is in accord with the federal and state Occupational Safety and Health Acts, as well as the General Industry Safety Orders.  The IIPP is administered in the restaurant by the general manager, with the assistance and guidance of the restaurant's safety manager.  I also understand and acknowledge that it is my responsibility to read The Cheesecake Factory's Safety Policy and abide by the requirements of such policy.

Initial: _____    I understand and acknowledge that the Company has a zero tolerance drug and alcohol policy.  I further understand that pursuant to the Company's drug and alcohol policy, the Company may test staff members who are suspected of using drugs/alcohol on the job or reporting to work under the influence of, following a work related injury or accident.

© 2005 The Cheesecake Factory Restaurants, Inc.  ¨ Confidential Information  ¨ Do not duplicate or distribute outside of this company.

Initial: _____     I understand and acknowledge that the Company uses the "Rate In Effect" method for determining the applicable overtime rate.  I understand that under this method, if I work in two different job classifications, I will be paid 1 ½ times the regular rate of pay for the job classification I am working in at the time I become eligible for overtime compensation.

Initial: _____     I recognize that differences may arise between me and the Company during, or following, my employment with the Company.  I agree to participate in impartial dispute-resolution proceedings as a condition of and as consideration for the offer of employment by the Company.  If I, or the Company, determine that the Company's internal procedures for handling claims (including but not limited to, reporting claims to my manager, the Area Director of Operations, the CARELINE, and/or the Staff Relations Department), have not resulted in a mutually acceptable resolution of disputes between me and the Company, I agree to participate in arbitration proceedings.

Initial: _____     I agree to repot to the manager on duty if I am experiencing any signs or symptoms related the "The Big Four" food borne illnesses or other illness/conditions that contribute to contaminating food.  I also agree to follow the recommended best standards of practice of prevention.


Staff Member Name (print): _____


Signature: _____     Date: _____


Cheesecake Factory Location: _____


Work Group: _____


**Remove this page from the Handbook.  Photocopy this signed form and give to staff member; place original in staff member's file.**

# Exhibit B

# MANUAL DEL MIEMBRO DEL PERSONAL



May 2005

## QUE ENCONTRAMOS EN SU MANUAL DEL MIEMBRO DEL PERSONAL

**Tema**                                                          **Número de Página**

*¡Bienvenidos a The Cheesecake Factory!*............................................................. 3

*La Importancia de los Valores de la Cultura de*.................................................. 5

*Misión, Visión & Valores* .................................................................................. 7

*Nuestro Compromiso con la Excelencia*............................................................. 9

*The Cheesecake Factory por todo el País* ........................................................ 11

*Cosas que Necesita Saber*................................................................................ 13

*Nuestras Expectativas de Usted*...................................................................... 15

*Dimensiones de Desempeño* ........................................................................... 17

*La Imagen de The Cheesecake Factory* ........................................................... 21

*Cuidar los Unos de los Otros*.......................................................................... 24

*Lo Prohibido*.................................................................................................. 27

*El Turno*........................................................................................................ 28

*Dinero, Dinero, Dinero* .................................................................................. 31

*Oportunidades para Crecer*............................................................................ 34

*Reconocer su Compromiso con el Servicio* ...................................................... 35

*Sus Prestaciones – Miembros del Personal por Hora*...................................... 37

*Salud, Seguridad y Saneamiento*.................................................................... 46

*Resumen de la Informacion del Plan (de SPD)* ................................................ 53

*Declaración de la Política Anti-Acoso y Anti-Discriminación* ......................... 59

*Un Resumen de sus Derechos bajo la Ley de Reporte Justo de Crédito*............. 63

*Reporte del Consumidor y Declaracion y Autorizacion del Reporte de Investigacion del Consumidor*........................................................................... 65

*Acuerdo de Confidencialidad y Recibo del Manual* ......................................... 67

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

# ¡BIENVENIDOS A THE CHEESECAKE FACTORY!

A nombre de todo el personal de los Restaurantes de The Cheesecake Factory Restaurantes, Inc., le damos la bienvenida a nuestra Compañía y ¡gracias por unirse a nuestro equipo! Estamos muy contentos de que usted haya elegido trabajar para nuestra organización de contínuo crecimiento, dinámica y de paso acelerado.

En The Cheesecake Factory, nos enorgullecemos en proporcionar magníficos alimentos y un extraordinario servicio a nuestros clientes. Para lograr estas metas, nos tomamos el tiempo para capacitarlo y prepararlo para su puesto, así como fijamos las expectativas que tenemos con respecto a usted como un miembro del personal a través de nuestras "Dimensiones de Desempeño." Estamos comprometidos en ofrecer un lugar de trabajo limpio seguro y placentero, con un equipo de compañeros de trabajo y de gerencia, de apoyo. A cambio de eso, esperamos que usted sea respetuoso con nuestras normas y que sepa cuáles son sus responsabilidades como un miembro del personal de The Cheesecake Factory.

El trabajar en conjunto, como equipo, aprendiendo el uno del otro, compartiendo las experiencias y atendiendo a las necesidades de nuestros clientes, es parte integral del trabajo de todos. Todos los días mostramos nuestro compromiso, al atender a nuestros clientes con cordialidad y al proporcionar alimentos de calidad en un ambiente de trabajo placentero.

Alentamos a mantener una atmósfera de "la puerta abierta," en la que usted pueda venir con nosotros en cualquier momento y nos exprese sus preocupaciones, opiniones y sugerencias. Disfrutamos el hecho de ser un equipo y de poder crear una diferencia para nuestros clientes, para el restaurante y para usted mismo a través de su empleo con nosotros.

Una vez más, ¡bienvenido a nuestro equipo!
Mis mejores deseos,

David Overton
Fundador, Chairman y CEO
The Cheesecake Factory Incorporated

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

# La Importancia de los Valores de  la Cultura de
# The Cheesecake Factory

Heredamos una tradición de excelencia la cual comenzó en 1972 con nuestros fundadores, Oscar y Evelyn Overton. Sus valores son los pilares de nuestra cultura y continúan definiendo el carácter y la naturaleza de nuestra Compañía el día de hoy.

Estos valores guían nuestro comportamiento, nos ligan y proporcionan el marco de trabajo para tomar decisiones, definiendo el curso de acción correcto. Fijamos nuestros objetivos, formulamos nuestras estrategias y juzgamos nuestros resultados consistentes con estos valores.

Aún cuando nuestra Compañía opera en un ambiente constantemente cambiante, nuestros valores permanecen constantes. Éstos no varían con el tiempo ni con las circunstancias, ni bajo presión o por conveniencia. Debemos poner en vigor y seguir estos valores en todas las áreas de nuestro negocio, sin importar el puesto o el título.

La dedicación que se brinde a estos valores nos permitirá cumplir con las obligaciones que tenemos de preservar y honrar el nombre de The Cheesecake Factory y todo lo que eso representa. Defender y mantener estas creencias garantizará un continuo legado para las futuras generaciones de los miembros del personal, los clientes y los accionistas.

Al mantener la tradición y el espíritu de The Cheesecake Factory tenemos el compromiso de mantener:

| | |
|---|---|
| **La Calidad en todo lo que Hacemos** | **Un Alto Desempeño** |
| **Una Pasión por la Excelencia** | **El Servicio en Mente** |
| **Integridad, Respeto y Responsabilidad** | **Un Liderazgo Dinámico** |
| **La Gente – Nuestro Mejor Recurso** | |

Al revisar este manual, usted aprenderá más sobre cómo manifestamos estos valores en
The Cheesecake Factory.



© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.



## Misión, Visión & Valores

### *Nuestra Misión*

Crear un ambiente en el cual la absoluta satisfacción del cliente sea nuestra más alta prioridad.

### *Nuestra Visión*

A través de nuestro compromiso compartido con la excelencia, estamos dedicados a la incomparable calidad de nuestros alimentos, servicio, gente y ganancias, en tanto cuidamos de nuestros clientes y personal de una manera excepcional. Continuamente nos esforzaremos en sobrepasar nuestros propios logros y ser reconocídos como un líder en nuestra industria.

### *Nuestros Valores*

Calidad en Todo lo que Hacemos
Pasión por la Excelencia
Integridad, Respeto y Responsabilidad
Gente – Nuestro más grande Recurso
Tener el Servicio en Mente
Liderazgo Dinámico
Alto Desempeño

# MÁS, SOBRE NUESTROS VALORES

## Calidad en Todo lo que Hacemos

Calidad es más que una palabra para describir nuestros alimentos y servicio. Es la filosofía que afecta todo lo que hacemos.

La Calidad nunca es un accidente. Siempre es el resultado de las normas más altas, un esfuerzo sincero, una dirección inteligente y una ejecución hábil. Representa la opción inteligente a muchas alternativas.

Nuestro compromiso con la calidad nos distingue de nuestros competidores y nunca se debe comprometer. "Nuestra marca es nuestra promesa". Debemos manejar nuestro negocio de una manera impecable con una atención al detalle para asegurar nuestro puesto entre las mejores y más duraderas Compañías de los Estados Unidos.

## Una Pasión por la Excelencia

La pasión alimenta nuestro compromiso por nuestra interminable búsqueda por la excelencia. Esta pasión debe permearse por toda la Compañía. Debemos pensar de manera creativa, acoger el cambio y mejorar contínuamente basados en logros pasados. Debemos incrementar nuestro conocimiento, aprender de nuestros errores y buscar agresivamente nuevas ideas e innovaciones.

A pesar de que podemos ser mejor hoy de lo que fuimos ayer, no somos mejor de lo que seremos mañana. Nuestra pasión nos empuja a perseverar – a enfrentarnos a todos los retos con entusiasmo – a alcanzar lo inalcanzable. Tendremos éxito como resultado de nuestra pasión por la excelencia.

## Integridad Respeto y Responsabilidad

Estamos comprometidos con hacer lo correcto sin excepción alguna. Debemos ser honestos, tratar a los demás con respeto y dignidad y respetar nuestros compromisos y obligaciones.

Cada decisión que tomamos debe seguir las normas profesionales y éticas más altas. Nos esforzaremos por cerrar la brecha entre nuestros principios y nuestra práctica – nuestras acciones deben reflejar nuestras palabras.

Por respeto a los individuos y a las comunidades de las que somos parte, trataremos a los demás como nos gustaría que nos trataran a nosotros.

## La Gente – Nuestro Mejor Recurso

La gente sobresaliente lo logra – nos guiarán hacia el futuro. El esfuerzo y aptitud de cada individuo son necesarios para el éxito de nuestra Compañía en su totalidad. La contribución de todos y cada uno de nosotros es valiosa.

Estamos comprometidos a crear un ambiente de trabajo, lleno de energía, de recompensa, seguro y saludable en el que cada uno de nosotros tenga la oportunidad de ofrecer nuevas ideas sin restricciones. La efectividad se incrementa cuando alentamos las opiniones de los demás y compartimos las reponsabilidades en equipo.

Reconocemos los logros individuales y proporcionamos la oportunidad de crecer, como una recompensa a un desempeño sobresaliente. Cuando tratamos a nuestros miembros del personal como nuestro recurso más preciado y no como un artículo derrochable, inculcamos orgullo, compromiso y sentido de propiedad – y hacemos de nuestra organización lo mejor que se pueda hacer.

## Tener el Servicio en Mente

Estamos dedicados a una hospitalidad sin paralelo y a una atención única a nuestros clientes. La razón de que esta Compañía exista es para proporcionar una absoluta satisfacción al cliente..

Reconocemos que estamos ligados en el proceso de servicio – que cada uno de nosotros juega un papel único y vital al entregar la promesa de un servicio atento a The Cheesecake Factory . La Compañía en su totalidad debe participar activamente y buscar constantemente la oportunidad de proporcionar un servicio atento.

El tener en mente un "servicio atento", debe hacerse sentir a través de nuestra organización. Tenemos la responsabilidad de apoyarnos y atendernos los unos a los otros porque finalmente todos estamos atendiendo a nuestros clientes.

## Liderazgo Dinámico

Como líderes de nuestra Compañía, debemos tener una energía dinámica y la habilidad de crear esa energía en los demás. Debemos estar abiertos a nuevas ideas, por donde nos lleguen, tener la confianza de involucrarlos a todos y poder reconocer nuestras debilidades. Debemos alimentar la confianza mutual, resistir la burocracia y evitar la política interna.

Como líderes, estamos comprometidos con el éxito de los demás. Desarrollamos equipos altamente capacitados y motivados. Establecemos expectativas claras, brindamos una retroalimentación honesta y fijamos metas para ligar a los individuos con los objetivos de la Compañía. Inspiramos a la gente con una visión clara, en todos los niveles de nuestra organización.

Como líderes, acogemos nuestra misión y nuestros valores y guiamos con el ejemplo. Encontramos el equilibrio entre la cabeza y el corazón así como entre la gente y la ganancia. El liderazgo dinámico transforma nuestra visión en una realidad.

## Alto Desempeño

Estamos dedicados a los más altos niveles de desempeño y productividad en todas las áreas de nuestro negocio. Para llevar a nuestrea Compañía al éxito, debemos fijar metas agresivas, enfocarnos en los resultados y ser responsables de nuestras acciones. Desempeñaremos nuestro trabajo con un sentido de urgencia e insatisfacción por el status quo.

Tenemos la obligación de sacar ganancias para poder permanecer en el negocio y crecer – pero debe ser "Ganancias de Calidad". Nunca debemos poner en peligro nuestro futuro por una ganancia a corto plazo. Equilibraremos nuestra necesidad de ganancias actuales con nuestro deseo de utilidades consistentes a largo plazo.

Se nos retará a todos para lograr estas metas.

# Nuestro Compromiso con la Excelencia

## La Promesa de Nuestra Compañía

Como miembro de nuestro equipo, usted es parte de una organización innovadora, llena de energía y de primera clase en el mundo, dedicada a la hospitalidad y a la atención genuina de nuestros clientes.

Lo trataremos con respeto y dignidad y respetaremos nuestro compromiso con usted. Usted es nuestro recurso más valioso. Estamos comprometidos con su éxito y alimentaremos sus aptitudes y talento.

Reconoceremos sus logros y lo apoyaremos, mientras atiende a nuestros clientes y se atienden entre sí.

## La Promesa de Nuestro Personal

Como miembro del personal, yo estoy aquí para proporcionar un servicio excepcional a nuestros clientes. Al usar mis aptitudes y talento, yo haré lo posible por lograr nuestra meta de la absoluta satisfacción del cliente.

Prometo apoyar a mi equipo y contribuir a crear un ambiente placentero, amigable y sin demora, sin comprometer la calidad.

Trataré a los demás con justicia y respeto mientras hago valer nuestras normas y valores. Aprenderé todo lo que pueda, acogeré el cambio y le daré la bienvenida al apoyo y a la guía de mi equipo.

## Nuestro Compromiso

Nuestro Compromiso describe cómo nos relacionamos con nuestros clientes, los gerentes y entre nosotros mismos. Guía nuestras acciones y las decisiones que tomamos todos los días. Al respetar este compromiso, preservamos nuestra cultura, atendemos a nuestros clientes de una manera excepcional y brindamos excelencia.

## 1. Nuestra Misión

Nuestra misión define nuestro propósito. Todos demostraremos nuestro compromiso y nuestra responsabilidad por la absoluta satisfacción del cliente.

## 2. Nuestra Visión

Nuestra visión describe nuestra dedicación por lo que queremos lograr. Al atender de manera excepcional a nuestros clientes y de nosotros mismos, hacemos de nuestra visión una realidad. Deje que nuestra dedicación por la calidad y la excelencia nos inspiren a hacer de nuestro restaurante lo mejor que se pueda hacer.

## 3. Nuestros Valores

Nuestos valores guían nuestas acciones y nos permiten trabajar en conjunto hacia una meta común. Son la fundación de nuestra Compañía y definen nuestra cultura. Nos ayudan a tomar buenas decisiones las cuales van a asegurar nuestro éxito en el futuro.

## 4. Nuestras Promesas

Nuestras promesas definen el compromiso que tenemos con nuestros clientes, con nosotros mismos y con la compañía. Describen nuestras expectativas compartidas y marcan el tono de nuestras interacciones. Al cumplir con estas promesas, ayudamos a crear un ambiente positivo en el que cada persona es respetada y apoyada.

## 5. Lograr Excelencia

Estamos dedicados a brindar alimentos, servicio y hospitalidad excepcionales . Una pasión compartida por la excelencia, nos motiva a lograr el éxito.

## 6. Todo está en el Detalle

La excelencia está en el detalle—eso nos separa.  Ya sea al darle la bienvenida a un cliente, al preparar una receta o al mantener un bello ambiente, los pequeños detalles son los que crean una gran experiencia para nuestros clientes.

## 7. Cada Cliente es Su Cliente

Debe saber que usted tiene el poder de hacer que la experiencia del cliente sea algo muy especial. Cuando usted vea la oportunidad de hacer algo por el cliente o por un compañero del equipo, ¡hágalo!

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

**8. Haga lo Correcto**
Desempeñaremos nuestro trabajo con honestidad e integridad.  Cada acción que tomemos, debe seguir las normas profesionales más altas. Haga lo correcto, aún cuando nadie lo esté observando. Nunca comprometa la calidad de nuestros alimentos y de nuestro servicio.

**9. Represente a su Compañía**
Usted es un embajador de The Cheesecake Factory.  Hable de manera positiva y comparta su orgullo sobre nuestra fenomenal comida, servicio y restaurante, en todo momento.

**10. Vístase de Acuerdo**
Enorgullézcase de su apariencia personal.  Preséntese bien arreglado y con el vestuario adecuado, de acuerdo con nuestras normas. Tenga una actitud positiva y una sonrisa amigable y esté listo para atender a nuestros clientes.

**11. Las Palabras Importan**
Sea amigable y cortés en cada interacción. Use palabras sinceras que muestren que se interesa. Ya sea que se esté comunicando con los clientes o con los  compañeros de trabajo, haga que cada persona se sienta especial.

**12. Sea lo Mejo que Pueda Ser**
Esfuércese por ser mejor hoy de lo que fue ayer. Sea responsable por mantener las normas más altas. Aprenda lo más que pueda y enfréntese a los retos con entusiasmo.

**13. Mantenga la Energía Alta**
Deje que su entusiasmo y emoción le den energía al equipo y fuerza al restaurante. Concéntrese en su trabajo y mantenga un sentido de urgencia. Comunique con sus acciones que las necesidades de los clientes son importantes y que usted valora su tiempo.

**14. La Ultima Línea de Defensa**
Cada uno de nosotros es responsable por proteger la experiencia del cliente. Antes de servir cualquier platillo, asegúrese de que sea de la más alta calidad, preparado adecuadamente y servido con todo lo que necesitan nuestros clientes.

**15. Haga lo que Tenga que Hacer**
Asegúrese de que cada uno de nuestros clientes difrute de nuestros alimentos, servicio y hospitalidad. Ya sea que tengamos que volver a elaborar un platillo o disculparnos por el error, vaya más allá y nunca deje que un cliente se vaya insatisfecho. Haga lo que tenga que hacer – un cliente a la vez, una comida a la vez.

**16. Hable**
Comunique cualquier cosa que se interponga para brindar felicidad al cliente o éxito al equipo. Ya sea que sean las herramientas que necesita para su trabajo, un problema de seguridad o una petición de un cliente – hable e infórmeselo a alguien.

**17. Apoye su equipo**
Somos más fuertes cuando trabajamos en equipo. Comparta la responsabilidad por el éxito del equipo – ofrezca apoyo y pida ayuda cuando la necesite. Hable bien de sus compañeros de trabajo y hágales saber que usted está agradecido.

**18. Trabaje con Limpieza y Seguridad**
Proteja a nuestros clientes y al equipo, practicando las más altas normas de seguridad, limpieza y saneamiento. Esté alerta – ayude a mantener a todos saludables y sin accidentes.

**19. Preocúpese por su Restaurante**
Ayude a mantener el restaurante "como nuevo" — manténgalo limpio y bello. Sea responsable por su equipo y sus alrededores. Infórmele a alguien cuando algo necesite atención o reparación.

  

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

# The Cheesecake Factory por todo el País

| | | | | | |
|---|---|---|---|---|---|
| Alabama | Arizona | California | Colorado | District of Columbia | Florida |
| Georgia | Hawaii | Illinois | Indiana | Iowa | Kansas |
| Kentucky | Maryland | Massachusetts | Minnesota | Missouri | Nevada |
| New Jersey | New York | North Carolina | Ohio | Pennsylvania | Rhode Island |
| Tennessee | Texas | Virginia | Washington | Wisconsin | ¡... **y más en el futuro!** |



## The Cheesecake Factory Inc.
## Centro de Apoyo Corporativo

26901 Malibu Hills Road

Calabasas Hills, CA  91301

Teléfono:  (818) 871-3000

Fax:        (818) 871-3100

## Su Ubicación

Restaurante: _____

Gerente General: _____

Dirección: _____


Teléfono: _____

Fax: _____

# Horas Hábiles

El cierre de cada restaurante es flexible. Si el restaurante todavía está concurrido a la hora del cierre, existe la posibilidad de que se requiera que el personal se quede más tarde de la hora programada para salir. El mínimo de horas que estamos abiertos al público es:

11:30 a.m. a 11:00 p.m., Lunes a Jueves
11:30 a.m. a 12:30 a.m., Viernes y Sábado
10:00 a.m. a 11:00 p.m., Domingo

Para propósitos de llevar la cuenta del tiempo y programación de horarios, el día de trabajo de la Compañía comienza a las 6:00 a.m. y termina 24 horas más tarde a las 5:59 a.m. del siguiente día.

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

**Page 12**

## COSAS QUE NECESITA SABER

### Introducción a su Manual

Hemos preparado este Manual para proporcionarle a usted una descripción en cuanto a información importante. Aquí tenemos incluidas algunas de nuestras prácticas de empleo, así como algunos de sus privilegios y responsabilidades. Usted debe leer todas las secciones y pregunte conforme va leyendo. Queremos que se familiarice con la información en este Manual y esperamos que usted se sienta en la libertad de ofrecer comentarios, sugerencias e ideas. Si usted tiene alguna dificultad para entender algo de lo que contiene este Manual, por favor pídale ayuda a su gerente.

Aparte de su estado de empleo a voluntad, The Cheesecake Factory se reserva el derecho de cambiar o revisar la política, procedimientos y prestaciones descritas en este Manual, cuando surja la necesidad de hacerlo. Constantemente revisamos nuestras practicas de empleo, paquetes de prestaciones y otras políticas y consideramos cambios que puedan ser de beneficio para nuestro personal, clientes y/o el negocio. Usted será informado si se llevan a cabo cambios considerables a nuestra política y/o a nuestras prestaciones.

Este manual se proporciona como una guía para que usted se familiarice con la Compañía. El Manual no es, ni debe ser considerado un contrato de empleo, expreso o implícito, o una promesa de algún trato en particular en alguna situación en particular. Este Manual solamente establece la Política y Reglamentos generales de la Compañía.

### Estado de Empleo A Voluntad

Esperamos que usted encuentre su relación de empleo con The Cheesecake Factory satisfactoria y gratificante. Al mismo tiempo, reconocemos que no siempre las relaciones son mutuamente satisfactorias.

Para proteger los derechos de ambas partes, el empleo en The Cheesecake Factory es de mutuo consentimiento entre el miembro del personal y la Compañía. De acuerdo con lo anterior, el miembro del personal o la Compañía pueden terminar la relación de empleo a voluntad, en cualquier momento con o sin motivo y previo aviso.

Más aún, ningún miembro del personal o representante de la Compañía, aparte del Presidente (Chief Executive Officer (CEO), de The Cheesecake Factory Incorporated, tiene ningún poder o relalción legal de alterar la naturaleza a voluntad de la relación de empleo. El CEO puede alterar la naturaleza a voluntad, solo si lo hace expresamente por acuerdo escrito, firmado tanto por el CEO como por el miembro del personal afectado.

### La Comunicación con el Gerente y con el Comité de Auditoría

La Compañía alienta a miembros del personal a comunicar sus preguntas, quejas o preocupaciones que surjan en cuanto a la precisión, calidad, puntualidad o eficacia de cualquier aspecto del reporte financiero de la Compañía o de los procesos de control interno, directamente al CEO, o al Oficial Financiero [Chief Financial Officer] [CFO] de la Compañía o al Abogado General. Si se descubre un error crucial en alguna de las develaciones financieras previamente establecidas o presentadas al SEC, tal error debe hacerse notar inmediatamente al CEO o al CFO.

Además, usted puede presentar sus preocupaciones con respecto a los estados de cuenta, contabilidad, controles de contabilidad interna, mal uso o uso inapropiado de los bienes o cuestiones de auditorías, a la Junta de Directores del Comité de Auditorías, en un sobre sellado, dirijido al Director del Comité de Auditorías, Chairperson of the Audit Committee, c/o General Counsel, 26901 Malibu Hills Road, Calabasas Hills, CA  91301.  Por favor marque el sobre "Para ser abierto exclusivamente por el Comité de Auditoría."

Si quiere hablar de cualquier asunto con el Comité de Auditoría, debe indicarlo en su presentación e incluir un número telefónico en donde se le pueda contactar si el comité de Auditoría lo encuentra apropiado. Su identidad se mantendrá confidencial a menos que usted renuncie a la confidencialidad en su presentación.

El Comité de Auditoría debe revisar y considerar cualquier queja o preocupación que se reciba y tomar cualquier acción que se determine apropiada para poder responder a ella.

### Declaración de Igualdad de Oportunidad de Empleo y de No Discriminación

Nuestra política es proporcionar empleo, brindar oportunidades de promoción, capacitación, compensación, prestaciones y otras condiciones de empleo, sin importar la raza, sexo, preferencia sexual, color, religión, nacionalidad, edad, condición médica, estado civil, ciudadanía, abolengo o incapacidad.  The Cheesecake Factory no mantiene una regla de 'ingles solamente'. Nos esforzamos en contratar y desarrollar el personal mejor capacitado,

basando nuestro juicio en un criterio relacionado con el trabajo (por favor refiérase a "Dimensiones de Desempeño" en este Manual).

Tenemos un fuerte compromiso para mantener un ambiente de trabajo positivo, productivo y profesional. Creemos que usted debe ser tratado con respeto. Nuestra política no tolera ni tolerará una conducta que abuse de la dignidad a través de comentarios o chistes despectivos étnicos, sexuales, raciales, religiosos, o cualquier otra forma de discriminación o acoso. Usted tiene la responsabilidad de informar inmediatamente a cualquier miembro de su equipo de la gerencia y/o del personal del departamento de relaciones en el Centro de Apoyo Corporativo, para que se tomen las medidas apropiadas. También puede reportar sus preocupaciones a la línea de ayuda CARE LINE.

La ley federal requiere que verifiquemos la identidad y autoridad legal de cada miembro del personal para trabajar en los Estados Unidos. Todas las ofertas de empleo están condicionadas a que se reciban satisfactoriamente las pruebas de la identidad  y autoridad legal de trabajar en los Estados Unidos.

## Período de Introducción y Status de Empleo

Los primeros 90 días de su empleo son considerados el período de introducción. Este período de 90 días para "conocerse" en su empleo, nos da la oportunidad de determinar su capacidad de desempeñar su trabajo y a usted le proporciona la oportunidad de decidir si está satisfecho con su puesto.

Esperamos que usted trabajará duro durante este período para que podamos evaluar correctamente su capacidad para desempeñar adecuadamente su trabajo y cumplir con las normas de The Cheesecake Factory. En algunos casos, el período de introducción puede recortarse o extenderse. Si determinamos a nuestra discreción, que usted no está cumpliendo con las normas que hemos definido o si hubiera problemas en el desempeño del trabajo o de mala conducta, podríamos extender el período de introducción o podríamos tomar la decisión de descontinuar la relación de empleo.

## Verificación de Empleo

The Cheesecake Factory está asociada con una compañía externa para responder a todas las peticiones de verificación de empleo. Es posible que tuviera que proporcionar su información de empleo y de nómina a terceras personas cuando quiera comprar un nuevo auto, rentar un apartamento, presentar información para propósitos de inmigración u otras razones.

El sistema es automático, lo cual le permite a usted o a quienes lo pidan, obtener verificación de empleo y/o nómina, por medio de la Internet, fax o por teléfono en unos cuantos minutos. Las prestaciones de este sistema automático incluyen:

- ♦ Disponibilidad para las peticiones, las 24 horas
- ♦ Respuesta más rápida/aprobación más rápida
- ♦ Número telefónico de servicio al cliente, sin costo para la persona que llama
- ♦ Confidencialidad y control completo porque solo USTED puede autorizar el acceso a su información de salario y de nómina

Existe una cuota para su peticionario autorizado para obtener su verificación de empleo y/o nómina por teléfono o por la  internet. Para mayor información en cuanto a este programa y para obtener un volante, por favor vea a su OST.

## Su Papeleo

Durante su proceso de contratación con The Cheesecake Factory se va a requerir que firme ciertos formularios reconociendo que usted recibió y leyó la información proporcionada en el manual. Estos formularios pueden incluir la Política de No Discriminación, Ley de Reporte Justo de Crédito, Reporte del Consumidor, y  Develación y Autorización del Reporte del Consumidor y el Recibo del Manual y Acuerdo de Confidencialidad.

Ocasionalmente, distribuiremos nuevamente un documento nuevo o ya existente para que usted lo lea y lo vuelva a firmar. Hacemos esto como un registro atorio de políticas importantes y requisitos de empleo.

# NUESTRAS EXPECTATIVAS DE USTED

## Certificaciones o Permisos Que Pueda Necesitar para Desempeñar su Trabajo

La ley local o estatal requiere que los miembros del personal de ciertos puestos, tengan certificaciones especiales, licencias o permisos, las cuales incluyen una Tarjeta de Salud, Tarjeta de Capacitación para Manejo de Alcohol y autorización de trabajo del Departamento de Inmigración. Además, la Compañía puede requerir que ciertos puestos de los miembros del personal tengan una certificación en seguridad de alimentos a través de programas como el ServSafe. Es su responsabilidad obtener y mantener certificaciones, licencias y permisos válidos, bajo su propio costo. Se requiere que tenga una tarjeta válida de autorización, con usted, en todo momento, mientras esté en servicio.

Si su puesto requiere una certificación, licencia o permiso, es una condición para cualquier oferta de trabajo que le haga a usted la Compañía, que consiga tal permiso antes de comenzar a trabajar. Si usted falla en mantener una certificación, licencia o permiso válido, requerido para su puesto, eso podría impedir que usted conserve su puesto.

## Información Personal

Por favor ayúdenos a mantener su expediente personal al corriente. Reporte inmediatamente a su OST cualquier cambio en su información, incluyendo dirección, número telefónico, estado civil o dependientes. Si usted deja la Compañía y cambia su dirección, asegúrese de notificárnoslo para que podamos mandarle sus formas anuales W-2 para propósitos de su declaración de impuestos.

Su expediente personal debe estar razonablemente disponible para revisión, cuando se requiera. Haga favor de pedirle  su Gerente General que le haga una cita para revisión del expediente.

## Normas para los Exámenes

Los diferentes puestos de los miembros del personal requieren de una capacitación y de que usted ponga mucho empeño en su trabajo para que aprenda nuestros métodos, procedimientos, platillos y todas las cosas que hacen que nuestro restaurante sea especial. En algunos momentos, se le hará un exámen para verificar que usted haya adquirido el conocimiento y aptitud necesarios para desempeñar su trabajo bajo nuestras normas. Requerimos que los miembros del personal obtengan una calificación de 90% o mayor, para aprobar cada examen. Nosotros proporcionaremos los materiales, la capacitación, tiempo de estudio en el trabajo y otras herramientas para ayudarle.

Si usted requiere algún arreglo especial, haga favor de contactar a su capacitador y/o gerente, antes de tomar el examen. Si usted no recibe una calificación aprobatoria después de tomar el examen una segunda vez, se le podría terminar su empleo y podría no ser elegible para que la Compañía considere volver a contratarlo, por un período de 60 días. Cualquier conducta inapropiada, incluyendo, "hacer trampa", durante el examen, puede dar lugar a una acción disciplinaria, la cual puede llevar hasta el despido.

## Llamadas Telefónicas Personales

Nuestros números telefónicos publicados son para uso del negocio exclusivamente y para la conveniencia de nuestros clientes. Las llamadas de su familia y amigos mientras usted se encuentra en el trabajo, no solamente mantienen ocupadas estas líneas, sino que también lo alejan de sus deberes. Por favor no aliente a que le llamen mientras se encuentra en el trabajo. Usted puede hacer llamadas antes y después de su turno y durante sus descansos aprobados. Hay teléfonos públicos para ese propósito.

Si usted tiene consigo un localizador electrónico, por favor póngalo en una modalidad sin sonido y úselo sin que esté a la vista de nuestros clientes. Si usted recibe llamadas que puedan alterar su desempeño en el trabajo, podríamos impedirle que usara el localizador electrónico mientras se encuentra en el trabajo.

Los teléfonos celulares alteran el orden y no son parte de su vestuario de The Cheesecake Factory.  Por favor no los traiga consigo al trabajar su turno.  La Compañía se reserva el derecho de prohibir traer o usar, localizadores electrónicos, teléfonos celulares y otros aparatos electrónicos durante las horas de trabajo.

## Confidencialidad de Recetas y Métodos



Con nuestros deliciosos platillos, y con nuestro extraordinario servicio, mantenemos a nuestros clientes regresando una y otra vez.  No podemos comprometer ningún aspecto de lo que hace que The Cheesecake Factory sea algo tan especial.  Como resultado, requerimos mantener la confidencialidad más estricta de nuestros platillos, recetas, métodos de preparación, materiales de capacitación y demás información de nuestra propiedad y que no es pública.

Las recetas y los métodos de preparación son propiedad de la Compañía y no pueden ser compartidos, divulgados, vendidos o dados a ninguna persona, negocio o entidad afuera de nuestra Compañía, o usados para ningún propósito que no sea el negocio autorizado de la Compañía.

Usted podría estar expuesto a nuestras recetas y/o métodos de preparación de los artículos del menú, incluyendo platillos, bebidas o postres. Usted tiene la responsabilidad de proteger y preservar la confidencialidad de nuestras recetas y de todo el resto de la "información confidencial". Cualquier quebrantamiento de esta confidencialidad podría llevar a una acción disciplinaria, hasta el punto de llevar al despido y en ciertos casos, a una acción civil.

## Prohibida la Solicitación

Durante las horas hábiles mientras está en servicio, le pedimos que no solcite de sus compañeros de trabajo, vendedores o clientes, ninguna actividad social, de organizaciones, grupos religiosos u otros eventos, no relacionados con The Cheesecake Factory.  Por favor no distribuya ni exponga materiales en el área de trabajo o en la pizarra de boletines informativos a menos que sea aprobado por su gerente general.

Si usted siente que está siendo acosado de alguna manera por algún miembro del personal quien le está solicitando algo por alguna razón, haga favor de reportarlo con un miembro de nuestra gerencia, inmediatamente y nosotros tomaremos las medidas necesarias.

# DIMENSIONES DE DESEMPEÑO

¡Bienvenidos al equipo de The Cheesecake Factory! En The Cheesecake Factory, estamos orgullosos de servir alimentos exquisitos y de brindar un gran servicio. Sólo usted puede hacerlo posible. El hecho de que usted haya sido contratado, quiere decir que usted es alguien muy especial. Pero la parte difícil todavía está por verse. Tenemos normas muy altas y muchos de ustedes tienen que pasar por una capacitación y exámenes extensivos antes de eque pueda proseguir.

A continuación tenemos algunas de las altas normas, las cuales llamamos "Dimensiones de Desempeño," las cuales hemos establecido para nuestros miembros del personal de The Cheesecake Factory. Usted notará que hemos dividido estas listas en dos categorías: Una es para los puestos del frente del restaurante, como meseros, personal de recepción, garroteros, cantineros y panaderos. La segunda lista es pertinente a los puestos de la Cocina e incluye cocineros, cocineros preparadores, lavaplatos, mozos y personal de limpieza. Es importante que usted entienda y aspire a lograr todas y cada una de estas dimensiones de desempeño, ya que éstas serán el criterio con el que se le valorará. Por favor lea sus dimensiones de desempeño completamente y siéntase en la libertad de hacerle a su gerente cualquier pregunta que tenga.

## Personal de Recepción - Dimensiones de Desempeño

### Experiencia del Cliente:

♦ La prioridad número uno es siempre crear la mejor experiencia para el cliente.
♦ Recibe a cada cliente cálidamente con entusiasmo genuino.
♦ Recibe a cada cliente de una manera amigable y personal.
♦ Da una "buena cara" y establece contacto cordial "en tres segundos."
♦ Ofrece proporcionar una guía general de la experiencia de The Cheesecake Factory
♦ Conoce los detalles de todos los productos, habla de ellos, alienta a los clientes a probar nuevos platillos, hace seguimiento y hace sugerencias para la siguiente visita del cliente.
♦ Asegura la absoluta satisfacción del cliente a través de precisión, de escuchar de manera positiva, sin demoras, pericia técnica y seguimiento.
♦ Crea una experiencia especial para nuestros clientes.
♦ Contribuye a crear un ambiente optimista para nuestros clientes.
♦ Ajusta el ritmo y el estilo de servicio a cada cliente.
♦ 'Adivina' lo que el cliente necesita, pregunta sobre la calidad de la experiencia y da los pasos necesarios al obtener la respuesta.
♦ Se anticipa a las necesidades del cliente y hace lo posible para hacerlo feliz.
♦ "No hay problema", para peticiones especiales de los clientes.
♦ "Lo siento mucho", a cualquier problema del cliente y maneja los problemas menores rápidamente.
♦ Comunica los problemas a los gerentes.
♦ Comunica a los gerentes cualquier cosa que pudiera afectar la experiencia de los clientes.
♦ Se preocupa por las necesidades de los clientes.
♦ Da un *apapacho* final.

### Experience de Equipo:

♦ Es respetuoso y atento hacia los miembros del personal.
♦ Hace que los nuevos miembros del personal se sientan bienvenidos.
♦ Practica la harmonía entre los grupos de trabajo de la recepción entre la Recepción [Front of the House FOH] y la cocina.
♦ Trabaja para resolver problemas con otros miembros del personal.
♦ Desempeña por completo todas las responsabilidades.
♦ Hace lo que se le pida para poder atender a los clientes en el restaurante.
♦ Practica, llegar con las manos llenas, salir con las manos llenas.
♦ Puede trabajar la estación y mantiene las normas durante todo el turno.
♦ Ve lo que se tiene que hacer para mantener un buen turno, y lo hace.
♦ Hace lo que esté de su parte para compartir el trabajo lateral y ayuda a los demás con el suyo, cuando es necesario.
♦ Cubre turnos cuando se necesita.

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

- Busca ayuda de la persona correcta, de una manaera proactiva.
- Es placentero trabajar con el/ella.
- Mantiene un alto nivel de energía positiva a través de su turno.
- Ayuda a reclutar a miembros del personal de alta calidad.
- Es un 'jugador' de equipo.
- Usa "perdón," "gracias," "por favor," y "lo siento" con sus compañeros de trabajo.

## Resultados Financieros:

- Sugiere platillos del menú que se complementen y que completen la experiencia de los clientes.
- Informa a los clientes sobre los diferentes platillos en el menú y brinda comprensión en cuanto a la experiencia de la Compañía.
- En todo momento brinda la experiencia completa de The Cheesecake Factory.
- Trabaja para minimizar el deperdicio de productos controlables.
- Entiende y actúa sobre su responsabilidad de manejo de costos.

## Calidad de Operaciones:

- Asegura la secuencia adecuada de servicio.
- Cuida de la propiedad de The Cheesecake Factory.
- Opera y mantiene adecuadamente el equipo y los suministros.
- Practica excelentes hábitos de trabajo.
- Se apega a las normas de saneamiento en todo momento.
- Hace suya la responsabilidad de la limpieza del restaurante.
- Practica "limpiar al trabajar" en todo momento.
- Mantiene el área de trabajo limpia y organizada.
- Atiende rápidamente cuando algo se derrama o se rompe.
- Practica la última línea de defensa, insistiendo que todo cumpla con las especificaciones y normas.

## Carácter, Liderazgo e Integridad:

- Mantiene las normas de desempeño, madurez e integridad de la Compañía.
- Al estar en el trabajo, trata a la Compañía con la más alta prioridad.
- Está mental y físicamente listo para trabajar a la hora programada y con el vestuario adecuado.
- Cumple con todas las normas de presentación e higiene personal de la Compañía.
- Asiste atentamente a todas las juntas obligatorias.
- Aprende y acoge los procedimientos y técnicas de The Cheesecake Factory.
- Trabaja para mejorar sus aptitudes.
- Toma la iniciativa por su propio crecimiento y desarrollo.
- Ofrece sugerencias para mejorar el restaurante.
- Es veraz y honesto en todo momento.
- Maneja los fondos de la Compañía con precisión y honestidad.
- Protege el dinero de los demás miembros del personal.
- Respeta y protege la propiedad de los clientes.
- Trabaja bien necesidad de tener supervisión cercana.
- Trata a The Cheesecake Factory como una relalción a largo plazo.
- Responde  positivamente a circunstancias extraordinarias en el restaurante.
- Es la persona con quien quieren trabajar otros miembros del restaurante.
- Es un ejemplo para los otros miembros del personal.

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

# Cocina - Dimensiones de Desempeño

**Experiencia del Cliente :**

- Proporcionar la mejor experiencia del cliente, es nuestra prioridad número uno.
- Preparar alimentos que se vean, huelan y sepan bien en todo momento.
- Tratar cada platillo como un alimento especial para cada cliente.
- Tener una respuesta de "no hay problem" a las peticiones especiales del cliente, modificar, CSVR, al momento
- Se anticipa y comunica a la gerencia cualquier situación que pudiera impactar al cliente.
- Mantiene una imagen y comportamiento profesional con los clientes en todo momento.
- Conversa cómodamente con los clientes, cuando es pertinente.

**Experiencia en Equipo:**

- Es respetuoso y atento hacia otros miembros del personal, en todo momento.
- Comunica y coordina con otros miembros del personal y gerente  de expo.
- Practica harmonía en la cocina y entre el Personal de la Recepción y la Cocina.
- Trabaja bien con gente de diferentes orígenes y experiencias.
- Busca la oportunidad de capacitar a los demás.
- Es un capacitador competente y dispuesto.
- Da información honesta y precisa al expo.
- Prepara la comida del personal con las mismas normas con las que se prepara la comida de nuestros clientes.
- Toma la iniciativa de ayudar a otros miembros del personal sin que se le pida.
- Hace que los nuevos miembros del personal se sientan bienvenidos.
- Ayuda de buena voluntad cuándo y dónde se le necesita; viene a trabajar cuando falta personal.
- Busca ayuda de manera proactiva de la persona adecuada antes de que se presente un problema.
- Es una persona productiva y agradable para trabajar con ella.
- Felicita las contribuciones de otros miembros del personal.
- Ayuda a reclutar a miembros del personal de alta calidad.
- Es un 'jugador' de equipo.

**Calidad de las Operaciones y Contribución de Control de Costos:**

- Insiste en que todos los productos, equipo y químicos cumplan con las especificaciones.
- Organiza adecuadamente la estación.
- Mantiene alta calidad de normas y tiempos eficientes de producción.
- Siempre prefiere alimentos de alta calidad que velocidad en la producción.
- Revisa la línea de su propia estación.
- Toma responsabilidad por los alimentos hasta que complacen al cliente.
- Se apega estrictamente a las recetas y a los procedimientos de cocimiento.
- Practica control preciso de porciones y rotación de productos adecuado.
- Asegura la precisión de las órdenes.
- Puede trabajar la estación de trabajo y mantener normas altas de calidad de alimentos, durante su turno.
- Opera y mantiene el equipo adecuadamente, utensilios de cocina.
- Minimiza el desecho en la estación e informa sobre el desecho a un miembro de la gerencia de la cocina.
- Logra mantener la comida al costo, a través de alimentos de calidad, saneamiento y otros métodos adecuados para el manejo de alimentos.
- Toma el tiempo adecuado a la comida en una misma boleta para que la comida esté en la ventanilla al mismo tiempo.
- Rota adecuadamente todos los alimentos y los utensilios de servicio.
- Tiene sensibilidad profesional en la preparación y manejo de alimentos.
- Informa y se anticipa a los niveles de suministro para evitar los artículos 86´d.
- Se hace responsable por la limp ieza general de la cocina.
- Practica consistentemente excelentes prácticas sanitarias y hábitos de seguridad.
- Mantiene la estación aseada y limitada e informa inmediatamente sobre la necesidad de llevar a cabo reparaciones.

- Practica en todo momento la premisa de "limpiar al trabajar."
- Entiende y practica el concepto de que la excelente calidad de los alimentos comienza con el saneamiento.
- Resuelve rápidamente cuando algo se derrama o se rompe.
- Es eficiente con sus aptitudes técnicas de su trabajo.
- Practica el arte de cocinar.

## Carácter, Liderazgo e Integridad:

- Mantiene altos niveles de energía, ritmo y vigor, durante el turno.
- Asiste atentamente a todas las juntas del turno.
- Desempeña completamente sus propias responsabilidades, sin supervisión.
- Se enfrenta a los errores "sin echar la culpa, vamos a arreglarlo."
- Está mental y físicamente preparado para trabajar a su hora programada.
- Demuestra consistentemente orgullo y atención al desempeñar su trabajo.
- Está ansioso por aprender y muestra sensibilidad con respecto a los alimentos y habilidad para adaptarse a los porcedimientos y técnicas de la Compañía.
- Demuestra flexibilidad en las asignaturas del trabajo y otros cambios, mientras mantiene las normas de la Compañía.
- Se enorgullece de su profesión.
- Toma la iniciativa por aprender.
- Activamente busca el mejoramiento de su oficio y comparte su capacitación.
- Mantiene altas normas de apariencia personal e higiene, en todo momento.
- Ve el empleo en The Cheesecake Factory como la más alta prioridad de su obligación de trabajo.
- Respeta, protege y mantiene en buenas condiciones el equipo y la propiedad del restaurante.
- Se asegura de que se toque el timbre cuando los alimentos estén preparados.
- Respeta la propiedad de otros miembros del restaurante.
- Es honesto y directo en todo momento.
- Responde positivamente a las direcciones y consejos.
- Está enfocado en tener una carrera con la Compañía.
- Responde positivamente a circunstancias extraordinarias en el restaurante.

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

# LA IMAGEN DE THE CHEESECAKE FACTORY

## Apariencia Personal/Vestuario

Debido a que usted está trabajando con alimentos, y/o tiene contacto con nuestros clientes del comedor, es crítico que se muestre limpio, acicalado y en general una buena apariencia. Además de sus antecedentes y experiencia, basamos la decisión de contratación en la imagen. Por favor continue proyectando esa imagen mientras continua con su carrera en The Cheesecake Factory.

Mientras se encuentra en el trabajo, esperamos que respete nuestros reglamentos en cuanto al vestuario y las normas de higiene personal y seguridad. Como regla general, requerimos vestuario y apariencia "de acuerdo al cliente". Esto significa que no permitimos estilos exagerados de joyería, peinado, maquillaje y ropa. Es posible que conforme vayan surgiendo nuevas modas, nosotros desarrollemos normas y lineamientos adicionales. Si un gerente determina que su vestuario o apariencia es inapropiado, existe la posibilidad de que se le mande a la casa a cambiar o que se le quite del turno. Violaciones repetidas con respecto a la Apariencia Personal y Vestuario de la Compañía, puede dar como resultado una acción disciplinaria.

Se habla sobre los lineamientos específicos con respecto al vestuario, en su Guía de Desarrollo relacionada con el trabajo.

Se pueden encontrar otros lineamientos de apariencia para gerentes, en el Manual de Políticas y Procedimientos.

### Joyería

**Para todos los grupos de trabajo**: Los anillos, pulseras y collares deben ser conservadores. No se permite joyería en la nariz, ni en la lengua (que esté a la vista) ni otras perforaciones/aretes faciales. Los miembros del personal no pueden usar más de dos arete pequeño (un diseño pequeño) en cada oreja o una pequeña arracada que no sea más grande que el tamaño de un "dime." Prendedores que no sean los de The Cheesecake Factory no son apropiados para los puestos que requieren uniforme.

Alargando la oreja es un metado usado para engrandecer los ollos de la oreja insertiendose tapas que aparesen ser aretes. Esto no es acceptado para ningun miembro del personal.

**Cocina**: Mientras se trabaja en la cocina, no se permite la mayoría de la joyería. Las normas de sanidad, no permiten que se use joyería más que el anillo de bodas. Los collares deben estar cubiertos con la ropa; no se permiten las pulseras, aretes y joyería facial de ningún tipo.

## Buena Presentación e Higiene

No se permite que los miembros del personal tengan tatuajes visibles, ya sean temporales o permanentes. Los cosméticos, (lápiz labial, barniz de uñas, etc.) deben ser mínimos y que se vean naturales. Si usted usa agua de colonia, por favor hágalo frugalmente. Los aromas fuertes impiden que el cliente disfrute de su experiencia culinaria.

Es imperativo tener aliento limpio y fresco y usar un desodorante efectivo. No queremos ofender a ninguno de nuestros clientes o compañeros de trabajo con mal olor personal. Si usted va al gimnasio antes de su turno, asegúrese de darse un baño antes de venir a trabajar.

Debe lavarse las manos después de fumar. Los miembros del personal deben tomar medidas adicionales para prevenir el mal olor de la ropa, piel y aliento después de fumar y antes de tener contacto con los clientes.

## Cabello

El cabello debe estar limpio y no debe quedar más largo que al nivel de los hombros, jalado en cola de caballo o fijado con un pasador. No se permite el estilo de cabello en picos o de dos colores. Por favor consulte con su Gerente General antes de alterar dramáticamente su apariencia. (v.g. extensiones de cabello demasiado largo,

colores que no sean naturales o cortes y estilos exagerados). Algunos códigos de grupos de trabajo y del departamento de salud requieren que se use una red y/o gorra para el pelo.

## Vello Facial

Preferimos una apariencia de cara bien rasurada. Sin embargo, el cabello facial para los hombres (definido a continuación), es aceptable, siempre y cuando esté completamente crecido y de los siguientes estilos:

1. Bigote tradicional (bien cortado, a las comisuras de la boca, que no sea delgado como un lápiz, depilado, a la "Fu Manchu," o Charlie Chaplin).
2. Barba tradicional completa (bien cortada, sin espacios, o estilos inusuales o patrones extaños).
3. Piocha tradicional con o sin bigote (bien cortada, no abultada). Una piocha parcial u otra barba parcial ["soul patch", "imperial" o "mouche"] en la barbilla o sobre el labio superior, no se permte.
4. Patillas – patillas rectas a la altura del lóbulo de la oreja, no abultada, "mutton chops."
5. Sobre todo – no barba cerdosa [stubble]. Si se puede ver la piel a través del vello, no está completamente crecida.

Si usted fue contratado originalmente con vello facial, esperamos que lo conserve bien crecido y bien cortado/arreglado. Los miembros del personal que han sido contratados sin vello facial, se lo **pueden** dejar crecer **si** se lo dejan crecer completamente durante un período de vacaciones o en permiso de ausencia. No se permite el largo mínimo que aparece en un fin de semana.

## Su Conducta Personal

Su conducta cuando no está en servicio, puede impactar su empleo con The Cheesecake Factory.  Aún cuando The Cheesecake Factory no pretende regular la vida personal de sus miembros del personal, debe estar al tanto que una conducta que sea ilegal, puede afectar su empleo de una manera negativa, especialmente si se refleja de mala manera sobre la Compañía. Una conducta que altere el orden o sea destructiva para el restaurante, nuestros caseros o en cualquier área en común o compartida, puede dar como resultado una acción disciplinaria. Es nuestro deseo y nuestras expectativas que cada miembro del personal de The Cheesecake Factory ejerza buen juicio y se conduzca de una manera apropiada cuando está en servicio, en el trabajo, o representando a la Compañía.

## ¡Nuestra Reputación es Importante!

También se nos conoce bien en la comunidad y algunas veces las estaciones de Televisión, programas de noticias y estaciones de radio o periódicos con contactan por diversas razones. Todas las preguntas de esta naturaleza deben dirigirse a nuesto gerente general o a la Gerencia en el Centro de Apoyo Corporativo. No querríamos poner a ninguno de nuestros miembros del personal en una posición incómoda de tener que hablar a nombre de la Compañía o de nuestro establecimiento.

Preferimos que usted no responda a los medios de comunicación a nombre de la Compañía, ya sea que esté usted en servicio o no, a menos que se lo indique un oficial de la Compañía. Esto incluye "cartas al editor," radio local o nacional o consulta para Televisión, artículos de revistas, mensajes en la Internet o en otros foros. Además, le pedimos que su conducta cuando no se encuentra en servicio, no comprometa  a la Compañía de ninguna manera. Si a usted le preocupa algo con respecto a estas preguntas, haga favor de hablar con su gerente general o el departamento de relaciones de personal.

## Comentarios de los Clientes

Se sorprendería de saber la clase de comentarios que usted recibirá por parte de otras personas cuando sepan que usted trabaja para The Cheesecake Factory. Nuestros clientes siempre tienen mucho que decir sobre nuestra Compañía. Tratamos de estar al corriente, a la moda de los restaurantes y de las necesidades de nuestros clientes. He aquí donde usted juega un papel muy importante. ¡Nuestros clientes le dicen cosas!

Algunas veces es maravilloso:
*"¡Ay, me encanta su Cheesecake de Cookie Dough! Es buenísimo!"*

Algunas veces es algo que tenemos que arreglar:*"¿Sabe usted que el lavabo del baño de las damas no tiene agua?"*

Ocasionalmente, cuando los clientes se están yendo (tal vez para nunca regresar), es posible que le digan sobre alguna mala experiencia que hayan tenido:
*"Nos parece que deben saber…"*

En cada caso, se le debe agradecer al cliente por su información y todos los comentarios le deben ser transmitdos al gerente.  Transmita los buenos comentarios de los clientes al gerente, si es que hay alguno cerca. Si no, obtenga información  específica, dele un *apapacho* final y transmita los comentarios al gerente en el momento más conveniente.:
*"Me da gusto que le haya gustado su comida. ¿Qué ordenó? ¿Quién lo atendió? ¡Gracias por decírnoslo! Esperamos verlo nuevamente."*

Cualquier cosa que necesite arreglarse, debe hacerse inmediatamente. Si es algo que usted pueda arreglar personalmente (por ejemplo, si el baño de los hombres necesita más toallas o si una mesa está meneándose), por favor resuelva el problema y después infórmeselo al gerente. Si usted no puede resolver el problema, pídale al gerente que lo haga:
*"¡Gracias por decírnoslo! Yo lo voy a arreglar inmediatamente."*

Cualquier queja de un cliente debe ser transmitida al gerente inmediatamente. Pregunte cortésmente al cliente que espere al gerente o pídale su nombre y teléfono al cliente para que se le pueda contactar más adelante.
*"Lo lamento mucho. Si pudiera esperar aquí, ahí está uno de nuestros gerentes  y estoy seguro que querría que se le informara esto. Estoy seguro que queremos arreglarlo."*

No permita que el cliente se vaya enojado, porque es posible que no vuelva.

# CUIDAR LOS UNOS DE LOS OTROS

## Resolución de Problemas/Política de la Puerta Abierta

Una de las cosas que contribuyen a crear un gran ambiente de trabajo en The Cheesecake Factory es nuestra disponibilidad y capacidad de hablar de los problemas y de enfrentarlos de una manera creativa y efectiva. Definitivamente pensamos que todos los miembros del personal tienen el derecho de confidencialidad para poder hablar sobre lo que le preocupe y recibir respuestas honestas, sin miedo a represalias o venganza. Queremos que se sienta que puede hablar sobre lo que le preocupa, sintiéndose en la libertad de hacerlo con honestidad y que está recibiendo la atención debida.

Queremos tratar de resolver las situaciones en la etapa inicial en su establecimiento. Su primer enlace para resolver los problemas, es su gerente de su grupo de trabajo. El o ella, conoce el trabajo que usted está desempeñando, su horario de trabajo y otras situaciones que pueden afectar su desempeño. Si, por alguna razón, usted no puede hablar con su gerente de su grupo de trabajo, entonces usted debe hablar con su gerente general u otro gerente con quien usted se sienta cómodo. Siempre tiene la opción de buscar a un miembro del departamento corporativo de relaciones del personal o a cualquier otro miembro del personal de la gerencia.

Nuestra meta es que usted se sienta cómodo para venir a buscar las respuestas y las soluciones, así como para darnos sus ideas y opiniones. Le damos la bienvenida y dependemos de usted para que sus comentarios mantengan esta organización como lo que es, una organización con dinamismo y orientada al crecimiento.

> *Para asuntos serios relacionados con el personal, puede contactar a la línea de ayuda CARELINE de Relaciones del Personal, al 800-241-5689, si es que usted no puede hablar con un miembro de su equipo de la gerencia.*

## LÍNEA CARELINE de Relaciones del Personal

Esperamos que encuentre que su ambiente de trabajo sea atento, profesional y respetuoso. Nosotros sabemos que existen situaciones diarias relacionadas con el trabajo, que le pueden preocupar. Hemos encontrado que estas situaciones (relacionadas con horarios, suministros, capacitación, etc.) se pueden resolver mejor con su Gerente General o con un miembro de la gerencia de su equipo.

Si por alguna razón usted tiene dificultades con un cliente, miembro del personal o con las condiciones de trabajo, esperamos que usted aproveche nuestra Política de la Puerta Abierta y hable directamente con uno de sus gerentes. Si su problema es serio y usted se siente incómodo al acercarse a un miembro de su equipo de la gerencia, haga favor de contactar a su representante de relaciones del personal, cuyo nombre y número los puede encontrar en la pancarta de la Línea CARELINE de Relaciones del Personal, que se encuentra expuesto en su restaurante. También tenemos una línea telefónica de ayuda, sin costo para la persona que llama, "CARELINE" de Relaciones del Personal al 800-241-5689 disponible las 24 horas del día, los 7 días de la semana.

La línea CARELINE le brinda la oportunidad de que usted reporte problemas serios o cualquier acto ilegal o falto de ética que viole los valores de The Cheesecake Factory. A usted se le pedirá que proporcione el restaurante específico del asunto a discutir, pero lo puede hacer de una manera anónima. Es nuestro sincero deseo, mantener a The Cheesecake Factory como un lugar saludable y feliz, y en general un gran lugar para trabajar.

## Proceso de Consejería

Aún cuando el empleo con la Compañía puede ser terminado a voluntad, queremos que nuestros miembros del personal tengan éxito y sobresalgan en su trabajo. Cuando surje un comportamiento inaceptable o un mal desempeño en el trabajo, queremos que el miembro del personal lo corrija. Aún cuando las violaciones a la política de la Compañía pueden dar como resultado el despido inmediato, a menudo tomamos otras medidas para dirigirnos a los problemas de una manera constructiva.

El proceso disciplinario PUEDE incluir cualquiera de las siguientes situaciones:

- ♦ Consejería Oral
- ♦ Advertencia por escrito

- ♦ Suspensión sin goce de sueldo/advertencia final
- ♦ Despido

A menudo documentamos las situaciones con respecto al desempeño en el trabajo o mala conducta, en las formas de "Consejería" ["Coaching & Counseling"] ("C&Cs").  La severidad de la acción disciplinaria depende de la seriedad del delito, el tiempo de servicio y otros factores y pueden ir desde una plática, hasta el despido inmediato.

The Cheesecake Factory se reserva el derecho de utilizar cualquiera de los procedimientos anteriores en el proceso disciplinario, en cualquier orden, y la Compañía no está limitada a utilizar un sistema disciplinario progresivo en contra de un miembro del personal.

## Relaciones con el Cliente y con el Personal

Nos enorgullecemos de tener un ambiente de trabajo amigable y congenial. Usted puede formar lazos y desarrollar amistades con muchos de sus compañeros de trabajo y clientes. Manteniendo un ambiente que promueva esta atmósfera amigable, impone ciertas responsabilidades a cada miembro del personal. Una de esas responsabilidades es tener buen juicio al desarrollar relaciones que vayan más allá de una amistad. Hemos encontrado que relaciones amorosas casuales entre miembros del personal o entre clientes y el personal, pueden llevar a situaciones incómodas en el trabajo, especialmente si, y cuando esta relación se termina.

Desalentamos comenzar una relación amorosa o aceptar invitaciones, mientras se encuentra en el trabajo. Usted puede decir que "no," en cualquier momento. Estos lineamientos también se extienden a nuestros clientes. Los miembros del personal nunca deben solicitar salir con un cliente mientras estén en servicio.

The Cheesecake Factory se reserva el derecho de intervenir en situaciones en las que las relaciones personales alteren el orden o interfieran de manera negativa con el desempeño en el trabajo, la seguridad de los demás o el servicio al cliente.

La política de la Compañía desalienta a tener relaciones amorosas y relaciones personales entre los gerentes y el personal. Pueden surgir demasiados problemas, incluyendo posibles alegatos de acoso sexual, favoritismo y trato injusto.

Una relación social o romántica entre un gerente y un miembro del personal que altera el orden en el trabajo, puede llevar a una acción disciplinaria que pudiera llevar al despido. Si un gerente lo/la presiona para que le sean concedidos favores sociales, cualesquiera que éstos sean, que no han sido requeridos, repórteselo a su gerente general, director del área, departamento de relaciones del personal o a la líne CARE LINE  de relaciones del personal, al 800-241-5689. Si usted reporta algo que ha sucedido, usted estará protegido contra cualquier represalia por parte de su gerente, compañero de trabajo, cliente o vendedor.

## Empleo de Parientes

A pesar de que no tenemos una estricta política que prohiba el empleo de parientes o cónyuges, podrían existir ciertas circunstancias en donde en ciertas situaciones se apliquen restricciones. Por ejemplo, podemos rehusarnos a asignar a un pariente o cónyuge a un trabajo bajo la dirección directa de otro pariente o cónyugue. Además, es posible que existieran circunstancias en donde nos rehusáramos a colocarlos en el mismo departamento o establecimiento si el trabajo pudiera presentar conflictos de interés, o por razones del negocio con respecto a la supervisión, seguridad o cuestiones morales.

## Análisis de Alcohol y Drogas

The Cheesecake Factory está comprometido a proporcionar un ambiente seguro para todos los miembros del personal. Prohibimos el consumo, venta, posesión, distribución o transferencia de drogas ilegales o medicamentos sin autorización, mientras se encuentre en servicio o en la propiedad de la compañía. Prohibimos el uso del alcohol mientras se está en servicio o mientras está operando cualquier equipo o vehículos de la Compañía. Para asegurar que los miembros del personal sean aptos para trabajar y no se encuentren impedidos, debido a drogas, substancias controladas o alcohol, requerimos que se hagan análisis cuando:

- ♦ Exista una duda razonable de que usted esté consumiendo drogas, esté en posesión de drogas o bajo la influencia de drogas o alcohol cuando se encuentre trabajando para la compañía o llevando a cabo algún negocio de la compañía.
- ♦ Se le encuentra en posesión de drogas ilegales, en posesión de artículos para consumir drogas o bebidas alcohólicas sin autorización, en el trabajo.

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

- ◆ Usted está involucrado en cualquier en algún incidente relalcionado con alcohol o drogas mientras ha estado en el establecimiento, llevando a cabo algún negocio para la compañía o trabajando.
- ◆ Después de un accidente o lesión relacionada con el trabajo.

En ciertas circunstancias, un miembro del personal que reconoce personalmente un problema de abuso de alguna substancia y quien no ha presentado ningún problema en el desempeño de su trabajo o violaciones a la Política de Abuso de Drogas y Alcohol, puede pedir un permiso de ausencia sin goce de sueldo (por hasta 30 días) para poder entrar a un programa de rehabilitación de drogas o alcohol.

## <u>Política en Contra del Acoso Sexual y Discriminación</u>

The Cheesecake Factory está comprometida a proporcionar un ambiente de trabajo que esté libre de todo tipo de acoso y discriminación, incluyendo acoso sexual. Para sostener este compromiso, mantenemos una estricta política prohibiendo el acoso y la discriminación. Esta política se aplica a todos los miembros del personal, personal de la gerencia, clientes y vendedores.

Todas las formas de acoso y disriminación están prohibidas, incluyendo comportamientos verbales, visuales y físicos. Si usted siente que se ha enfrentado con alguna forma de acoso o discriminación (o ha observado algún acoso o discriminación) usted puede confrontar al ofensor y puede hacerle saber que su conducta es inaceptable. Es aceptable decirle al acosador que "pare". Además, usted debe reportar inmediatamente el incidente con el gerente de su grupo de trabajo, gerente general o un miembro del departamento corporativo de relaciones del personal. Consideramos que cualquier situación que haya percibido de acoso o discriminación, es seria y lo alentamos a que busque remediar la situación dentro de nuestra organización para ayudarnos a investigarla y resolverla.

Una investigación confidencial y sin demora se llevará a cabo dando como resultado una acción apropiada y sin demora diseñada para terminar esta conducta ofensiva, no requerida. Debido a que la investigación puede comprender asuntos sensibles, le pedimos que considere mantener la confidencialidad durante esta fase hasta que se logre una resolución. Todos los reportes pueden hacerse sin miedo a represalias o venganzas.

Por favor refiérase a nuestra extensión de nuestra política más adelante en este manual.

Para reportar cualquier acto de discriminación o acoso, por favor vea al gerente de su grupo de trabajo, gerente general o a un miembro del departamento corporativo de relaciones personales. También puede llamar de manera confidencial a la línea telefónica de Relaciones del Personal CARELINE al 800-241-5689.

# LO PROHIBIDO

Tenemos la intención de tratar justamente a todos los miembros del personal y esperamos que todos los miembros de personal (gerencia o no) se conduzcan de una manera responsable. Aún cuando no es posible indicar cada acción concebible que pudiera resultar dar como resultado una acción disciplinaria, las siguientes acciones son consideradas serias. Estas acciones pueden dar como resultado una acción disciplinaria, hasta el punto de llevar al despido, aún cuando fuera la primera vez. **Sin embargo, se le recuerda que esta lista no es minuciosa, ni es la omisión específica de esta lista que tenga la intención de ninguna manera de alterar la naturaleza a voluntad del empleo con la Compañía.**

- ♦ Recibir quejas de los clientes o acercarse a un cliente con respecto a la falta o a la cantidad de la propina.
- ♦ Aceptar una propina de un cliente a cambio de que se le asigne alguna mesa en particular.
- ♦ Dar mal servicio o recibir un mal reporte del cliente.
- ♦ Posesión sin autorización, mal uso o destrucción de la propiedad de la Compañía o propiedad que le corresponda a un compañero de trabajo, cliente, gerente o vendedor.
- ♦ Cobrar de más, de menos, o no cobrar por la comida, bebida o artículos a la venta.
- ♦ Ser grosero con un cliente, compañero de trabajo, gerente o vendedor.
- ♦ Acercarse al escritorio de la recepción a quejarse o pedir que se le asigne una mesa en particular a un cliente.
- ♦ Altercados físicos o verbales con el cliente, gerente, compañero de trabajo, vendedor; amenazar con violencia física o daño a un cliente, gerente, compañero de trabajo o vendedor o traer o amenazar con armas dentro del establecimiento.
- ♦ Tener una conducta discriminatoria o hacer comentarios despectivos con respecto a edad, sexo, raza, color, nacionalidad, religión, condición médica, incapacidad, orientación sexual u otras clasificaciones protegidas.
- ♦ Cualquier acto falto de seguridad, o violación a la misma o no reportar cualquier actividad o acción ilegal o "Prohibida".
- ♦ Malos manejos de fondos de la Compañía o tarjetas de crédito de los clientes o falsificación de registros de la Compañía (v.g. solicitudes de empleo, cambio de cargos, cargos alterados, cargos sin autorización, salirse sin permiso, abusar al reportar las horas trabajadas, hacer trampa en los exámenes).
- ♦ Beber, posesión, consumo o distribución de alcohol mientras se encuentra en servicio, durante los descansos o períodos de comida o reportarse a trabajar sin estar apto para desempeñar su trabajo y/o por estar bajo la influencia del alcohol o drogas.
- ♦ Vender, solicitar o poseer drogas o substancias controladas o artículos para consumir drogas en el establecimiento.
- ♦ Servir alcohol a un menor de edad.
- ♦ Insubordinación o rehusarse a desempeñar alguna tarea que se le ha asignado.
- ♦ Juegos de azahar.
- ♦ Entrar al establecimiento sin autorización o sin supervisión o a áreas restringidas del restaurante, especialmente durante horas no hábiles.
- ♦ Compartir, vender, fotocopiar, distribuir o usar, materiales "confidenciales" sin autorización (incluyendo este Manual, Guías de Desarrollo, materiales de capacitación, recetas de los artículos del menú, lista de ingredientes o métodos de preparación).
- ♦ No seguir las recetas y/o procedimientos de la cocina.

A través de este Manual y otras publicaciones de la compañía (v.g. Guías de Desarrollo) enlistamos normas y lineamientos adicionales.

Esperamos que usted conozca y respete estas políticas y prácticas. Debido a que es imposible enlistar todas las situaciones que pudieran surgir durante el curso de su empleo, haga favor de consultar con su gerente cuando tenga alguna pregunta o le preocupe algo con respecto a nuestras políticas y procedimientos.

# EL TURNO

## Turnos Mínimos Trabajados

Para poder estar en contacto con el ritmo y el ambiente del restaurante y para mantenernos al corriente con las políticas y los nuevos platillos del menú, requerimos que todos los miembros del restaurante trabajen un mínimo de tres turnos por semana. Por lo menos uno de los turnos debe ser el turno de día. Los miembros del personal que cedan o cambien repetidamente sus turnos para trabajar menos de 3 turnos por semana, serán quitados del horario.

## Sus Turnos Programados

Sabemos lo importante que le es su horario. Aún cuando su gerente puede ser susceptible a sus necesidades y a las necesidades de otros miembros del personal, la Compañía se reserva el derecho de extender o acortar sus horas de trabajo en base a las necesidades del restaurante.

Usted tiene la responsabilidad de estar en su estación de trabajo, con el vestuario adecuado, en la fecha y a la hora indicada en su horario de trabajo. Estar a tiempo significa que usted debe estar en su estación de trabajo, vestido adecuadamente y listo para trabajar a la hora indicada en su horario.

Un gerente debe autorizar el tiempo extra por adelantado. Usted no puede trabajar turnos adicionales si lo hacen trabajar más de 40 horas en una semana de trabajo (u 8 o 12 horas al día en establecimientos con reglamentos diarios de tiempo extra), a menos que sea aprobado por adelantado por un gerente.

> *El faltar a un horario programado o a un turno de reserva sin notificarlo con anticipación, y/o sin arreglar con un remplazo calificado, puede dar pie a una acción disciplinaria, la cual puede llevar hasta al despido.*

## Turnos de Reserva

A usted se le puede programar para turnos de reserva (algunas veces se les refiere como "on call"). Un turno de reserva quiere decir que usted tiene que llamar al gerente a una hora específica para saber si es que se le va a necesitar en el trabajo. Usted no tiene ninguna restricción en cuanto al lugar de dónde debe llamar, siempre y cuando esté apto para trabajar, tenga suficiente tiempo para estar listo para el trabajo y se reporte cuando se le necesite. Se le dará una cantidad razonable de tiempo para reportarse al trabajo para su turno. Los turnos de reserva son críticos para que su restaurante funcione tranquila y eficazmente. Usted debe tratarlos como turnos regulares y reportarse a servicio cuando se le pida o cuando encuentre un remplazo calificado para cubrir su turno, si es que usted no puede trabajar.

## Estaciones Asignadas

Un gerente o la persona que anota las estaciones de trabajo, asigna las estaciones en el momento en que se anota el horario. Las estaciones se asignan cuidadosamente de acuerdo a la capacidad, habilidad y disponibilidad. Usted no puede cambiar estaciones con otro miembro del personal o hacer cambios a un cambio de un mapa de una estación sin primero obtener la aprobación del gerente. Si usted está asignado a una estación que cierra, se le va a requerir que se quede hasta que todos los clientes hayan sido atentamente servidos.

## Fases

Las fases significan el cierre en rotación de una estación o sección del restaurante. El gerente en servicio para ese turno es responsable de esa fase. Los miembros del personal no pueden tener fases en las estaciones, secciones del restaurante, para ellos mismos, o entre ellos. Después de que el gerente le haya asignado una fase al miembro del personal de la estación, ese miembro del personal debe:

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

- ♦ Terminar con el servicio del cliente que permanezca en esa estación, o
- ♦ Si la estación sigue ocupada (por ejemplo, en el cambio de turno), el miembro del personal original transfiere la atención de esa estación y, si es aplicable, la cuenta del cliente, a un nuevo miembro asignado a esa estación.
- ♦ Complete todas las táreas paralelas y deje la estación limpia y bien surtida para el siguiente turno.
- ♦ Haga la contabilidad (en caso de ser apropiado) y entréguelo a cashlink.
- ♦ Repórtese con el gerente apropiado o líder del turno.

## Retrasos

Los retrasos ponen una carga extra sobre cada miembro del personal y esto afecta directamente a nuestros clientes, a sus compañeros de trabajo y a la producción. Si usted va a llegar tarde (aunque sea 10 minutos), usted debe llamar a su gerente antes de su hora programada para empezar. Esta llamada calmará cualquier duda que se tenga de que usted está en camino - - y que usted está bien. No es suficiente dejar un mensaje con la persona que contesta el teléfono. Usted debe hablar con su gerente. Retrasos repetidos pueden dar como resultado una acción disciplinaria y llevar incluso hasta al despido.

## Cubrir y Cambiar Turnos

Si no puede trabajar su turno normal o su turno de reserva, usted tiene la responsabilidad de arreglar un remplazo calificado para trabajar en su lugar. Tanto usted como su remplazo deben firmar el libro de cambio de horario para confirmar el cambio y un gerente debe aprobar el cambio poniéndole sus iniciales a esta información. Un gerente podría no aprobar un cambio de turno que se haya propuesto si es que dicho cambio hace que el miembro del personal trabaje tiempo extra, menos de 3 turnos por semana, trabaje un turno doble, trabaje un turno dividido o trabaje un turno tras otro.

Si usted se siente enfermo el día anterior a su turno, comience a llamar a sus compañeros de trabajo en ese momento. Si usted se repone antes de comience su turno, es mucho más fácil llamar a su remplazo y cancelarlo, que tratar de encontrar a alguien que lo remplace en el último momento.

Debido al hecho de que les pedimos a los miembros del personal que encuentren su propio remplazo, sería mejor que intercambiara números telefónicos para el propósito de poder cubrir un turno. Intercambiar estos números telefónicos, es voluntario. Le pedimos que sea respetuoso con la privacía de los otros miembros del personal. Cualquier abuso de los números telefónicos de los demás o de otra información personal puede dar como resultado una acción disciplinaria que puede llevar incluso al despido.

> *Su confiabilidad es importante para el éxito del turno. Si falta o llega tarde repetidamente, esto puede dar como resultado una acción disciplinaria la cual puede llevar incluso al despido.*

## Asistencia

Si usted no puede reportarse al trabajo, debe hacer todo intento posible para encontrar un remplazo apto par cubrir su turno. ("Ver Cubrir y Cambiar Turnos") **Todas las faltas inesperadas deben reportarse por lo menos con 4 horas de anticipación a la hora en que debe comenzar su turno**. Su ausencia debe reportarse directamente al gerente – no deje un mensaje con el personal de la recepción o con un compañero de trabajo. Usted debe llamar para avisar que va a faltar – por favor no mande el mensaje con un amigo o con un pariente (a menos que sea una emergencia y usted no pueda llamar).

Tres o más faltas consecutivas a turnos ya programados debido a enfermedad o lesión, requieren de un justificante médico y un permiso para regresar a trabajar. Si usted falta tres veces o más consecutivamente a su turno, sin contactar a su gerente, consideraremos que su acción es una renuncia voluntaria.

## Descansos y Períodos de Comida



Usted trabaja duro y se merece su descanso. Queremos que se tome todos sus descansos – por favor asegúrese de informar a su gerente de turno a la hora que le toque su descanso o su comida. Por favor refiérase a las pancartas que se encuentran cerca del reloj, con respecto a nuestra política sobre los períodos de descanso y de comidas. En muchos casos, necesitaremos tener otro

© 2005 The Cheesecake Factory Restaurantes, Inc.  ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

miembro del personal que cubra su estación o área de trabajo mientras usted toma su descanso, para que no se vea afectado el servicio al cliente. Por favor marque el reloj cuando sale y cuando regresa, en cualquier período de más de 30 minutos. El no tomar sus períodos de descanso y de comidas, podría dar como resultado una acción disciplinaria, la cual podría llevar incluso al despido.

## Juntas del Personal

Las juntas del personal se consideran como parte de sus deberes en el trabajo. Cuando usted asiste a una junta obligatoria, usted será  compensado por su tiempo a su cuota regular por hora. He aquí algunos de los lineamientos con respecto a las juntas:

1. **Usted debe asistir**
   Estas juntas son tan importantes como cualquier turno y su asistencia es requerida. Si usted no puede asistir a una junta, debe ponerse en contacto con su gerente antes de la fecha de la junta. Aún así, usted tiene la responsabilidad de conocer la información cubierta en la junta.

2. **Llegue a tiempo**
   Las juntas comienzan a la hora indicada en las pancartas, para la convenienicia de todos los que van a asistir.

## Estacionamiento

En algunos establecimientos, proporcionamos estacionamiento conveniente para todo nuestro personal. Repórtese con su gerente para ver si una parte del estacionamiento ha sido específicamente designado para el uso del personal. En algunos casos habrá una cuota para el estacionamiento, la cual podría deducirse de su cheque o cobrada directamente por el gerente del establecimiento. Ya sea que se estacione en el estacionamiento del restaurante de The Cheesecake Factory o en una área en común, (como el estacionamiento de un centro comercial), por favor observe los anuncios regulatorios del estacionamiento.

Los vehículos del personal estacionados en The Cheesecake Factory o en la propiedad del Centro Comercial, son a riesgo exclusivo del miembro del personal. The Cheesecake Factory no asume ninguna responsabilidad por cualquier daño o robo ocurrido en la propiedad de The Cheesecake Factory o del Centro Comercial, mientras usted esté trabajando. No se estacione en áreas que no tengan autorización o durante horas que no son autorizadas. Usted será responsable por los costos de grúa y otros cargos que se puedan imponer por estacionarse indebidamente.

## Artículos Perdidos

Repórtele inmediatamente a un gerente, cualquier artículo perdido (por los clientes o por el personal). Cualquier artículo que haya dejado algún cliente, debe ser entregado inmediatamente al gerente de turno. Por favor no coloque los artículos perdidos en su casillero, ni los conserve con usted, para evitar cualquier reclamo por tomar posesión de algún artículo sin autorización. Las tarjetas de crédito que hayan olvidado los clientes, las debe guardar el gerente en la caja de seguridad. Muchos restaurantes utilizan un libro que se encuentra en la oficina del gerente o en la recepción, para llevar un registro de los artículos encontrados.

Cuando hable por teléfono con un cliente, con respecto al artículo que haya perdido, tenga cuidado con lo que le dice, como "sí lo tenemos." Muchos artículos, (v.g. lentes oscuros), pueden sonar parecidos al describirlos por teléfono. No nos gustaría que le diera esperanzas a los clientes de que se ha encontrado su artículo cuando en realidad no le pertenece. Dígale al cliente que va a revisar los artículos perdidos y haga que el gerente le devuelva la llamada.

# DINERO, DINERO, DINERO

Cada período de nómina es de dos semanas comenzando en miércoles y terminando el siguiente martes.  Sus cheques de sueldo distribuidos cada otro martes, una semana despues de que ciere el periodo.  Estos son pagados por Deposito Directo, CashPay® o un cheque vivo.

## Depósito Directo

A los miembros del personal se les alienta a recibir su cheque a través de depósito directo en su cuenta de cheques o de ahorros. La Compañía ofrece depósito directo en el banco que usted elija, (si es que su banco lo permite). Para activar el depósito directo, debe obtener la Forma de Autorización de Depósito Directo, de su OST. Le exhortamos seriamente a que complete la forma de su banco correctamente, para que el número de cuenta y el número de identificación del mismo, sean correctos. La forma completada debe ser regresada con un cheque cancelado o el talón de depósito a su OST. Debido a ciertos requisitos del banco, la activación del Depósito Directo puede tardarse varias semanas.

Sus talones de cheques serán enviados a sus domicilios.

## CashPay®

Si su banco no es un banco tradicional, CashPay® le ofrece la oportunidad de que su cheque se deposite automáticamente en una cuenta ATM asegurada. Usted puede tener acceso a su efectivo las 24 horas del día, a través de cajeros automáticos ATM por todo el país.

Su tarjeta CashPay® puede usarse en cualquier cajero HONOR/STAR/PLUS ATM, el cual proporciona instrucciones en Inglés y Español. Para mayor información con respecto a las opciones CashPay® y las formas de inscripción, por favor contacte a su OST.

Sus talones de cheques seran enviados a sus domicilios.

## Cheque Vivo
Para los miembros del personal que preferien recibir un cheque, este sera enviado a su domicilio por correo el lunes antes del dia de pago.

---

*Siempre revise sus talones de cheques para verificar el pago apropiado de sus horas trabajadas, propinas declaradas, deducciones, y otra información de la nómina. Le recomendamos que mantenga sus talones de cheques para poder llevar un registro*

---

## Llevar la Cuenta del Tiempo

Su pago es calculado por los registros que llevan la cuenta del tiempo. Al llevar usted la cuenta del tiempo adecuadamente, va a asegurar que su cheque esté correcto. Usted debe saber su número "POSitouch" para marcar su entrada.

- No comience a trabajar hasta que haya marcado el reloj con su entrada.
- Si llega más de 3 minutos tarde o temprano, **debe hacer que un gerente marque el tiempo con usted.**
- Cuando se termine su turno, marque su salida.
- Le recomendamos que imprima un recibo con las horas. Si quiere un recibo de sus horas, siga las indicaciones e imprímalo. Siempre revise su recibo para asegurarse que esté correcto.
- Guarde el último recibo del período se pago hasta que reciba su cheque, para verificar que se le haya pagado correctamente y que sus propinas se hayan reportado correctamente.
- Si el sistema POSi de tomar el tiempo, no le permite marcar la hora de llegada o de salida, vea al gerente.
- Nunca marque la llegada o salida de otro miembro del personal. El hacerlo podría llevarlo a una acción disciplinaria.

> *Compare siempre sus talones de cheques con su recibo de toma de tiempo para asegurar que se le estén pagando correctamente las horas trabajadas. El no hacerlo puede dar lugar a una acción disciplinaria.*

## Retención y Proceso de Asignación de Salario

Ocasionalmente, un juez o una agencia gubernamental podría requerir que The Cheesecake Factory retenga parte del sueldo de un miembro del personal para cumplir con algún fallo, deuda de impuestos o manutención de menores. Debido al manejo adicional requerido por su departamento de nóminas, existe una cuota nominal por administración y procesamiento de estas órdenes de retención y asignación de sueldo. Estas cuotas se imponen a cada cheque cuando se ordena esta retención o asignación de salario.

## Declaración de Propinas (Personal de Propinas)

El reporte correcto de propinas, ayuda a establecer un registro preciso de sus ingresos. Esto es importante para establecer una historia de crédito, cuando usted solicita un préstamo o compra un auto o una casa. Al reportar todas las propinas, también se beneficia para propósitos de Seguro Social, prestaciones desempleo y en muchos casos, indemnización laboral u otras prestaciones de incapacidad, si es que fuera necesario.

Además de la política de The Cheesecake Factory la cual requiere el reporte de propinas, la ley federal exige que directa o indirectamente los empleados declaren los 100% de las propinas como ingreso, para propósito de impuestos. Al final de cada turno, se solicitará, por medio del sistema de llevar la cuenta del tiempo, que el personal de propinas reporte las mismas a la hora de marcar su salida. Si el reporte de propinas de su restaurante no alcanza un nivel aceptable para meseros o cantineros, la Compañía tiene que repartir las propinas que de entre todos los empleados. Esto quiere decir que usted no está reportando suficientes propinas, usted podría estar contribuyendo con una situación que podría dar como resultado que se distribuyan ingresos adicionales de propinas en su forma W-2 al final del año, lo cual podría traer consecuencias adversas para usted, con respecto a sus impuestos. En algunos estados, la Compañía puede deducir automáticamente un crédito de propinas, en contra de sus ingresos. Es su responsabilidad reportar correctamente sus propinas en cada turno. El no hacerlo, podría dar lugar a una acción disciplinaria.

La Ley Federal requiere que usted mantenga un registro correcto, diario, del ingreso de propinas. Los registros diarios deben mostrar:
- ♦ Sus propinas en efectivo
- ♦ Sus propinas de tarjeta de crédito
- ♦ La cantidad de propinas que usted recibe (si es que las recibe) de otros miembros del personal
- ♦ La cantidad de propinas que usted le dé a otros miembros del personal como, garroteros, cantineros, etc. Y sus nombres (el IRS espera que usted mantenga esa información para probar que usted no debe impuestos de estas propinas).

Su OST tiene folletos disponibles para su reporte diario de propinas recibidas y propinas entregadas.

Los miembros del personal de propinas, indirectamente, deben declarar sus propinas y mantener un registro correcto diario. Esto incluye garroteros, cantineros, corredores de comida y otros miembros del personal que reciban por lo menos $20.00 o más de propinas al mes.

Llevar un buen registro, es su única defensa en caso de que le hagan una auditoría. Queremos asegurarnos que usted entienda que tiene que reportar el 100% de sus propinas y cuáles son sus obligaciones. Si usted tiene alguna otra pregunta, siéntase en toda la libertad de ver a su gerente, OST o contacte al personal de relaciones corporativo.

Se puede encontrar información adicional en el sitio web de Internal Revenue Service www.irs.gov. Las publicaciones 1872 y 1872SP (version en español) se dirigen específicamente al reporte de propinas para empleados en la Industria de los Alimentos y Bebidas.

## Créditos de Propinas

Con excepción de cuando esté prohibido por ley, la Compañía puede tener un crédito por propinas contra del salario mínimo de propinas, recibido directamente de los clientes o de otros miembros del personal.  Este crédito varía entre un estado y otro, pero por lo general no excede el límite federal. Dichos créditos son tratados automáticamente como propinas reportadas, para propósito de los impuestos de la nómina. El mismo crédito de propinas por hora se toma por todas las horas trabajadas durante una semana laboral, incluyendo el tiempo extra, si es aplicable. Usted tiene la obligación de reportar todas las propinas retenidas por usted que excedan cualquier crédito de propinas reportadas por la Compañía. Consulte con su OST si es que tiene  alguna pregunta con respecto a la política de crédito de propinas de la Compañía.

## Tiempo Extra

Varias leyes federales y estatales determinan cómo y cuándo se paga el tiempo extra. Por lo general, el tiempo extra se paga a razón de tiempo y medio del salario por hora, el cual esté en vigor después de que haya trabajado 40 horas en una semana laboral (u 8 o 12 horas en un día, para algunos estados con requisitos diarios de tiempo extra).

Como algunos miembros del personal trabajan en más de una clasificación de trabajo, usamos el método de la "cuota en vigor" para determinar el salario de tiempo extra. Bajo este método, el miembro del personal recibirá 1 ½ de su salario regular por la clasificación de trabajo que el miembro del personal esté realizando, en el momento en que sea elegible para la compensación de tiempo extra.

Su gerente tiene que aprobar el tiempo extra por adelantado.

## Formas Impresas W-2

The Cheesecake Factory está asociada con una compañía llamada ADP para proporcionarle a usted con formas impresas W-2. Para obtener formas impresas del 2004 en adelante, contacte al centro de llamadas ADP al 800-422-9410, de Lunes a Viernes de 9:00 a.m. – 7:00 p.m., hora del este.

Para formas anteriores al año 2003, por favor contacte al Departamento de Nómina de The Cheesecake Factory al 818-871-3012.  Deje un mensaje con su número de seguro social, su dirección actual, los años que necesita y el número telefónico en donde se la pueda localizar. Por favor permita una semana para procesar estas peticiones.

Si usted tiene alguna pregunta con respectoa a su forma W-2, por favor póngase en contacto con su Departamento de Nóminas al 818-871-8383 y un mensaje con su número de seguro social, su dirección actual, los años que necesita y el número telefónico en donde se la pueda localizar. Por favor permita una semana para procesar estas peticiones.

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

# OPORTUNIDADES PARA CRECER

## Transferencias de Restaurantes

Si usted se está mudando a otra ciudad y le gustaría ser transferido a uno de nuestros otros restaurantes, por favor hable con su gerente general. Para poder ser elegible para su transferencia, usted tiene que tener una dirección de por lo menos 6 meses, debe cumplir o exceder las expectativas de su desempeño en el trabajo como lo define el Manual y las Guías de desarrollo y debe completar una Forma de Petición de Transferencia.

Por favor no trate de hacer arreglos de transferencia, contactando al restaurante donde espera que lo reciban. Siempre hable primero con el gerente de su grupo de trabajo, el gerente general o el gerente executivo de cocina.

Tenga en consideración que los planes de prestaciones pueden variar en otros restaurantes o en otros conceptos de restaurantes.

## Desarrollo de Carrera

The Cheesecake Factory en un empleador de igualdad de oportunidad de empleo y exhorta a sus miembros del personal calificados a que busquen oportunidades de promoción en Centros Corporativos de Apoyo o en restaurantes en otros lugares. Para ver todos los puestos disponibles en The Cheesecake Factory, visite nuestro sitio web de carreras en www.cakecareers.com. Consulte a su gerente general sobre posibles vacantes y los lineamientos de promoción internos de la Compañía.

# RECONOCER SU COMPROMISO CON EL SERVICIO

## Premios de Apreciación del Personal

Cada mes el personal de la gerencia vota por un miembro del personal que ha causado un impacto positivo al restaurante. Esta persona que ha trabajado exhaustivamente, es honrada con el título de **Empleado del Mes Linda Condioty.**

## Premios de Compromiso con la Excelencia



Los premios anuales de Compromiso con la Excelencia se establecieron para reconocer a los miembros dell personal quienes son los mejores en cuanto a lo que hacen y que ejemplifican lo que representa The Cheesecake Factory. Estos miembros del personal están dedicados a mantener los valores y continuar con el legado de excelencia que ha establecido The Cheesecake Factory. Cada restaurante puede nominar hasta a un miembro del personal por cada categoría de premio.

## Programa de Reconocimiento

Tenemos fantásticos programas de Reconocimiento los cuales son una forma de rendir tributo a los miembros del personal que demuestran un conocimiento, dedicación y desempeñon sobresalientes. Debemos nuestro éxito, en parte, a esos individuos especiales.

Algunas de las categorías y los premios que acompañan a nuestros programas de reconocimiento son:

**Aptitudes de Técnicas en la Cocina**
- Cocinero de línea certificado en por lo menos en 3 estaciones, recibe un sombrero negro de 3 estrellas, MVP (Miembro Más Valioso)
- Cocinero de línea certificado en todas las estaciones, recibe un sombrero café de 5 estrellas, MVP

**Desarrollo en su Desempeño y Capacitación**
- Los Capacitadores Designados reciben un prendedor de Capacitador Designado
- Los Capacitadores Líderes reciben un prendedor de Capacitador Líder
- El Personal que Abre en una inauguración, recibe un prendedor de Nuevo Restaurante por ese establecimiento en particular
- El Personal que Abre en una inauguracion 5 o más veces, recibe una chaqueta de mezclilla especial

**Premios a la Excelencia**
- El Premio que "Más Allá," se concede a un miembro del personal que va más allá para distinguirse de sus compañeros.
- El premio a la Excelencia Evelyn Overton se concede a alguien que ha ido más allá del deber, con un increíble acto que ha impactado a la Compañía directamente en su totalidad.

**Premios de Tiempo de Servicio**
- 3-Años – Prendedor de 3 años y sudadera con logotipo "Miembro del Equipo por 3 Años" sweatshirt
- 5-Años – Prendedor de 5 años y bolsa de viaje con logotipo "Miembro del Equipo por 5 Años"
- 10-Años – Prendedor de 10 años y chaqueta de cartero con logotipo "Miembro del Equipo por 10 Años"
- 15-Años – Prendedor de 15 años, un reloj y un bono de $500
- 20-Años – Prendedor de 20 años, platón de plata y bono en efectivo de $1,000
- 25-Años – Prendedor de 25 años, un cortador de pastel de plata de Tiffany & Co.™ y un bono en efectivo de $1,500

**Personal Con Responsabilidades Adicionales (S.T.A.R.)**
- Los miembros del personal que desempeñen táreas adicionales relacionadas con el grupo de trabajo y que siempre muestren excelencia en sus táreas, así como que sean un ejemplo en un papel de liderazgo de acuerdo con nuestras filosofías y cultura.

♦   Los miembros del personal S.T.A.R., reciben un prendedor S.T.A.R, mejor sueldo por hora por trabajo administrativo y consideraciones especiales para sus peticiones de horarios.

La mayoría de estos premios y bonos vienen con un atractivo prendedor. Le alentamos a que use sus prendedores con orgullo y los presuma a sus compañeros de trabajo y a nuestros clientes.


**Algunos lineamientos**...Los miembros del personal de la recepción pueden usar hasta dos prendedores de reconocimiento en el restaurante, pero no más. Los prendedores deben usarse a la izquierda o a la derecha , sobre la solapa o al cuello. Los miembros del personal de la cocina pueden usar más de dos prendedores de reconocimiento si es que están bien prendidos de su gorra del uniforme. Los panaderos en los restaurantes en los que los sombreros son parte del uniforme, también pueden usar más de dos prendedores en sus sombreros del uniforme. Para propósitos de seguridad y por cuestiones sanitarias, se debe tener extremo cuidado de que los prendedores estén bien fijos sobre el uniforme o en los artículos de vestir. No nos gustaría servirle a un cliente un platillo con un prendedor de reconocimiento de 5 años de servicio.

Para poder mantener el programa de reconocimiento de integridad, le pedimos que use los prendedores de reconocimiento anteriormente mencionados, como parte de su uniforme. Aunque nos gustaría ver que se usen estos prendedores, no son considerados como parte del vestuario de Cheesecake Factory. Por supuesto, cuando usted no esté trabajando, nos encantaría que usara cuantos prendedores quisiera de Cheesecake Factory.

# SUS PRESTACIONES — MIEMBROS DEL PERSONAL POR HORA

The Cheesecake Factory se enorgullece en ofrecer un paquete de prestaciones el cual consideramos como uno de los mejores en la industria. Está diseñado para darle a usted la opción de decidir lo que es mejor para sus necesidades personales.

## Nuestro Plan de Salud Incluye:

- 3 diferentes planes médicos a elegir
- 3 diferentes planes dentales a elegir
- Seguro de Vida por Muerte Accidental y Desmembramiento (AD&D) (si usted se incribe en la cobertura médica)
- Seguro de Incapacidad estatal en ciertos estados
- Programa de permiso de ausencia
- Cuenta de Gastos Flexible (Flexible Spending Account (FSA)

Las siguientes páginas brindan un resum de estos planes. También se proporciona una sección llamada Información del Resumen del Plan, de la Descripción del Resumen del Plan, el cual proporciona cierta información formal requerida por ley (ERISA).

Las preguntas sobre sus prestaciones deben dirigirse a su OST o a su Departamento de Prestaciones al 818-871-3075.

## Beneficios Médicos

Usted tiene la opción de tener tres planes médicos comprensivos que ofrecen diferentes grados de cobertura:

- **United Healthcare Essential EPO** – La Organización del Proveedor Exclusivo (The Exclusive Provider Organization) (EPO) le permite que usted vea a cualquier médico, especialista, u otro proveedor dentro de la red, sin necesidad de ser referido.
- **United Healthcare Advantage EPO** – Parecido al EPO Essential, pero ofrece un nivel más alto de beneficio de cobertura a una contribución más alta de la nómina, pero con un menor desembolso personal.
- **United Healthcare Options PPO** – Esta Organización de Proveedor Preferido (Preferred Provider Organization) (PPO) le dá la flexibilidad de ver a cualquier doctor que usted elija dentro o fuera de la red.

## Beneficios Dentales

Además de nuestros Planes Médicos, también ofrecemos tres planes dentales designados para sus necesidades individuales. Los miembros del personal que son elegibles, pueden elegir uno de los siguientes planes:



- **El Plan Aetna Dental Maintenance Organization (DMO)** – Los servicios son proporcionados a través de la red de proveedores para una contribución menor de la nómina y una menor contribución personal.
- **El Plan United Healthcare Basic Dental (PPO)** – Le da la flexibilidad de ver a cualquier dentista que usted elija dentro o fuera de la red.
- **El Plan United Healthcare Options Dental (PPO)** – Parecido al plan dental básico PPO, pero ofrece un beneficio anual máximo más alto.

## Reglas de Elegibilidad

Usted tiene que trabajar un promedio de 25 horas por semana por 6 meses contínuos para ser elegible para la cobertura. Una vez que sea elegible, usted puede escoger cualquier plan de salud o dental que ofrezca la Compañía. También puede inscribir a sus dependientes elegibles para la cobertura. Los dependientes elegibles incluyen a su esposa y hijos dependientes de hasta 19 años (o 25 años si son estudiantes de tiempo completo). Se le pedirá que verifique el estado de sus dependientes, con una licencia de matrimonio, acta de nacimiento o transcripción escolar. Para permanecer elegible, debe seguir trabajando continuamente, un promedio de 25 horas por semana.

Se le notificará a su restaurante sobre su estado de elegibilidad. Su OST le confirmará su elegibilidad. Si tiene alguna pregunta, puede contactar directamente al Departamento de Prestaciones al 818-871-3075. Si usted es elegible y no quiere inscribirse, le pediremos que firme un formulario de renuncia de seguro, indicando que "rehusa" la cobertura. Si usted no cumple con completar el papeleo para la fecha límite, consideraremos que usted ha rechazado la cobertura.

Si a usted le ofrecemos un trabajo durante los 30 días de que usted haja perdido su empleo, su fecha original no sera afectada. Si usted participa en el grupo de aseguranza de salud esto tambien pueda que no sea afectada (la fecha) siempre en cuando uste la pida en escrito. Sus beneficios de saludo no son automaticos. Por favor de contactar al departamento de Beneficios antes de sus primero 30 días del regreso a su trabajo.

## Mantener su Elegibilidad

Para mantenerse inscrito en los planes médicos y dentales, usted tiene que trabajar un mínimo de 25 horas por semana (50 horas por período de pago) dentro de un trimestre (basado en los períodos de pago). Si en un trimestre usted no mantiene el promedio mínimo requerido de 25 horas trabajadas cada semana, su participación en el Plan se terminará debido a la "Reducción de Horas." Se le ofrecerá COBRA y usted puede volver a solicitar el Plan durante el siguiente período de "Inscripción Abierta." Si usted tiene dos períodos de paga consecutivos con cero horas, se le puede dar por terminada su inscripción al plan (a menos que usted esté con un permiso de ausencia aprobado, como un Permiso de Ausencia Médico/Familiar u otro permiso de ausencia protegido por ley).

## Solicitar Seguro de Salud

Si usted se vuelve elegible para el Plan y quiere inscribirse, usted debe completar el papeleo de inscripción. Estas formas deben ser completadas y devueltas a su OST para el día 15 del mes anterior a que el seguro de salud entre en vigor. (Por ejemplo: Si su seguro de salud entra en vigor el 1º de enero, usted debe completar todas las formas y devolverlas a su OST para el 15 de diciembre). Si usted no devuelve las formas de inscripción completadas para la fecha límite, dará como resultado que no se le inscriba y que tenga que esperarse hasta el siguiente período de "Inscripción Abierta" para volver a solicitarlo nuevamente.

## Hacer Cambios a sus Prestaciones

Usted puede hacer cambios a la inscripción durante el año, si es que su estado familiar cambia, por ejemplo, matrimonio, anulación, divorcio, nacimiento o adopción de un hijo, muerte o pérdida de la cobertura médica por haberse unido a otro plan. Para hacer un cambio en su cobertura, usted debe presentar las formas apropiadas al Departamento de Prestaciones dentro de los 30 días del cambio. El no cumplir con completar las formas apropiadas de Solicitud de Inscripción y Cambio y entregárselas a su OST para el día 30, dará como resultado que su dependiente no sea agregado a su plan de salud existente. Su siguiente oportunidad para inscribir a su dependiente elegible sería en el período de "Inscripción Abierta" del Plan. Mantenga en mente que la cobertura de un dependiente conlleva gastos adicionales de la prima. Para poder quitar a un dependiente que ya no es elegible (v.g. por separación legal o divorcio, que el dependiente llegue a la edad límite) bajo su seguro de salud, usted debe completar la "Forma de Cambio" dentro de 30 días de la fecha de la separación legal, divorcio u otras fechas que califiquen y devolvérsela a su OST. El no cumplir con notificar sobre este "Cambio de Status" podría dar como resultado violaciones a COBRA, lo cual podría resultar en que se niegue la cobertura.

## Inscripción Abierta

A partir de noviembre del 2005, la Inscripción Abierta debe hacerse en Noviembre de cada año, con una fecha efectiva del primero de enero. Busque los anuncios sobre la "Inscripción Abierta" en las pancartas, en los anexos a los talones de cheque y en las notificaciones en las juntas y asegúrese de ver a su OST para los materiales de inscripción.

## El Costo de Usted

La Compañía contribuye con una porción importante con el costo de la cobertura. Usted es responsable por pagar su parte de las primas las cuales se deducen regularmente de su cheque. En los estados en donde se da crédito por las propinas, les pedimos a los miembros el personal que elijan pagar sus primas después de los impuestos, para pagar el costo de la cobertura mensual por cheque o por orden de pago, al principio de cada mes. Si las deducciones no pueden tomarse del cheque, los miembros del personal deben pagar con cheque o con orden de pago dentro de las

dos semanas de que se les haya cobrado y enviar el pago al Departamento de Prestaciones. El no cumplir con el pago de la prima por completo para la fecha límite, dará como resultado la terminación de la inscripción al Plan y limitará sus derechos a que continue su seguro a través de COBRA y que se vuelva a inscribir en el Plan.

## ¿Y si no quiero seguro de salud ahora, pero lo quiero después?

Si no solicita la cobertura, o si rechaza nuestro plan de salud en cuanto se vuelve elegible y posteriormente decide que sí quiere cobertura de seguro de salud, usted debe esperarse hasta la "Inscripción Abierta" del Plan y estará sujeto a los requisitos de elegibilidad.

> *¡La cobertura no es automática! Para inscribirse en el Plan, debe completar y presentar las formas apropiadas de inscripción para el día 15 del mes anterior a la fecha de elegibilidad. Para verificar su inscripción, revise las deducciones médicas y dentales en su cheque. Una vez que esté inscrito, recibirá las tarjetas de identificación médicas y dentales dentro de las dos semanas de su fecha en que entra en vigor. Si usted no puede verificar su participación dentro de los 30 días de ser elegible, vea a su OST inmediatamente.*

## Seguro de Vida/AD&D

Si usted está inscrito en alguno de nuestros planes médicos, usted es elegible para una póliza de Seguro de Vida "term" de una suma global, así como una póliza de Muerte Accidental y Desmembramiento (AD&D) la cual es pagada por la Compañía.

## Cuentas de Gastos Flexibles

Las Cuentas de Gastos Flexibles (Flexible Spending Accounts) (FSAs) le ayuda a reducir sus impuestos, permitiéndole apartar un dinero, previo a los impuestos, para pagar ciertos gastos de salud de los dependientes. Si usted trabaja en un puesto que no recibe crédito por propinas, puede aprovecharse de la Cuenta de Gastos de Cuidado de la Salud, Cuenta de Gastos de Cuidado de Dependientes, o ambas, dependiendo de sus necesidades.

- ♦ **Cuenta de Gastos de Cuidado de la Salud** – Usted puede contribuir con una cantidad anual pre-determinada de su cheque, anterior a los impuestos, para pagar ciertos gastos de cuidado de la salud que no estén cubiertos bajo ningún plan médico, dental o de la lista en el cual usted y sus dependientes elegibles, estén inscritos.

- ♦ **Cuidado de Dependientes** – Usted puede contribuir con una cantidad anual pre-determinada de su cheque, anterior a los impuestos, para pagar por ciertos gastos de cuidado de los dependientes para que usted (y su cónyuge, si usted es casada), pueda trabajar o buscar trabajo.

Si usted está interesado en inscribirse en una cuenta FSA, o tener más información acerca de las mismas, vea a su OST para conseguir los materiales de inscripción o contacte al Departamento de Prestaciones.

> *Si usted adquiere un dependiente (v.g. por matrimonio, tiene un hijo o lo adopta) usted debe completar una forma de "Solicitud de Inscripción y Cambio" de la compañía de seguros, dentro de los 30 días a partir de la fecha del matrimonio, nacimiento/adopción de un niño, para poder agregar un dependiente a su póliza de grupo de su seguro.*
> *Devuelva sin demora la forma completada a su OST.*

## En Caso de Terminarse su Cobertura de Seguro

Si su cobertura de seguro se termina debido a:

- ♦ Reducción de Horas (trabajar menos de las 25 horas requeridas por semana en un trimestre, basado en los períodos de pago), o

- ♦ Usted deja la Compañía,

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

usted puede ser elegible para la continuación de sus beneficios a través de COBRA si continua viviendo en un área en donde existe nuestro Plan y usted está al corriente en el pago de sus primas. Se le notificará por Terceras Partes, el Administrador de COBRA por Correo de Primera Clase, sobre su opción de continuar la cobertura y cuáles son las condiciones que deben cumplirse para asegurar que la cobertura no se interrumpa. Por lo tanto, haga favor de asegurarse de proporcionarle su información actualizada a su OST.

Sus dependientes cubiertos, los cuales pierden la cobertura degbido a un evento calificador o cambio de status, tambien pueden ser elegibles para la continuación de beneficios bajo COBRA.  Dependiendo del evento, el cual lo califique a usted o a sus dependientes para COBRA, usted puede ser elegible para continuar la cobertura por 18, 29 o 36 meses.

Usted debe pagar el costo completo de la prima mensual más el 2% de cargos de administración. Usted debe respetar la fecha límite de los requisitos para asegurar la cobertura con COBRA:

- ♦ Usted debe hacer cualquier pago de primas retroactivas a través de Conexis dentro del límite de tiempo especificado a partir de que se termine la cobertura (la cobertura se termina el último día del mes en que se le termine a usted, siempre y cuando sus primas estén al corriente)
- ♦ Usted debe solicitar la cobertura en la fecha especificada en su notificación de COBRA
- ♦ Usted debe continuar haciendo sus pagos mensuales de las primas, directamente a Conexis, el primer día de cada mes

**Los Beneficios de Seguro de Vida y AD&D no se continuan a través de COBRA.**

Si usted tiene alguna pregunta con respecto a continuar sus beneficios bajo COBRA, por favor contacte a Conexis al 877-722-2667 x3360 o visite su sitio web en www.conexis.org.

**Lo anteriormente mencionado no son documentos del Plan.  Para detalles completos sobre los beneficios ofrecidos, refiérase al Resumen de la Descripción del Plan y a su Folleto del Plan.**

## <u>Seguro de Indemnización Laboral</u>

Su estado ha puesto en vigor leyes de indemnización laboral que proveen beneficios médicos y de incapacidad para usted, en caso de que tuviera una lesión relacionada con el trabajo. Aún cuando las leyes estatales varían con respecto a la cantidad de los beneficios proporcionados, en general, sus cuentas médicas relacionadas con una lesión ocurrida en el trabajo será pagada completamente, si usted reporta su lesión a su equipo de la gerencia, dentro de un tiempo razonable y busca tratamiento como se lo indique el administrador de reclamos.

Las prestaciones de incapacidad asociadas con una lesión relacionada con el trabajo, se pagan después del período de espera definida (generalmente de 3 a 7 días). Estas prestaciones temporales de incapacidad se pagan como un porcentaje de su salalrio y propinas reportadas (si es que es aplicable). Si su médico tratante determina que usted puede regresar a trabajar ya sea con o sin restricciones, usted debe notificárselo a su gerente para coordinar su regreso al trabajo. Si usted no acepta el puesto que se le ofrezca, ya sea con o sin restricciones, podría poner en peligro sus beneficios de incapacidad.

Las prestaciones de indemnización laboral están diseñadas para proporcionarle beneficios a usted en caso de que sufra una lesión el trabajo. Debe saber que estos beneficios no cubren los daños de sus pertenencias personales. Si usted decide usar su auto para algún asunto relacionado con el trabajo y usted sufriera un accidente automovilístico, sus lesiones se considerarían bajo las prestaciones de indemnización laboral, pero los daños de su vehículo o de los vehículos de otras personas, se asumirían bajo la cobertura de su seguro de automóvil.

Si usted estuviera involucrado en una lesión relacionada con el trabajo, es su responsabilidad notificárselo inmediatamente a su supervisor o gerente. **Aún cuando usted piense que su lesión es menor, ¡repórtela!** Dependiendo de la seriedad de la lesión y sus necesidades médicas, el gerente lo podría referir con un proveedor de la salud, especialista en lesiones relacionadas con el trabajo. Si usted busca tratamiento médico de un proveedor de la salud, que no sea aprobado por la compañía, sus beneficios médicos podrían verse comprometidos. Por favor también debe saber que sus beneficios médicos o de incapacidad se podrían retrasar o negarse si usted no reporta la lesión al final de su turno.

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

Nuestra meta es mantener a los miembros del personal trabajando como equipo, aún cuando se impongan restricciones en sus táreas debido a una condición médica. Si usted está lesionado y no puede desempeñar sus táreas regulares, puede pedir regresar temporalmente al trabajo en otra capacidad con las restricciones indicadas por su médico tratante. Estas restricciones continuarán hasta que se le dé de alta para volver a trabajar a sus táreas regulares. El salario que se paga cuando se trabaja con restricciones, no debe ser menor al salalrio de su benefiio de incapacidad. Como se ha mencionado anteriormente, si usted no acepta el puesto regular o con restricciones tal y como se le ofrece, sus beneficios de incapadidad podrían ponerse en peligro.

Es imperativo que reporte a la gerencia cualquier condición que no sea segura, al equipo de la gerencia. Si usted reporta una lesión relacionada con el trabajo, su gerente le ve a hacer preguntas específicas con respecto a la causa de la lesión para que podamos enfocarnos también en la prevención de futuros accidentes. Se va a requerir que se apegue a nuestras políticas de seguridad y que utilice las medidas apropiadas de seguridad. Si pasa por alto nuestras políticas de seguridad , se podrían tomar medidas disciplinarias apropiadas.

Por encima de todo, su seguridad y salud, son lo principal. Lo que podría parecer como una lesión menor, podría necesitar atención médica profesional para prevenir lesiones en el futuro. Su equipo de la gerencia está disponible para ayudarle con cualquier lesión relacionada con el trabajo y le daremos el apoyo necesario durante su recuperacipón.

Si tiene alguna pregunta con respecto a sus prestaciones de indemnización laboral, por favor pregúntele a su gerente, a un miembro de nuestro equipo Corporativo de Servic ios por Riesgos, o revise la información sobre indemnización laboral colocada en las pancartas de su restaurante.

## Seguro de Incapacidad del Estado (Limitado para Algunos Estados)

En California, Hawaii, Rhode Island, Nueva Jersey y Nueva York, una agencia estatal puede ofrecer una prestación de continuación de salario parcial, si es que no puede trabajar por más de una semana, debido a un accidente, lesión, o enfermedad no relacionada con el trabajo (esto incluye incapacidad por embarazo). Si usted solicita el Seguro Estatal de Incapacidad, (State Disability Insurance (SDI), las prestaciones por lo general comienzan el octavo día de la incapacidad. Las prestaciones SDI no son automáticas; usted y su médico deben completar la solicitud SDI y mandarla por correo a la oficina de su agencia local del estado. Pídale a su médico una forma SDI o llame a su agencia de empleo local del estado, si necesita más información.

## Prestación de Pago de Vacaciones

Los miembros del personal de pago por hora que tengan por lo menos seis meses de servicio, son elegibles para comenzar acumulando pago de prestaciones de vacaciones. El pago de vacaciones se calcula en base a las **horas actuales trabajadas** y está basado en su salario por hora. Los miembros del personal que sean elegibles, comenzarán a acumular horas de vacaciones después de los seis meses de empleo continuo, a un promedio de aproximadamente uona semana de vacaciones durante su primer año, dos semanas de vacaciones después de dos años y tres semanas de vacaciones después de cinco años.

Una vez que usted califique para esta prestación, usted acumula horas de vacaciones solamente durante esos períodos de pago en donde usted haya trabajado por lo menos 60 horas (y hasta un máximo de 80 horas por período de paga). Una vez que se acumulan, usted no pierde las horas de vacaciones que se ha ganado. La cantidad máxima de vacaciones que se pueden acumular es de 130 horas.

Usted debe solicitar sus vacaciones por lo menos con un mes de anticipación. Las vacaciones están sujetas a aprobación por parte de sus gerentes y no pueden programarse durante los períodos 'pico' (muy ocupados), las vacaciones de Semana Santa, otros eventos del Día de la Madre, el período entre Memorial Day (día en que se recuerda a los soldados fallecidos) y Labor Day (Día del Trabajo) y el período entre el Día de Gracias y Año Nuevo. Otros períodos de vacaciones restringidas pueden agregarse a su lugar de trabajo específico.

## Días Feriados y Eventos durante el Año

Para poder acomodar a nuestros clientes, algunos de nuestros restaurantes (como en Las Vegas) pueden estar abiertos los 365 días del año. Si usted trabaja en uno de estos restaurantes, a usted se le va a programar – y se espera que usted trabaje – todos los días feriados, incluyendo el Día de Gracias y Navidad.  Por lo general estamos muy ocupados en días feriados y otros eventos especiales durante el año. Es posible que se le pueda programar para trabajar en los días feriados si el restaurante está abierto. Los días que son especialmente ocupados incluyen, el Día

de los Novios, el Día de la Madre, el Día del Padre, los días de graduación de las escuelas locales, el día después de el Día de Gracias y varias semanas cerca de las Fiestas Navideñas.

A usted se le va a pagar su cuota regular de trabajo por cualquier tiempo trabajado durante las fiestas, con excepción de el Día de Gracias y Navidad. Si su restaurante está abierto y usted trabaja el Día de Gracias y la Navidad, usted recibirá un sueldo y medio de su salario regular por trabajo realizado en esos días.

## Tomarse Tiempo para Votar

En caso de que usted no tenga suficiente tiempo afuera del trabajo para votar en sus elecciones estatales o locales, se le podría permitir que tome tiempo del trabajo para ejercer ese privilegio tan importante. Este tiempo se puede tomar al principio o al final del turno de trabajo regular.

Si usted no tiene suficiente tiempo para votar debido a su horario de trabajo, por favor notifique con anticipación a su gerente para pedirle el tiempo para hacerlo, para que se hagan los arreglos del personal necesario.

## Deber Cívico/Citatorios para Testigos

Aunque se le puede conceder tiempo para que usted cumpla con la mayoría de las jurisdicciones, The Cheesecake Factory no le continua su salario mientras usted se encuentre en deber cívico o compareciendo como testigo en algún proceso legal. Usted puede pedir usar tiempo de vacaciones acumulado y que no ha usado, si fuera aplicable, durante cualquier período de deber cívico o servicio como jurado.

## Política del Permiso de Ausencia

No tenemos días de enfermedad pagados, pero ofrecemos permisos de ausencia limitados sin goce de sueldo, (Leaves of Absences (LOAs) para los miembros del personal elegibles. Los LOAs están sujetos a aprobación dependiendo de cuál es la necesidad, el tiempo de servicio que tiene el miembro del personal y las horas por semana trabajadas, entre otros factores. Intentaremos tener un puesto disponible para el miembro del personal que regrese después de un período de ausencia LOA. Sin embargo, no podemos prometer que ese puesto va a estar disponible en cada caso.

Ciertas leyes Estatales y Federales ofrecen protección para la cantidad de LOAs, basada en varios requisitos.

Los LOAs están sujetos a aprobación por parte de la gerencia, tienen un límite de tiempo y son sin goce de sueldo. Los siguientes LOAs pueden estar disponibles: FMLA, (Permiso de Ausencia Familiar Médico), cuestiones militares, personales o de indemnización laboral.

Los miembros del personal que pidan LOAs deben hacerlo por escrito usando la <u>Forma de Petición de Permiso de Ausencia.</u> Es posible que se requiera un justificante médico para cualquier LOA médico (incluyendo atención de la familia). <u>El doctor debe indicar que usted o un miembro de su familia está incapacitado; la fecha cuando comenzó la incapacidad y el tiempo que calcula que va a ausentarse del trabajo. Para LOAs de cuidado familiar, el doctor debe indicar también que se requiere que usted esté disponible para cuidar de su dependiente debido a la seriedad de la condición médica.</u>

Su gerente de grupo de trabajo debe firmar su <u>Forma de Petición de Permiso de Ausencia (LOA)</u>, la cual debe ser enviada al departamento de Prestaciones para determinar la elegibilidad. Las peticiones de LOA deben ser presentadas a más tardar 7 días anteriores a que comience la ausencia.

La Ley Federal de Permiso de Ausencia Familiar/Médico (Family Medical Leave Act) (FMLA) ofrece hasta 12 semanas sin goce de sueldo para los miembros del personal elegibles. Los miembros del personal que son elegibles para FMLA, son aquellos que han trabajado con la Compañía por lo menos por 12 meses y hasta 1250 horas en el período de 12 meses anteriores al permiso. Los miembros del personal que son elegibles pueden tomarse hasta 12 semanas de FMLA en un período de 12 meses revolventes, si el permiso de ausencia se pide por adelantado, por escrito y acompañado por un justificante del doctor. El permiso FMLA puede tomarlo usted personalmente o para cuidar de su cónyuge, padre/madre, o hijo/hija en caso de que hubiera una condición médica seria. Las prestaciones están protegidas siempre y cuando sus primas estén pagadas y al corriente. Puede encontrar más detalles sobre el permiso FMLA en el Departamento de Prestaciones.

Prestaciones de vacaciones, cobertura de seguro y otras prestaciones que pueden afectarse por su LOA. Por favor consulte con su Departamento de Prestaciones para obtener más información.

Los miembros del personal elegibles pueden pedir un permiso personal LOA sin goce de sueldo, por año. El permiso de ausencia personal LOA está limitado a dos semanas de duración y está sujeto a aprobación por parte del gerente.

Si un miembro del personal no regresa a trabajar al final de su período aprobado de LOA, esto sería considerado como una renuncia voluntaria. Las prestaciones de vacaciones y de seguros se terminan y se ofrecería COBRA si fuera aplicable. El miembro del personal puede volver a solicitar el puesto con la Compañía. Sin embargo, no podemos garantizar que se le vuelva a contratar. Si se vuelve a contratar al miembro del personal, tendrá que volver a acumular sus prestaciones a partir de la nueva fecha de contratación.

## Prestación de Comida del Personal

Ofrecemos un platillo del menú con descuento, como una "comida del personal", a la mayoría de los miembros del personal, durante cada turno trabajado. Las comidas del personal no son transferibles y no se pueden "guardar" para más tarde. Refiérase a las clasificaciones de trabajo que se encuentran a continuación, para su prestación de comida designada. Ciertos artículos del menu no están incluidos en la prestación de comida del personal, pero se pueden ordenar si se paga el costo del platillo en su totalidad. Hay desuentos que se aplican si la comida se consume como una "comida del personal", en un área designada del personal, antes, durante o inmediatamente después de un turno y no cuando se está sentado en una mesa como cliente. Las comidas del personal no se pueden empacar Para Llevar. Sin embargo, se pueden empacar los sobrantes de su "comida del personal" para llevárselos a la casa.

Para ordenar su comida del personal, complete la boleta de comida y haga que se la firme el gerente, indicando su nivel de descuento. Todas las boletas de comida le son entregadas al cajero para que las marque en la caja y se procesan una vez que se les haya atendido a todos los clientes parados frente a la caja. Lamentablemente no podemos aceptar tarjetas de crédito, tarjetas de regalos o cheques como pago de las comidas del personal.

### Meseros, Garroteros, Cantineros, Personal de la Recepción, Panaderos y Cajeros

Pueden recibir un 50% de descuento en un plato fuerte o entremés, con excepción de los filetes y los bistaces.  Las rebanadas de cheesecake y otros postres están disponibles con un 50% de descuento si se consumen en el restaurante. A los pasteles enteros y rebanadas Para Llevar se les brinda un descuento del 20%.

### Lavaplatos, Cocineros Preparadores & Mozos

Si usted decide participar en nuestro programa de comidas del personal, le deduciremos una pequeña cantidad de su cheque por cada turno. Esto le da derecho a ordenar cualquier artículo del menú de un costo de hasta $15.95.  Debido a que son platillos considerados "especialidades", también puede ordenar nuestra Pasta Cajún Jambalaya sólo con pollo o Pollo Madeira. (Los bisteces y los filetes no cuentan con ningún descuento).  Las rebanadas de cheesecake y otros postres están disponibles con un 50% de descuento si se consumen en el restaurante. A los pasteles enteros y rebanadas para llevar se les brinda un descuento del 20%.  Los platillos de más de $15.95 no están disponibles bajo esta prestación.

### Cocineros de Línea

Los cocineros de línea pueden ordenar cualquier platillo de hasta $15.95 sin costo alguno en cada turno trabajado. Debido a que son platillos considerados "especialidades", también puede ordenar nuestra Pasta Cajún Jambalaya sólo con pollo o Pollo Madeira. (Los bisteces y filetes no cuentan con ningún descuento). Las rebanadas de cheesecake y otros postres están disponibles con un 50% de descuento si se consumen en el restaurante. A los pasteles enteros y rebanadas para llevar se les brinda un descuento del  20%.  Los platillos de arriba de $15.95 no están disponibles bajo esta prestación.

### 100% de Comidas de Turno ("Boletas Verdes")

Los gerentes pueden asignar el 100%  de comidas de cortesía "comp'ed" Comidas de Turno a miembros del personal que tienen táreas adicionales (tales como el líder del turno). El 100% de las comidas de turno, no son transferibles y no pueden regalarse ni venderse a otros miembros del personal.

Las comidas de turnos deben consumirse en el restaurante y están limitadas a un entremés o plato fuerte con las restricciones arriba indicadas (platillos de hasta $14.95 y que no sean filetes o carnes). Lo siento, no se puede guardar para después.

## Sopa y Pan



La sopa y el pan están disponibles a todos los miembros del personal, sin costo alguno, para consumo dentro del restaurante exclusivamente, durante los descansos aprobados o después de su turno. Por favor no lo empaquete para llevar.

## Las Bebidas sin Costo para Los Miembros del Personal

Durante su turno, usted puede tomar tantas bebidas como quiera siempre y cuando no las desperdicie por favor. Si usted está muy ocupado sírvase solo medio vaso. Por seguridad, no use vasos de vidrio en el área de la cocina – solo los envases cerrados aprobados por el departamento de salud.

- ◆ Café
- ◆ Té caliente o frio
- ◆ Leche
- ◆ Soda
- ◆ Gatorade ™ o bebida del personal, cuando haya disponibles

**50% de Descuento en Bebidas**
Jugo, Bebidas de Espresso, agua embotellada, Bebidas sin alcohol

## Descuentos en su Día de Descanso

Desafortunadamente, no se permiten descuentos en su día de descanso, con excepción de 20% de descuento en artículos a la venta de menudeo y postres Para Llevar.

## Venta de Menudeo (Sólo en los Restaurantes)

Los pasteles enteros, rebanadas, artículos promocionales, hogazas de pan, salsas y pintas de aderezos están disponibles en todo momento Para Llevar, con un 20% de descuento. Llene una boleta de comida del personal y haga que se la firme el gerente y pague en la caja.

## La Fundación de Caridad de Oscar y Evelyn Overton

The Cheesecake Factory heredó la tradición de excelencia de sus fundadores Oscar and Evelyn Overton, cuyos valores moldearon nuestra cultura y hasta el día de hoy continúan definiendo el carácter de nuestra Compañía. Manteniendo estos valores en mente, establecimos orgullosamente la Fundación de Caridad de The Cheesecake Factory Oscar and Evelyn Overton Charitable Foundation a nombre de ellos, el 11 de Septiembre del 2001.



Oscar and Evelyn Overton (circa 1975)

The Cheesecake Factory tiene una larga tradición de apoyo a causas meritorias, incluyendo el patrocinio de inauguraciones de fundaciones de diversas obras de caridad. Mientras nuestra Compañía sigue creciendo, buscamos un vehículo por medio del cual nuestros entusiasmados miembros del personal encausen sus esfuerzos y participen en actividades que reflejen su compasiva actitud. Creamos la Fundación de The Cheesecake Factory Oscar and Evelyn Overton Charitable Foundation para lograr una meta.

La misión de esta Fundación no es solo actuar como un medio para recaudar fondos para una obra de caridad, sino ser el catalista – inyectando la energía a nuestro creciente número de miembros del personal y trayendo la gran tradición de The Cheesecake Factory de atención a nuestros clientes y sus comunidades bajo un esfuerzo unificado. En el 2001, la Fundación organizó una recaudación de fondos con los restaurantes The Cheesecake Factory y Grand Lux Cafe para beneficio de Windows of Hope (Ventana a la Esperanza), una organización establecida para proporcionar apoyo a las familias de los empleados del restaurante que perdieron la vida en el World Trade Center. El Día de Gracias, desde el 2002, la fundación se enorgullece en ofrecer el banquete de Día de Gracias para los hombres y mujeres sin hogar, en albergues por todo el país.

La Fundación está creciendo y creando relaciones con otras organizaciones caritativas como City of Hope y el Ejército de Salvación, para poder ayudar más en los programas de asistencia y las comunidades locales. Estamos dedicados a continuar con el espíritu humanitario de sus Fundadores, Oscar y Evelyn Overton, viviendo diariamente los valores que inculcaron a nuestra Compañía.

## El Club de Diversiones

¿Piensa hacer un viaje a California y quiere visitar Disneylandia, Knott's Berry Farm, la Montaña Mágica y otros parques de diversiones? Asegúrese de consultar primero con nuestro Club de Diversiones. Su coordinador del Club de Diversiones tiene una variedad de tarjetas y pases que ofrecen descueto para usted y sus amigos cuando visiten muchos de los Parques de Diversiones en el Sur de California. Visite a su OST para obtener más información sobre el Club de Diversiones.

# SALUD, SEGURIDAD Y SANEAMIENTO

En The Cheesecake Factory, creemos que usted merece un ambiente de trabajo seguro y saludable. Tomamos nuestra seguridad muy en serio y esperamos que usted haga lo mismo. La Compañía tiene la responsabilidad de ver que usted esté capacitado en cuanto a nuestros procedimientos de seguridad. Como un miembro del personal, usted tiene la responsabilidad de seguir los lineamientos y de tomar las medidas de precaución apropiadas. Queremos que todos sigan y apoyen nuestras normas de seguridad, no solo porque son requisitos de leyes estatales y locales, así como nuestras Políticas y Procedimientos, sino también porque queremos que usted sea feliz, saludable y que no tenga ningún accidente.

Existe un **"Programa de Prevención de Lesiones y Enfermedades"** documentado en cada establecimiento de The Cheesecake Factory.  Este importante manual, describe en detalle y hace hincapié en nuestro programa de seguridad y en nuestro compromiso de proporcionar un ambiente de trabajo seguro. Debido a que pueden suceder accidentes, el **"Programa de Prevención de Lesiones y Enfermedades"** también documenta las técnicas adecuadas para la investigación de causas y con la esperanza de prevenir accidentes similares en el futuro.

Cada Cheesecake Factory tiene un "Gerente de Seguridad" que es un miembro del equipo de la gerencia. Por favor siéntase en la libertad de hablar con esta persona, quien es un miembro del equipo de la gerencia o del Departamento de la Gerencia de los Servicios de Riesgos, sobre todas las preguntas relacionadas con la seguridad o sobre cualquier cosa que le preocupe. Usted siempre tiene una línea de comunicación abierta sobre cuestiones de seguridad.

## La Seguridad en el Trabajo es Nuestra Política

Tenemos principalmente la responsabilidad de hacer que su seguridad y la de nuestros clientes sea nuestra preocupación constante. Todos se benefician cuando usted, sus compañeros de trabajo y nuestros clientes, tienen un día sin accidentes. Necesitamos que tenga los ojos y los oídos al tanto de cualquier posible problema de seguridad y que se lo comunique a su gerente de seguridad, al gerente general, a un miembro del Departamento de la Gerencia de los Servicios de Riesgos o a través de la Línea de Ayuda de Relaciones del Personal, CARELINE.

El éxito de The Cheesecake Factory depende no solo de los grandes amigos, deliciosa comida y excelente servicio, sino también de la seguridad con la que se desempeña cada trabajo. Concentre su atención en estas ideas y objetivos cuando revisemos los lineamientos de seguridad.

Su restaurante tiene un comité de seguridad el cual se reúne mensualmente para hablar sobre cuestiones de seguridad y programas actuales de seguridad. El énfasis y la meta del comité de seguridad es prevenir accidentes para reducir la frecuencia y severidad de los accidentes y las lesiones. Les exhortamos a todos los miembros del personal interesado, que asistan a las juntas del comité de seguridad. ¡Necesitamos su entusiasmo y sus ideas!

## La Seguridad es la Responsabilidad de Todos

Usted tiene responsabilidades importantes en cuanto a la seguridad. La lista a continuación es una descripción general de nuestras expectativas sobre cómo mantenerlo alerta en cuanto a nuestra seguridad:

- ◆ Conozca y respete nuestros Reglamentos de Seguridad y otros reglamentos relacionados con la seguridad.
- ◆ Reporte todas las lesiones, no importa lo menores que sean, a un miembro de su equipo de la gerencia.
- ◆ Exhorte a todos a que trabajen con seguridad.
- ◆ Apoye por completo todos los programas y comités que promuevan la seguridad y la salud.
- ◆ Participe activamente en nuestro comité de seguridad como se requiere.
- ◆ Inmediatamente reporte cualquier acto y condición carente de seguridad, a un miembro de su equipo de la gerencia o puede reportaqlo anónimamente si así lo prefiere, a nuestra Línea de Relaciones del Personal CARELINE al 800-241-5689.

## Nuestro Compromiso con la Seguridad

Su gerente es responsable por su seguridad:

- ◆ Conociendo los programas de seguridad y asegurando que se implementen de manera efectiva.
- ◆ Estando al tanto de todas las consideraciones de seguridad al introducir un nuevo proceso o procedimiento al restaurante.
- ◆ Investigando todos los accidentes o lesiones para asegurar que se reporten apropiadamente y se tomen las medidas necesarias para evitar que vuelvan a ocurrir accidentes o lesiones similares.
- ◆ Proporcionando una completa capacitación a los miembros del personal.

- ♦ Haciendo cumplir los reglamentos de seguridad, consistente y justamente.
- ♦ Viendo que todas las lesiones, no importa lo pequeñas que parezcan, sean tratadas inmediatamente y sin demora por nuestro administrador de Demandas Laborales, cuando sea pertinente.
- ♦ Inspeccionando las áreas de trabajo para detectar condiciones o prácticas laborales que no sean seguras.

## Reglamentos Generales de Seguridad

He aquí algunos de nuestros reglamentos de seguridad que se aplican a nuestros miembros del personal:

- ♦ Usar zapatos anti-derrapantes y de tacón bajo, en todo momento. Buscar zapatos con suelas anti-derrapantes. Como conveniencia y para el beneficio de nuestro personal, tenemos un programa de seguridad de zapatos. Este programa permite que los miembros del personal compren los maravillosos zapatos anti-derrapantes *Shoes For Crews*, de nuestra compañía, los cuales recomendamos ampliamente, a cuotas con descuento con una deducción de la nómina de una sóla vez.  (No es obligatorio comprar los zapatos de *Shoes For Crews*.  Usted puede usar zapatos de cualquier marca siempre y cuando sean antiderrapantes y se indique en el zapato o en la caja de los mismos.)
- ♦ Reporte todas las lesiones o accidentes relacionadas con el trabajo a un miembro de la gerencia, no importa lo pequeña que parezca. Una lesión por pequeña que parezca, puede desarrollarse en algo más serio si no se trata adecuadamente.
- ♦ No opere ninguna máquina, ni use ningún equipo (v.g., rebanador de cocina, Bermixer, cuchillo del chef) si no está familiarizado con ese equipo y con los procedimientos de seguridad necesarios para operarlo con seguridad.
- ♦ Empuje, no jale los objetos pesados. Pida ayuda para levantar, acarrear o mover artículos que pesen más de 40 libras.
- ♦ Use diablitos para mover envases y cajas pesadas y voluminosas.
- ♦ Nunca limpie, ajuste, ni repare ninguna maquinaria hasta que esté apagada y desconectada.
- ♦ Inmediatamente reporte al gerente cualquier defecto de la maquinaria, herramientas y equipo.
- ♦ No deje en el piso herramientas, cajas u otros objetos que puedan causar que alguien se tropiece y se caiga.
- ♦ No bloquee las salidas, puertas de emergencia, pasillos, extinguidores, medidores de gas, tableros eléctricos o pasos de tráfico de gente.
- ♦ Evite el riesgo de sufrir desgarres, lesiones internas o de la espalda intentando levantar o empujar cargas pesadas. Si algún objeto es muy pesado para moverlo sin lastimarse, pida ayuda.
- ♦ Al moverse por un área donde haya mucha gente, diga "Atrás" o "A la izquierda," para avisarle a la gente que usted está pasando.
- ♦ Si usted tira o derrama algo en el piso, o ve algo derramado, no lo deje para que alguien lo recoja o lo limpie. Si usted no puede limpiarlo inmediatamente, párese sobre el derrame y pídale a alguien que le traiga una toalla o trapeador.
- ♦ No distraiga a los demás cuando se encuentren trabajando. Cuando se acerque a alguien que esté usando un cuchillo o trabajando alrededor de maquinaria o equipo de cocinar, hágalo de frente o de lado para que lo vean acercarse y no se sorprendan. Asegúrese de decirles "Atrás de usted" o "A su derecha."
- ♦ Siempre use una escalera o banco de escalones para treparse. Nunca use una silla, estante, caja, cartón de leche, mostrador u otro sustituto.
- ♦ No deje abiertos los cajones o los gabinetes.
- ♦ Está absolutamente prohibido correr, pelearse, jugar rudo, o cualquier actividad que pueda causar una lesión.
- ♦ Prisa innecesaria o excesiva es la causa de muchos accidentes. Sea precavido en todo momento. ¡Camine, no corra!

## Seguridad del Restaurante

He aquí algunas reglas adicionales:

- ♦ Siempre lleve consigo una toalla para manejar los platos calientes y/o para limpiar y/o marcar algún derrame peligroso en el piso.
- ♦ Use técnicas apropiadas para rebanar el pan: sostenga la hogaza de pan en su lugar con las puntas de los dedos hacia abajo ("el método de garras") al rebanar la hogaza.
- ♦ Al terminar, asegúrese de guardar los cuchillos en el lugar apropiado. No los deje en los mostradores, fregaderos o sueltos en los estantes altos.
- ♦ Al servir comida caliente, use la técnica apropiada para cargar platos. Nunca cargue más de dos platos grandes o dos platos hondos de pasta a la vez. Use sus antebrazos para apoyar el peso de la vajilla, no sus muñecas.

- No sobrecargue las tinas de servicio ni las charolas. No amontone las tinas de servicio a los lados, en un esfuerzo de cargarlas con más platos.
- No intente cargar un altero de platos o estantes de cristalería que sea más alto que la distancia de la punta de sus dedos a su codo.
- Tenga mucho cuidado al trabajar con platos calientes o alrededor de ellos, comida caliente, superficies calientes o cuchillos filosos.
- Si usted trabaja con un cuchillo, picadora o rebanadora, necesita usar un guante de cortar al usar o limpiar este equipo.
- Para requisitos y procedimientos adicionales de seguridad, haga favor de consultar con su gerente de seguridad.
- Revise regularmente su Guía de Desarrollo de su grupo de trabajo específico, para procedimientos y lineamientos adicionales que sean aplicables a su trabajo.

## Cómo levantar un objeto:

1. Párese con sus pies ligeramente separados.
2. Póngase en cuclillas con las rodillas dobladas y la barbilla hacia abajo.
3. Incline la cabeza hacia delante, agarre la carga con las dos manos y gradualmente empújese hacia arriba con sus piernas.
4. Mantenga la carga cerca de su cuerpo.
5. Mantenga su espalda recta y evite hacer movimientos bruscos.

## Seguridad del Cliente

Reporte inmediatamente al gerente cualquier lesión o accidente que tenga que ver con un cliente. Sie mpre diríjase al cliente primero, discúlpese y vaya por el gerente inmediatamente. No asuma que el cliente lo va a reportar. Lo que más le preocupa a la gerencia es que el cliente sea tratado apropiadamente y obtenga el trato apropiado lo más pronto posible.

Esté alerta de cualquier posible problema o situación y repórtelo inmediatamente al gerente. Estas situaciones pueden incluir, gente sospechosa que esté vagando por el restaurante. Clientes con mala actitud, vociferantes o groseros con otros clientes. **Nunca sea grosero con un cliente. Traiga al gerente para que se encargue de la situación.**

**\*\* Nunca le dé aspirina, ni ningún otro medicamento a un cliente. \*\***

## Comunicación de Materiales Peligrosos

Usamos una variedad de soluciones de limpieza que son clasificados como "químicos" por la Administración Ocupacional de Seguridad y Salud (Occupational Safety and Health Administration (OSHA). Muchas de éstas son comunes y corrientes. Substancias que se encuentran en su propia casa parecidas al Ajax™, Windex™ y 409™. OSHA requiere que le informemos sobre el uso de los químicos en el trabajo, en caso de que usted padezca de alergias o pueda tener una reacción adversa al estar expuesto a estas substancias.

Si usted quiere más información para saber sobre los diferentes químicos que usamos, por favor contacte a su Departamento Corporativo de Servicios de Riesgos. Los fabricantes nos proporcionan Hojas de Seguridad sobre Información de Materiales las cuales explican las propiedades de estas diferentes substancias y se encuentran expuestas en su restaurante, para que las pueda revisar.

## En Caso de Emergencia

Aún cuando muchos de nuestros teléfonos no tienen acceso al exterior, sí tienen la capacidad de marcar el 911. Usted debe oprimir el botón del símbolo de número (#) y después marcar el 911. Si ocurriera algún accidente o incidente de vida o muerte, avísele al gerente, quien llamará al 911.

## Medidas Disciplinarias

Cada miembro del personal debe estar completamente familiarizado con nuestros reglamentos de seguridad. El no cumplir con los reglamentos y procedimientos de seguridad puede dar como resultado una acción disciplinaria la cual puede llevar al despido (ver "Proceso de Consejería" en este Manual).

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

## Nuestra Comunicación Audio/Visual y Sistema de Capacitación

Es posible que se utilice un sistema de comunicación interactivo audio/visual en nuestros restaurantes, por lo general en el área del bar y en la oficina. Este sistema tiene tanta capacidad de audio como de video y permite la comunicación entre nuestros Restaurantes y el Centro de Apoyo Corporativo. Este sistema se usa para juntas programadas con anticipación para instrucción interactiva exclusivamente.

Solo la gerencia puede activar este sistema para tales propósitos. Cualquier uso de este sistema, sin autorización está expresamente prohibido y dará como resultado una acción disciplinaria la cual puede llevar al despido.

## Cuestiones de Seguros

Por favor ponga atención al hecho de que nuestra responsabilidad financiera y cobertura de seguro de automóvil no proporciona cobertura por pérdidas o daños a su propiedad/pertenencias, cuando se encuentre en establecimientos de la Compañía, mientras se encuentre trabajando o llevando a cabo negocios de la Compañía. Es especialmente importante que tenga esto en mente en caso de que se le pida – u ofrezca – hacer un mandado a nombre de The Cheesecake Factory.

En caso de que tuviera la desgracia de sufrir un accidente mientras está llevando a cabo negocios de la compañía, debe presentar un reclamo/demanda con su propia compañía de seguros para cubrir los daños de su vehículo o de los otros vehículos involucrados. Nuestra cobertura de autos de responsabilidad financiera no brinda cobertura a vehículos que no son propiedad de la Compañía, o rentados por la Compañía. Sin embargo, cualquier daño corporal que sufriera, podría estar cubierto por el seguro de Indemnización Laboral de la Compañía.

Usted no está bajo ninguna obligación de usar su propio vehículo para realizar algún servicio para The Cheesecake Factory. Si se le pide que lo haga, y lo rechaza por alguna razón, por favor dígaselo a su gerente. Solo conductores con licencia y que tengan personalmente el seguro del auto, pueden usar un vehículo mientras estén llevando a cabo negocios de la compañía.

Su participación en cualquier lugar lejos de su establecimiento, en horas no hábiles, un día de campo fuera de servicio o una actividad de grupo de miembros del personal, es voluntaria y no considerado un evento obligatorio de la compañía.

Como tal, no se le pagará por el tiempo que pase en una actividad recreativa (como un día de campo o un evento fuera de su lugar de trabajo) y su participación no es parte de su día laboral. Debido a que estos eventos son voluntarios, nuestra cobertura de Indemnización Laboral no se aplica a ninguna lesión o enfermedad que surja por su participación voluntaria.

 ## Fumar

Está prohibido fumar en cualquier momento en las áreas de producción de comida, en el comedor, en los baños púbicos, los cuartos de almacenamiento, atrás del bar o en cualquier lugar del restaurante a la vista de los clientes. Además, cumplimos con las leyes aplicables estatales y locales que limitan o prohiben fumar en el trabajo.

Si usted fuma durante su descanso aprobado, debe lavarse las manos antes de regresar a trabajar. Pedimos que los miembros del personal que tienen contacto con los clientes, tomen medidas adicionales después de fumar, para impedir el mal olor del fumador, u olores en la ropa o aliento, antes de regresar al piso de trabajo.

## Cuestiones de Seguridad

Desafortunadamente, las grandes cantidades de inventario y efectivo en nuestros establecimientos nos hacen un blanco para robo. Por su propia protección, por favor no traiga grandes cantidades de efectivo, joyería o artículos de valor al trabajo. Si usted trae un cambio de ropa u otros artículos al trabajo, muchos de nuestros restaurantes tienen "lockers" para su usomientras que usted esta trabajando. Por favor de traer su propio candado y quitarlo cuando termine su turno de trabajo. Nosotros no podemos guardar carteras, bolsas o cualquier otro articulo en la oficina. Lo sentimos, pero no podemos ser responsables por artículos personales que puedan perderse mientras se encuentre en nuestro establecimiento. Nos reservamos el derecho de inspeccionar o revisar paquetes, portafolios, bolsas de

mano y de compras que sean traídas a nuestros establecimientos, así como los casilleros, escritorios, pertenencias, sistemas de información, áreas de trabajo y vehículos estacionados en la propiedad.

Por favor use el área de acceso al personal para entrar y salir del establecimiento en todo momento.

En muchas áreas de nuestros restaurantes y en áreas comunes que compartimos con centros comerciales y otros edificios, es posible que se usen cámaras de seguridad. Estas cámaras están diseñadas para ofrecer protección a nuestro personal y al restaurante. A veces se utilizan para detectar actividades ilegales o prohibidas. Ciertas áreas públicas como las puertas, las áreas de recibo de embarques y otras áreas del restaurante, podrían tener cámaras de seguridad escondidas o a la vista.

Para proteger a nuestro personal, a nuestros clientes y a la Compañía, la Compañía prohibe el uso de teléfonos celulares, Asistentes Personales Digitales (Personal Digital Assistants) (PDAs) y otros artículos electrónicos para tomar fotos. Tomar fotografías sin autorización, podría resultar en una acción disciplinaria la cual podría llevar al despido.

## Su Seguridad Personal

Nuestra meta es mantener el lugar de trabajo seguro, para todos los miembros del personal. Tenemos una política de "cero tolerancia" con respecto a amenazas de actos de violencia o posesión de armas en la propiedad de la Compañía o mientras se encuentre en el trabajo. Además de la sección de este manual, queremos que esté alerta de las medidas de seguridad y que las practique:

- ♦  Nunca camine sólo a su carro de noche.
- ♦  Siempre infórmele a su gerente si usted está en peligro o llame al 911.
- ♦  Inmediatamente alerte al gerente si usted es víctima de cualquie r tipo de amenaza de violencia, o siente que un cliente, vendedor u otro miembro del personal es amenzado o en peligro mientras se encuentre en la propiedad de la Compañía. Además, también puede reportar su queja o preocupación a la Línea de Relaciones del Personal CARELINE al 800-241-5689.
- ♦  Alerte al gerente o llame al 911 si pareciera que pudiera suceder un altercado.

Cualquier violencia que se perciba por parte de un compañero de trabajo, cliente o vendedor, debe ser reportada inmediatamente a la gerencia. Ningún miembro de la gerencia debe estar sujeto a represalias como resultado de haber reportado en buena fé, cualquier amenaza real o la posiblidad de que algo pudiera ocurrir.

## Salud y Saneamiento

Le pedimos que ayude a mantener su establecimiebnto limpio, atractivo y en condiciones saludables. Esto incluye, recoger basura, limpiar si algo se derrama o se rompe, revisar que los baños tengan suministros y que estén limpios y alertar a la gerencia de cualquier condición insanitaria.

- ♦  Asegúrese de lavarse las manos con agua tibia y jabón después de comer, fumar, ir al baño, cepillarse el cabello o desempeñar táreas de limpieza.
- ♦  No se toque el cabello, cara, nariz o boca mientras se encuentre manejando y sirviendo alimentos o bebidas.
- ♦  Al manejar vasos y platos, asegúrese de no tocar las bebidas o los alimentos.
- ♦  No acerque los dedos a la orilla de los vasos o del lado donde los cubiertos entran en contacto con los alimentos.
- ♦  Nunca es apropiado que un miembro del personal se coma las sobras que queden en los platos. No es sanitario ni saludable para el personal ni para nuestros clientes.
- ♦  Los miembros del personal no pueden masticar chicle al trabajar.
- ♦  Los miembros del personal que trabajan en la cocina, no pueden usar uñas de acrílico.

## "Las Cuatro" Enfermedades y Métodos de Prevenirlas

Los miembros del personal que trabajan con alimentos, deben notificar al gerente si es que padecen alguno de los siguientes síntomas para que el gerente tome las medidas apropiadas para prevenir la transmisión de una posible enfermedad causada por alimentos.

| Enfermedades Causadas por Alimentos | Síntomas | Métodos de Transmisión | Medidas Preventivas |
|---|---|---|---|
| **Salmonela (sal ma nella)** | Diarrea<br>Fiebre<br>Cólicos abdominales<br>Vómito | Alimentos que no están bien cocidos o que se manejan a malas temperaturas. | **Lavado de manos con agua caliente y jabón:**<br>▪ Antes de preparar los alimentos<br>▪ Después de tocar las partes del cuerpo desnudas/expuestas<br>▪ Después de usar el baño<br>▪ Después de tocer y estornudar (use un pañuelo de tela o deshechable)<br>▪ Después de limpiarse la nariz (use un pañuelo deshechable).<br>▪ Después de fumar, comer o beber<br>▪ Cada ½ hora como práctica regular |
| **Shigella (Sh gella)** | Cólicos abdominales<br>Fiebre<br>Diarrea<br>Excremento con sangre o moco | La contaminación de estos alimentos es por transmisión fecal-oral. | |
| **Escherichia coli O157:H7 (E. coli)** | Diarrea severa (con sangre)<br>Dolor abdominal<br>Vómito<br>Poca fiebre o ninguna<br>Común en niños <4 años | Se encuentra en el tracto intestinal de ganado y de humanos. Principalmente debido a alimentos que no están bien cocidos. | |
| **Hepatitis A (Hep a ty tis)** | Diarrea<br>Orina oscura<br>Ictericia<br>Síntomas de influenza | Esta es una trasmisión fecal-oral; meterse algo en la boca que ha estado contaminado con el excremento de una persona con Hepatitis A. | **Higiene Personal**<br>▪ Baño corporal<br>▪ Uñas limpias<br>▪ Cabello limpio<br>▪ Ropa limpia |
| **Otras Enfermedades/Condiciones** | | | |
| **Cortadas y heridas expuestas** | | | ▪ Cubertas con vendas<br>▪ Cubrir con vendas y guantes de latex si la cortada está en la mano.<br>▪ Buscar atención médica si se presenta una infección. |
| **Tos y estornudos persistentes<br>Moqueo en la nariz<br>Garganta irritada o fiebre** | | | ▪ Taparse la boca y la nariz al estornudar o toser.<br>▪ Buscar atención médica.<br>▪ Quedarse en casa si se encuentra contagioso o a riesgo de contaminar los alimentos o las superficies con los mismos. |

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

# THE CHEESECAKE FACTORY INCORPORATED

# RESUMEN DE LA INFORMACION DEL PLAN (DE SPD)

## Información ERISA

La información proporcionada a continuación es de acuerdo con la Ley de Seguridad de Ingresos por la Jubilación del Empleado de 1974 (Employee Retirement Income Security Act of 1974 (ERISA).

## Sección de Eligibilidad

Referirse a la sección de Eligibilidad en este Manual para cada tipo de cobertura en particular. Los requisitos de elegibilidad pueden variar por diferentes tipos de cobertura.

## Limitaciones de Condiciones Pre-existentes y Períodos Especiales de Inscripción

Ley federal de Responsabilidad y Portabilidad de Seguro de Salud de 1996 conocida como "HIPAA" (Health Insurance Portability and Accountability Act of 1996,  "HIPAA") limita las circunstancias bajo las cuales cada grupo de salud puede excluir la cobertura médica por condiciones médicas presentes antes de que un individuo se inscriba. Como el plan es regido por HIPAA, se aplican las siguientes reglas (Las Limitaciones de Condiciones Pre-existentes, no se aplican a los HMOs).

1. "Derechos Especiales de Inscripción" Si usted no se inscribe para recibir cobertura cuando recién se vuelve elegible, pero más adelante decide inscribirse, usted no va a poder hacerlo hasta que cumpla con uno de los siguientes criterios para los "Derechos Especiales de Inscripción".
2. Si usted rechaza la inscripción para usted y sus dependientes, (incluyendo su esposa) debido a que tenga otro seguro de salud, usted y sus dependientes podrían ser elegibles en el futuro para inscribirse en este plan, siempre y cuando usted pida la inscripción dentro de los 31 días después de que se termine su cobertura. Esta regla especial se aplica si usted y sus dependientes pierden la otra cobertura debido a la terminación del empleo, cambio en el status de empleo, terminación de alguna otra cobertura, suspensión de la compañía de contribuir con su porción hacia la cobertura, por haberse agotado la cobertura de COBRA, por muerte del cónyugue o divorcio.
3. Si usted pierde su otra cobertura pero no pide la reinscripción en este plan dentro de los siguientes 30 días, no se le permitirá que se inscriba en el plan hasta la siguiente fecha de Inscripción Abierta.
4. Si usted tiene un nuevo dependiente como resultado de un matrimonio, nacimiento, adopción o dar en adopción, usted podría ser elegible para inscribirse a usted y a sus dependientes siempre y cuando usted pida su reinscripción 30 días después del matrimonio, nacimiento, adopción o dar en adopción. Si usted es elegible para cobertura pero no está inscrito, no puede inscribir a sus hijos.
5. Si un tribunal de jurisdicción competente ordena la cobertura de un cónyuge o un hijo menor de edad, ese individuo puede inscribirse a la mitad del año, si la solicitud de inscripción se hace dentro de los 30 días en que el juez dicta la orden.
6. Si usted cumple con los requisitos de elegibilidad durante el período de inscripción abierta del plan y usted completa y presenta las formas de inscripción requeridas para antes de la fecha límite designada.

## Beneficios Durante Permiso de Ausencia Familiar y Médico o Permiso de Ausencia por Incapacidad por Embarazo

Si usted está con un permiso de ausencia aprobado por The Cheesecake Factory y su ausencia está protegida bajo la ley federal de Permiso de Ausencia Familiar y Médico (Family and Medical Leave Act (FMLA), la ley de los Derechos de California, (California Family Rights Act (CFRA) y/o las leyes de Incapacidad por Embarazo en California (California Pregnancy Disability Leave laws (PDL) para los empleados de California solamente, usted puede continuar con sus beneficios médicos, dentales, de vida y de Muerte Accidental y Desmembramiento, durante tal ausencia. La ley federal FMLA ofrece hasta 12 semanas  de ausencia sin goce de sueldo para miembros del personal quienes hayan trabajado en la compañía por lo menos 12 meses consecutivos retroactivos desde el principio de la ausencia y hayan trabajado por lo menos 1250 horas en un período de 12 meses. Los miembros del personal elegibles pueden tomarse hasta 12 semanas de un período de ausencia FMLA en un período envolvente de 12 meses, si la ausencia se pide por adelantado, por escrito y acompañado por un justificante del doctor. Contacte al Departamento de Prestaciones para obtener detalles sobre la elegibilidad y los términos y condiciones de un permiso de ausencia aprobado, o información sobre las leyes de permiso de ausencia en otros estados.

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

Mientras un miembro del personal se encuentre en un período de ausencia FMLA, tiene la responsabilidad de remitir a The Cheesecake Factory Incorporated su parte de la prima, mensualmente. The Cheesecake Factory Incorporated continuará pagando la parte de la prima que le corresponde a la Compañía (por cobertura individual y de dependientes) hasta un máximo de 12 semanas dentro de un período de 12 meses. Sin embargo, si FMLA continua por más de 12 semanas, el miembro del personal debe elegir y pagar COBRA para continuar con su cobertura dental y médica. Las prestaciones que no se continúen durante el permiso de ausencia FMLA, serán repuestos, sin ningún período de espera ni limitación de condición pre-existente, en cuanto el miembro del personal regrese de su ausencia FMLA.

Durante cualquier período de ausencia PDL o CFRA que corra al mismo tiempo que la ausencia FMLA, se aplican las reglas anteriormente indicadas en cuanto a la continuación de beneficios. Durante la ausencia PDL o CFRA (u otro permiso de ausencia de otro estado) que no corra al mismo tiempo que el permiso FMLA, se podría alterar la continuación de inscripción en nuestros Planes de Beneficios de Salud y Beneficencia. Por favor consulte con el departamento de prestaciones con respecto a cualquier ley pertinente a los beneficios mientras se encuentra en un Permiso de Ausencia aprobado.

Contacte al Departamento de Prestaciones para obtener información adicional sobre la política de permiso de ausencia familiar/médica o por incapacidad por embarazo, o si quiere pedir un permiso bajo estos estatutos.

## Continuación de Prestaciones Durante el Servicio Militar

Si usted entra en servicio activo en las fuerzas armadas de los Estados Unidos, usted dejará de estar cubierto bajo los planes de Prestaciones de Salud y Beneficencia al final del mes en que usted entre en servicio militar activo. Sin embargo, usted tiene los siguientes derechos para continuar la cobertura:

1. Si su período de ausencia por servicio militar es de menos de 31 días, usted tiene el derecho de continuar con la cobertura médica y dental para usted y sus dependientes que estén cubiertos por el plan, por hasta 31 días, a un costo que no es mayor al de un empleado activo.
2. Si el período de ausencia por servicio militar es de más de 31 días, usted tiene el derecho de elegir COBRA para continuar su cobertura para usted y para sus dependientes que estaban cubiertos por el plan por hasta 24 meses.

## Continuación de Derechos por COBRA

COBRA es una ley federal que permite a los participantes del plan que continúen su cobertura médica y dental bajo ciertas circunstancias específicas por lo que de otra manera dicha cobertura de grupo se perdería. Para continuar la cobertura, usted y sus dependientes cubiertos deben solicitar la continuación de cobertura y pagar la prima requerida antes de la fecha límite para pago. La cobertura de COBRA puede extenderse por 18, 29 o 36 meses, dependiendo del evento calificador en particular, que dé lugar a COBRA.

## Provisiones de Tiempo Mínimo de Ausencia por Maternidad

La Ley de Protección de la Salud de Las Madres y Los Recién Nacidos, generalmente prohibe planes de seguros de salud de grupo y representantes de compañías de seguros de salud que ofrezcan cobertura:

1. Restringiendo los beneficios para una estancia en el hospital relacionada con el parto y nacimiento de un recién nacido a menos de 48 horas de un parto normal o menos de 96 horas después de una cesárea, o
2. Requiriendo que un proveedor obtenga autorización del plan o del representante de la compañía de seguros para prescribir una estancia que no exceda los períodos anteriores.

Sin embargo la ley federal generalmente no prohibe que el proveedor que atiende a la madre, o al recién nacido, después de consultar la madre, dé de alta a la madre o al recién nacido antes de las 48 horas (o 96 si es aplicable). De cualquier manera, los planes y el personal que los brinda, no necesariamente necesita que un proveedor obtenga autorización del plan o del representante para permitir la estancia que no exceda las 48 horas (o 96 horas).

## Ordenes Médicas Calificadas para la Manutención de Menores (Qualified Medical Child Support Orders (QMCSOS)

Una Orden Médica Calificada para la Manutención de Menores (A Qualified Medical Child Support Order (QMCSO) puede requerir cobertura médica para el hijo/a del miembro del personal que de otra manera no estaría cubierto. Una QMCSO es una orden de un juez estatal o agencia administrativa la cual requiere que el plan médico del patrón proporcione beneficios al hijo/a de un miembro del personal.

QMCSOs por lo general se aplican a los hijos de padres divorciados o cuando es un hijo natural. Cuando la Compañía, como Patrocinador del Plan, recibe una QMCSO, el miembro del personal y el hijo serán notificados que se ha recibido la orden y cuáles son los procedimientos que vamos a seguir para determinar si la orden es "calificada." Si determinamos que la orden ha sido "calificada," el miembro del personal y su dependiente quedarán automáticamente inscritos en nuestros planes Médicos y Dentales de acuerdo con QMCSO.  Comenzaremos las deducciones del cheque del miembro del personal con la cantidad necesaria para pagar tal cobertura. El miembro del personal afectado debe recibir una notificación inicial de COBRA, tarjetas de identificación del proveedor médico/hospital y comenzarán a hacerse las deducciones de sus cheques como verificación de que se ha calificado el QMCSO.

## La Ley de los Derechos de las Mujeres de 1998 con Respecto a su Salud y el Cancer

BAJO LAS LEYES FEDERALES, LOS PLANES DE SALUD DE GRUPO Y LOS PROVEEDORES DE LAS COMPAÑÍAS DE SEGUROS QUE PROPORCIONAN BENEFICIOS POR MASTECTOMIA, TAMBIÉN DEBEN PROPORCIONAR COBERTURA, CON RELACIÓN A LA MASTECTOMIA POR LA CUAL EL/LA PARTICIPANTE O BENEFICIARIO ESTE RECIBIENDO BENEFICIOS, COBERTURA PARA:

- ♦ Reconstrucción del seno cuando se ha llevado a cabo la mastectomía
- ♦ Cirugía y reconstrucción del otro seno para producir una apariencia simétrica
- ♦ Complicaciones físicas y por prótesis de una mastectomía incuyendo linfedemas; determinadas en una consulta entre el médico tratante y el paciente.

Estos beneficios están sujetos a deducibles anuales y provisiones de co-seguros que sean apropiados y consistentes con otros beneficios bajo su plan o cobertura.

## Declaración de los Derechos ERISA

Como un participante del Plan de Seguro de Grupo de The Cheesecake Factory Incorporated usted tiene derecho a ciertos derechos y protecciones bajo la Ley de Seguridad de ingreso de Jubilación del Empleado de 1974 (Employee Retirement Income Security Act of 1974) (ERISA).  ERISA establece que todos los participantes del plan tienen derecho a:

1. Examinar, sin costo alguno, todos los documentos del plan, incluyendo seguros de contratos, acuerdos de negociación colectiva y copias de todos los documentos registrados por el plan en el Departamento de Labor de los Estados Unidos. Así como reportes anuales detallados y plan de recetas médicas.

2. Obtener copias de todos los documentos del plan y más información del plan cuando se haya hecho la petición por escrito al Administrador del Plan. El administrador puede imponer un cargo razonable por las copias.

3. Recibir un resumen del reporte financiero anual del plan. Se requiere por ley que el Administrador del Plan proporcione a cada participante una copia del Resumen del Reporte Anual.

Además de crear los derechos para los participantes del plan, ERISA impone deberes a la gente responsable por la operación del plan de las prestaciones del empleado. El personal que opera su plan, llamados "fiduciarios" del plan, tienen el deber de manejar su plan prudentemente y por su conveniencia (de usted) y de los otros participantes y beneficiarios. Nadie, incluyendo su patrón, su sindicato o cualquier otra persona, puede despedirlo, ni discriminar en su contra, ni prevenir que usted obtenga una pensión o prestación por beneficencia o que ejerza sus derechos bajo

ERISA. Si usted entabla una demanda/reclamo por pensión o prestación de beneficencia y es negada en parte o en su totalidad, usted debe recibir una explicación por escrito de la razón de dicha negativa. Usted tiene el derecho de que el Administrador del Plan/Compañía de Seguros, reconsidere tal reclamo/demanda.

Bajo ERISA, usted puede tomar ciertos pasos para hacer que se cumplan los derechos arriba mencionados. Por ejemplo, si su petición de materiales del plan no los recibe dentro de 30 días, usted puede entablar una demanda en el Tribunal Federal. En tal caso, el tribunal podría requerir que el Administrador del Plan proporcione los materiales y le pague a usted hasta $110 por día, hasta que reciba los materiales, a menos que los materiales no le hayan sido enviados por razones más allá del control del administrador.

Si usted tiene una demanda/reclamo debido a que le hayan sido negadas o ignoradas las prestaciones en parte o en su totalidad, usted puede entablar una demanda en un tribunal Estatal o Federal. Si ocurriera que lof fiduciarios del plan usaron erróneamente el dinero del plan o si se le está discriminando a usted por ejercer sus derechos, usted puede buscar ayuda del la ayuda del departamento de Labor de los Estados Unidos o puede entablar una demanda en un tribunal Federal. El juez decidirá quién debe pagar los costos legales y del tribunal. Si usted tiene éxito, el juez puede ordenar que la persona a quien ha demandado, pague estos costos.

Si usted pierde, el juez podría ordenarle que pague estos costos y cuotas; por ejemplo, si encuentra que su demanda es frívola. Si tiene usted alguna pregunta acerca de su plan, usted debe contactar al Administrador del Plan. Si usted tiene alguna pregunta acerca de esta declaración o acerca de los derechos bajo ERISA, debe contactar a la oficina más cercana de la Administración de Prestaciones de Beneficencia y Jubilación, al Departamento de Labor de los Estados Unidos, U.S. Labor Department, 200 Constitution Avenue N.W., Washington, D.C. 20210.

## Resumen de la Información del Plan

**Nombre del Plan**:
Planes de Prestaciones de Salud y Beneficencia de The Cheesecake Factory Incorporated

**Patrocinador del Plan  y Administrador del Plan:**
The Cheesecake Factory Incorporated
Director de Compensación y Prestaciones
26950 Agoura Road
Calabasas Hills, CA  91301
(818) 871-3000

**Agente del Servicio de Proceso Legal:**
The Cheesecake Factory Incorporated
Director of Compensation and Benefits
26950 Agoura Road
Calabasas Hills, CA  91301
(818) 871-3000

**Número de Identificación de la Compañía:**
51-0340466

**Número del Plan:**
501

**Tipo del Plan:**
Prestaciones proporcionadas bajo el Plan, incluyen servicios médicos, dentales, de vida, de muerte accidental y desmembramiento e incapacidad a largo plazo:
Diciembre 31

**Tipo de Administración:**
Administración del Contrato para el auto-asegurado y los beneficios dentales PPO Administración del Asegurador por gastos dentales, de vida, de muerte accidental y desmembramiento e incapacidad a largo plazo, pre -pagados.

**Compañía de Seguro de Salud:**
El Médico y PPO dental son auto asegurados. United Healthcare (UHC) es el administrador de demandas de terceras partes, pero las prestaciones son pagadas de las ganancias generales de The Cheesecake Factory's.  Las prestaciones dentales pre-pagadas están garantizadas por el contrato del seguro extendido por Aetna.

**Contribuciones al Plan:**
La Compañía y el empleado proporcionan las contribuciones necesarias para fundar el plan.

La Compañía fija la contribución del empleado cada año y se lo comunica a los empleados antes de la inscripción abierta durante cada año del Plan. Cualquier crédito o reembolso que reciba la Compañía bajo el Acuerdo de Desempeño, Acuerdo de Servicios Administrativos o Contrato de Alto a las Pérdidas  (Stop-Loss) se aplica exclusivamente al desembolso de la Compañía. Cualquier crédito o reembolso se debe aplicar primero al reembolso de la Compañía por sus contribuciones, a menos que sea proporcionado en los documentos del Plan o requeridos por las leyes aplicables.

**Eligibilidad para Participación en el Plan:**
Los requisitos de elegibilidad para la participación del plan están delineados en su Certificado o Folleto del Plan – por lo general en la sección titulada Eligibilidad.

**Pérdida de Prestaciones:**
Las circunstancias bajo las cuales usted puede quedar descalificado del plan, no ser elegible para las prestaciones o que las prestaciones le sean negadas/canceladas/suspendidas o delineadas en el folleto específico del plan y en su Manual del Miembro del Personal.

**Procedimiento para Enmendar el Plan:**
La Compañía puede enmendar el Plan de vez en cuando por medio de un documento por escrito, firmado por el Administrador del Plan.

**Procedimiento de Reclamos/Demandas:**
Los procedimientos de reclamos/demandas varían para cada tipo de prestación. Ver cada folleto específico. Para la cobertura médica de los auto-asegurados, usted puede obtener formas de reclamo/demanda del Departamento de Prestaciones o de el sitio Web en el www.myuhc.com. Para otras prestaciones de los asegurados, usted puede obtener formas de reclamo/demanda del Departamento de Prestaciones y cada compañía de seguros para su área de cobertura en particular del asegurado tomará la determinación de iniciar las demandas y de escuchar las apelaciones de tales demandas.

Si su reclamo médico previo al servicio es negado en su totalidad o en parte, a usted se le dará la razón de la negativa por escrito dentro de los 15 días después de que UHC haya recibido el reclamo, dentro de 30 días de algún reclamo post-operativo o 72 horas por un reclamo médico urgente. Usted tiene 180 días después de que reciba la notificación de que su reclamo ha sido negado para apelación.

Para los reclamos de seguro de salud, usted va a necesitar contactar a UHC o a los Servicios de los Miembros de Aetna para obtener la dirección de donde debe mandar la apelación por escrito, ya que esa dirección difiere dependiendo de dónde viva usted.

Si su apelación por escrito de un reclamo médico o PPO dental le es negado, usted podría escribir una apelación adicional al Administrador del Plan. Esta petición debe ser presentada dentro de los 60 días de que UHC le haya negado su apelación por escrito. Esta apelación al Administrador del Plan debe tener una copia de su apelación, el original de la negativa y una Declaración de UHC de la Explicación de los Beneficios (Explanation of Benefit). Estos documentos deben ser enviados a:

The Cheesecake Factory Incorporated
Director of Compensation and Benefits
26950 Agoura Road
Calabasas Hills, CA  91301

El Administrador del Plan debe tomar la decisión final sobre la negativa del reclamo médico y del PPO dental. Los beneficios Médicos y dentales bajo este plan se deben pagar solamente si el Administrador del Plan decide a su discreción que el solicitante tiene derecho a ellos.

**Otros Planes de Grupo:**
Las opciones de Group Universal Life Insurance (GUL) y Voluntary Group Term Life Insurance (GTL) están disponibles a The Cheesecake Factory Incorporated, no son planes ERISA como los planes de Salud y Beneficencia de The Cheesecake Factory. Los beneficios GUL y GTL se ofrecen y son patrocinados por la compañía de seguros no por The Cheesecake Factory Incorporated.  The Cheesecake Factory Incorporated solamente permite que la compañía de seguros anuncie su programa, cobre las primas a través de las deducciones de la nómina y remita tales primas a la compañía de seguros. Si usted desea disputar una decisión hecha por la compañía de seguros bajo estos planes, (por ejemplo con respecto a la elegibilidad de beneficios), usted debe escribirle directamente a la compañía de seguros. La Compañía no tiene control sobre las decisiones tomadas por la compañía de seguros.

## MIEMBRO DEL PERSONAL DE THE CHEESECAKE FACTORY

## DECLARACIÓN DE LA POLÍTICA ANTI-ACOSO Y ANTI-DISCRIMINACIÓN

---

### Copia del Miembro del Personal.  Conserve esta página en el Manual.

**Esta notificación debe ser firmada por todos los miembros del personal de The Cheesecake Factory en el momento de su contratación y puede ser utilizada para volver a capacitar cuando se necesite.**

The Cheesecake Factory está comprometida con proveer un ambiente de trabajo que esté libre de todo tipo de acoso y discriminación. Nosotros pensamos que todos los individuos merecen ser tratados con justicia y con respeto  y **nuestra política no tolera ninguna forma de acoso o discriminación.** Cualquier tipo de acoso, incluyendo el acoso sexual y la discriminación están prohibidos.

Como su patrón, nuestra obligación es informarle a usted cuáles son sus derechos y decirle cómo reportar ciertos sucesos sin represalias, si usted siente que lo han acosado o han discriminado en contra de usted. Siempre que se haga un reclamo por acoso o discriminación, llevaremos a cabo una investigación. También tenemos la obligación de definirle a usted específicamente qué es el acoso sexual, para que usted sepa qué comportamientos no son aceptables, así como aprenderá a reconocer si usted observa un acoso sexual o es víctima de un acoso sexual.

Una definición de acoso sexual es "propuestas sexuales no requeridas o conducta verbal, visual o física de naturaleza sexual." Otra definición es "conducta inapropiada debido al sexo, *sin importar* la sexualidad del acosador." Esto quiere decir que usted no debe involucrarse en ningún comportamiento ofensivo basado en el sexo, *aún cuando esté bromeando y no lo haga en serio*. El acoso sexual está basado en la percepción de la persona que siente que está siendo acosada, **no en las intenciones del acosador que está siendo acosado.** Aquí hay algunos ejemplos de conducta que usted debe evitar porque podría ser considerada acoso sexual:

- Propuestas sexuales no requeridas, incluyendo insistir en tener una cita amorosa, contacto físico como abrazos, besos o exigir o pedir de favores sexuales de cualquier tipo
- Ofrecer dinero o beneficios a cambio de tener relaciones sexuales
- Hacer que cualquier tarea en el trabajo, beneficio o procedimiento sea condicionado a recibir favores sexuales
- Amenazar a alguien después de que le ha rechazado una cita o un favor sexual
- Conducta visual: mirar maliciosamente, hacer señales sexuales con las manos, mostrar objetos o fotografías, caricaturas o pancartas sugestivamente sexuales
- Conducta verbal: hacer comentarios sexuales despectivos, difamaciones o chistes sexuales o proposiciones
- Conducta verbal o de naturaleza sexual, comentarios verbales sobre el cuerpo de algún compañero de trabajo o cliente, usar palabras sexualmente degradantes para describir a un individuo, pláticas inapropiadas sobre actividades sexuales, cartas, notas o invitaciones sugerentes o obscenas
- Conducta física: tocar, abrazar, besar cuando no lo han pedido. Agredir físicamente, impedir o bloquear los movimientos

Tenemos la obligación de asegurar que su lugar de trabajo esté libre de acoso y discriminación. Usted también tiene responsabilidades. Usted debe reportar cualquier acoso o discriminación que se lleve a cabo aunque no sea dirigida hacia usted. Si usted es acosado, usted tiene el derecho de pedirle al acosador que pare su conducta. De cualquier manera, usted debe reportar a un representante de la Compañía cualquier conducta que no haya sido requerida o que sea indebida, para que se lleve a cabo una investigación sin demora.

Nuestra responsabilidad es tomar medidas remediales efectivas diseñadas para terminar ese comportamiento no requerido. **A cualquiera que se le encuentre involucrado en un acoso o discriminación, estará sujeto a una acción disciplinaria, la cual puede llevar incluso al despido.** Tomar una acción que remedie la situación inmediatamente puede incluir, volver a capacitar, dar advertencias por escrito, suspensión sin goce de suelo o despido. Además, cualquier individuo cuya conducta de acoso dé como resultado una acción legal, será *personalmente* responsable por cualquier daño o costo legal.

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

Para reportar el acoso o la discriminación:

1. Busque a su gerente del grupo de trabajo, al gerente senior, al Asistente del Gerente General, al Gerente General o,
2. Contacte a un Director del Area de Operaciones o a un Vicepresidente Corporativo o,
3. Contacte a un miembro del Departamento de Relaciones del Personal en el Centro del Apoyo Corporativo o,
4. Llame a nuestra línea de ayuda CARE LINE sin costo a la persona que llama.

Para que se tome una acción inmediata, le sugerimos seriamente que utilice nuestro procedimiento de reporte interno. Los miembros del personal en California and Massachusetts también pueden contactar las agencias locales, estatales o federales las cuales ponen en vigor las diferentes leyes de anti-discriminación para poner una queja o buscar otros remedios legales. Sobre todo, nunca debe tener miedo de hacer un reporte por acoso o discriminación, ya que esta es la única manera como podemos corregir el problema. Decírselo a un compañero de trabajo, o es suficiente. Por favor busque a su gerente o a un representante de la Compañía que pueda comenzar la investigación. Una vez más, usted puede hacer un reporte por acoso o discriminación a cualquiera de las fuentes anteriormente mencionadas, sin miedo a las represalias.

Si usted reporta acoso o discriminación, podríamos pedirle que nos diga sobre el acoso o la discriminación verbalmente *y* por escrito durante la investigación. Nosotros haremos todo lo posible por mantener la confidencialidad. Sin embargo, es posible que esto no siempre sea posible. Durante la investigación, le pedimos que no hable sobre el incidente con sus compañeros de trabajo. Esto protege los derechos de todos y nos ayuda a llevar a cabo una investigación privada y objetiva.

Si a usted se le nombra como un posible testigo de un acoso o discriminación que se haya reportado, le pediremos su cooperación para que describa cualquier evento o acción que se haya alegado. Sus observaciones podrían ser muy importantes. Una vez más, le pedimos que no hable sobre el incidente con sus compañeros de trabajo mientras estemos reuniendo la información.

Cualquier conducta vengativa que surja después de hacer un reclamo de acoso o discriminación, podría dar lugar al despido inmediato. Esto significa que si usted está involucrado en una investigación o reclamo/demanda usted no puede tomar represalias en contra de la persona que esté presentando la queja. Esto incluye amenazas evidentes, así como otras formas más sutiles de represalias incluyendo ignorar, rehusarse ayudar y ser grosero. Intentar hablar sobre el incidente con quien presenta la queja, también puede ser percibida como venganza.

Para mayor información, por favor hable con su gerente o contacte al departamento corporativo de relaciones del personal en el centro coporativo de The Cheesecake Factory al 818-871-3000. Usted también puede llamar a la línea CARE LINE al 800-241-5689 por cualquier pregunta que tenga o para reportar cualquier suceso de acoso o discriminación.

Reconozco y entiendo la política de la Compañía sobre el acoso y la discriminación. He leído este documento y entiendo mis derechos y responsabilidades con respecto a estos asuntos importantes.

_____    _____
Firma                               Fecha

_____    _____
Nombre con Letra de Molde           Lugar

*Si usted es un miembro del personal de California y quiere ponerse en contacto con el Departamento de Empleo Justo y Vivienda (Department of Fair Employment and Housing), puede llamar o escribir a la oficina local en Los Angeles en 322 West First Street, #2126 Los Angeles, CA 90012-3112, teléfono 213- 897-1997.

*Si usted es miembro del personal de Massachusetts y desea contactar a la Comisión en Contra de la Discriminación de Massachusetts, (Massachusetts Commission Against Discrimination), puede llamar o escribir a la oficina local en Boston en One Ashton Place, Room 601, Boston, MA 02108-1518, teléfono, 617- 727-3990.

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

# MIEMBRO DEL PERSONAL DE THE CHEESECAKE FACTORY

# DECLARACION DE LA POLITICA ANTI-ACOSO Y ANTI-DISCRIMINACION

**Por favor haga que un miembro del personal firme y retire esta página del manual. Coloque la forma firmada en el expediente del miembro del personal.**

**Esta notificación debe ser firmada por todos los miembros del personal de The Cheesecake Factory en el momento de su contratación y se puede utilizar para volver a capacitar en caso necesario.**

The Cheesecake Factory está comprometida a proporcionar un ambiente de trabajo que esté libre de todo tipo de acoso y discriminación. Nosotros creemos que todos los individuos merecen ser tratados con justicia y con respeto y **nuestra política no tolera ninguna forma de acoso, ni discriminación**. Todos los tipos de acoso, incluyendo el acoso sexual y la discriminación, están prohibidos.

Como su patrón, nuestra obligación es informarle a usted cuáles son sus derechos y decirle cómo reportar ciertos sucesos sin represalias, si usted siente que lo han acosado o han discriminado en contra de usted. Siempre que se haga un reclamo por acoso o discriminación, llevaremos a cabo una investigación. También tenemos la obligación de definirle a usted específicamente qué es el acoso sexual, para que usted sepa qué comportamientos no son aceptables, así como aprenderá a reconocer si usted observa un acoso sexual o es víctima de un acoso sexual.

Una definición de acoso sexual es "propuestas sexuales no requeridas o conducta verbal, visual o física de naturaleza sexual." Otra definición es "conducta inapropiada debido al sexo, *sin importar* la sexualidad del acosador." Esto quiere decir que usted no debe involucrarse en ningún comportamiento ofensivo basado en el sexo, *aún cuando esté bromeando y no lo haga en serio*. El acoso sexual está basado en la percepción de la persona que siente que está siendo acosada, **no en las intenciones del acosador que está siendo acosado.** Aquí hay algunos ejemplos de conducta que debe evitar porque podría ser considerada acoso sexual:

- ♦ Propuestas sexuales no requeridas, incluyendo insistir en tener una cita amorosa, contacto físico como abrazos, besos o exigir o pedir de favores sexuales de cualquier tipo
- ♦ Ofrecer dinero o beneficios a cambio de tener relaciones sexuales
- ♦ Hacer que cualquier tarea en el trabajo, beneficio o procedimiento sea condicionado a recibir favores sexuales
- ♦ Amenazar a alguien después de que le ha rechazado una cita o un favor sexual
- ♦ Conducta visual: mirar maliciosamente, hacer señales sexuales con las manos, mostrar objetos o fotografías, caricaturas o pancartas sugestivamente sexuales
- ♦ Conducta verbal: hacer comentarios sexuales despectivos, difamaciones o chistes sexuales o proposiciones
- ♦ Conducta verbal o de naturaleza sexual, comentarios verbales sobre el cuerpo de algún compañero de trabajo o cliente, usar palabras sexualmente degradantes para describir a un individuo, pláticas inapropiadas sobre actividades sexuales, cartas, notas o invitaciones sugerentes u obscenas
- ♦ Conducta física: tocar, abrazar, besar cuando no lo han pedido. Agredir físicamente, impedir o bloquear los movimientos

Tenemos la obligación de asegurar que su lugar de trabajo esté libre de acoso y discriminación. Usted también tiene responsabilidades. Usted debe reportar cualquier acoso o discriminación que se lleve a cabo aunque no sea dirigida hacia usted. Si usted es acosado, usted tiene el derecho de pedirle al acosador que pare su conducta. De cualquier manera, usted debe reportar a un representante de la Compañía cualquier conducta que no haya sido requerida o que sea indebida, para que se lleve a cabo una investigación sin demora.

Nuestra responsabilidad es tomar medidas remediales efectivas diseñadas para terminar ese comportamiento no requerido. **A cualquiera que se le encuentre involucrado en un acoso o discriminación, estará sujeto a una acción disciplinaria, la cual puede llevar incluso al despido.** Tomar una acción que remedie la situación inmediatamente puede incluir, volver a capacitar, dar advertencias por escrito, suspensión sin goce de suelo o despido. Además, cualquier individuo cuya conducta de acoso dé como resultado una acción legal, será *personalmente* responsable por cualquier daño o costo legal.

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

Para reportar acoso o discriminación:

1. Busque a su gerente de grupo de trabajo o gerente senior, Asistente del Gerente General, Gerente General o,
2. Contacte a un Director de Operaciones del Área o a un Vice Presidente Corporativo, o
3. Contacte a un miembro del Departamento de Relaciones del Personal en el Centro de Apoyo Corporativo, o
4. Llame a nuestra línea de ayuda CARELINE al 800-241-5689, sin costo a la persona que llama.

Para que se tome una acción inmediata, le sugerimos seriamente que utilice nuestro procedimiento de reporte interno. Los miembros del personal en California and Massachusetts también pueden contactar las agencias locales, estatales o federales las cuales ponen en vigor las diferentes leyes de anti-discriminación para poner una queja o buscar otros remedios legales. Sobre todo, nunca debe tener miedo de hacer un reporte por acoso o discriminación, ya que esta es la única manera como podemos corregir el problema. Decírselo a un compañero de trabajo, o es suficiente. Por favor busque a su gerente o a un representante de la Compañía que pueda comenzar la investigación. Una vez más, usted puede hacer un reporte por acoso o discriminación a cualquiera de las fuentes anteriormente mencionadas, sin miedo a las represalias.

Si usted reporta acoso o discriminación, podríamos pedirle que nos diga sobre el acoso o la discriminación verbalmente y por escrito durante la investigación. Nosotros haremos todo lo posible por mantener la confidencialidad. Sin embargo, es posible que esto no siempre sea posible. Durante la investigación, le pedimos que no hable sobre el incidente con sus compañeros de trabajo. Esto protege los derechos de todos y nos ayuda a llevar a cabo una investigación privada y objetiva.

Si a usted se le nombra como un posible testigo de un acoso o discriminación que se haya reportado, le pediremos su cooperación para que describa cualquier evento o acción que se haya alegado. Sus observaciones podrían ser muy importantes. Una vez más, le pedimos que no hable sobre el incidente con sus compañeros de trabajo mientras estemos reuniendo la información.

Cualquier conducta vengativa que surja después de hacer un reclamo de acoso o discriminación, podría dar lugar al despido inmediato. Esto significa que si usted está involucrado en una investigación o reclamo/demanda usted no puede tomar represalias en contra de la persona que esté presentando la queja. Esto incluye amenazas evidentes, así como otras formas más sutiles de represalias incluyendo ingnorar, rehusarse ayudar y ser grosero. Intentar hablar sobre el incidente con quien presenta la queja, también puede ser percibida como venganza.

Para mayor información, por favor hable con su gerente o contacte al departamento corporativo de relaciones del personal en el centro coporativo de The Cheesecake Factory al 818-871-3000.  Usted también puede llamar a la línea CARELINE al 800-241-5689 por cualquier pregunta que tenga o para reportar cualquier suceso de acoso o discriminación.

Reconozco y entiendo la política de la Compañía sobre el acoso y la discriminación. He leído este documento y entiendo mis derechos y responsabilidades con respecto a estos asuntos importantes.


_____          _____
Firma                                                                           Fecha


_____          _____
Nombre con Letra de Molde                                        Lugar


*Si usted es un miembro del personal de California y quiere ponerse en contacto con el Departamento de Empleo Justo y Vivienda (Department of Fair Employment and Housing), puede llamar o escribir a la oficina local en Los Angeles en 322 West First Street, #2126 Los Angeles, CA  90012-3112, teléfono 213- 897-1997.

*Si usted es miembro del personal de Massachusetts y desea contactar a la Comisión en Contra de la Discriminación de Massachusetts, (Massachusetts Commission Against Discrimination), puede llamar o escribir a la oficina local en Boston en One Ashton Place, Room 601, Boston, MA  02108-1518, teléfono, 617- 727-3990.

# UN RESUMEN DE SUS DERECHOS BAJO LA LEY DE REPORTE JUSTO DE CRÉDITO

La ley federal de Reporte Justo de Crédito, (Federal Fair Credit Reporting Act (FCRA) promueve la precision, justicia y privacía de la información en los expedientes de las agencias de reporte del consumidor. Hay muchos tipos de agencias de reporte del consumidor incluyen agencias de crédito y agencias especializadas (como agencias que venden información sobre historial de elaboración de cheques, registros médicos y registros de historial de rentas). He aquí un resumen de sus derechos bajo FCRA. **Para mayor información, incluyendo información adicional sobre sus derechos vaya a www.ftc.gov/credit o escriba a: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- ♦ **A usted se le debe informar en caso de que la información que aparece en su reporte de crédito, haya sido utilizada en su contra.** Cualquiera que utilice su crédito u otro tipo de reporte del consumidor para negar su solicitud de crédito, seguro o empleo – o para tomar alguna otra acción adversa – se lo debe informar y debe dar su nombre, dirección y número de teléfono de la CRA que proporcionó la información.

- ♦ **Usted tiene el derecho de saber qué hay en su reporte de crédito**. Usted puede pedir y obtener toda su información en los expedientes de la agencia de reporte del consumidor (su "descargo de responsabilidad de su historial de crédito"). Se le va a pedir que proporcione identificación apropiada, lo cual podría ser su número de Seguro Social. En muchos casos, esta información de descargo de responsabilidad es gratuita. Usted tiene derecho a que la información de descargo de responsabilidad le sea gratis si:
  - o Una persona ha tomado una acción adversa en su contra debido a la información que aparece en su reporte de crédito;
  - o Usted es víctima de robo de identidad y puso un aviso de alerta en su reporte;
  - o Su reporte contiene información incorrecta como resultado de un fraude;
  - o Usted está recibiendo asistencia pública;
  - o Usted está desempleado pero espera solicitar empleo en 60 días.

- ♦ **Usted tiene el derecho de pedir una calificación justa de su crédito**. Las calificaciones de crédito son resúmenes numéricos de lo que vale su crédito, basado en información de los reportes de crédito. Usted puede pedir una calificación de crédito de una agencia que crea las calificaciones y la disputa, usadas en préstamos de bienes raíces, pero va a tener que pagar por ella. En algunas transacciones hipotecárias, usted recibirá información de su historial de crédito, gratuitamente de una compañía hipotecaria.

- ♦ **Usted tiene el derecho de disputar información incompleta o incorrecta**. Si usted encuentra información en su expediente que está incompleta o es incorrecta y la reporta a la agencia de reporte del consumidor, la agencia debe investigar a menos que la disputa sea frívola. Vaya a www.ftc.giv/credit para obtener información sobre los procedimientos de disputa.

- ♦ **Las agencias de reporte del consumidor deben corregir o borrar información incorrecta, incompleta y que no se puede verificar.** Información incorrecta, incompleta y que no se puede verificar debe ser quitada en 30 días. Sin embargo, una agencia de reporte del consumidor puede continuar reportando la información que se haya verificado que es correcta.

- ♦ **Las agencies de reporte del consumidor no pueden reportar información atrasada y negativa.** En la mayoría de los casos no pueden reportar información negativa de más de siete años, o bancarrotas de más de 10 años.

- ♦ **El acceso a su expediente es limitado**. Una agencia de reporte del consumidor proporciona información sobre usted sólo a la gente con una necesidad válida – generalmente para consideración de una solicitud con un acreedor, asegurador, casero u otro negocio. La FCRA especifica aquellas agencias con una necesidad de acceso válido.

- ♦ **Usted debe dar su consentimiento para que se le puedan proporcionar los reportes a las compañías que lo contratan**. Una agencia de reporte del consumidor no puede dar ninguna información suya a la compañía que lo contrata, o que probablemente lo contrate, sin que usted dé su autorización por escrito a la compañía. El consentimiento por escrito, generalmente no se requiere en la induststria de los camioneros. Para mayor información vaya a www.ftc.gov/credit.

♦ **Usted puede limitar las ofertas de crédito y de seguros "pre seleccionadas" que le hagan, basado en la información en su reporte de crédito.** Ofertas de crédito y seguros que no hayan sido solicitadas ni pre-seleccionadas deben incluir un número telefónico libre de costo para la persona que llama a donde puede llamar si así lo desea, para quitar su nombre y su dirección de las listas en las que se basan estas ofertas. Usted puede optar por no participar en las agencias de crédito nacionales, llamando al 877-382-4357.

♦ **Usted puede pedir que se le repongan los daños que sufra por los violadores a estas reglas.** Si una agencia de reporte del consumidor, o, en algunos casos alguna persona que usa los reportes del consumidor, o quien proporciona la información a la agencia de reporte del consumidor, violara le FCRA, usted puede entablar una demanda en un tribunal estatal o federal.

♦ **Víctimas de robo de identidad que han sido identificadas y personal activo militar, tienen derechos adicionales.** Para mayor información, visite www.ftc.gov/credit.

**Los Estados pueden hacer cumplir la FCRA, y muchos estados tienen sus propias leyes sobre los reportes del consumidor. En algunos casos, usted puede tener más derechos bajo las leyes estatales. Para mayor información, contacte a su agencia de protección al consumidor estatal o local o a su Procurador General estatal. Las agencias federales que hacen cumplir estas leyes son:**

| TIPO DE NEGOCIO: | CONTACTO: |
|---|---|
| Agencias de reporte del consumidor, acreedores y otros no enlistados a continuación | Federal Trade Commission: Consumer Response Center – FCRA Washington, DC  20580 877-382-4357 |
| Bancos nacionales, sucursales/agencias  federales de bancos extranjeros (la palabra "Nacional" o las iniciales "N.A." aparecen en el nombre del banco o a continuación del mismo) | Office of the Comptroller of the Currency Compliance Management, Mail Stop 6-6 Washington, DC  20219 800-613-6743 |
| Bancos miembros del Sistema de Reserva Federal (con excepción de los bancos nacionales y agencias/sucursales federales y otros bancos extranjeros) | Federal Reserve Board Division of Consumer & Community Affairs Washington, DC  20551 202-452-3693 |
| Asociación de ahorros y bancos de ahorros con inmunidad federal (la palabra "Federal" o las iniciales "F.S.B." aparecen en el nombre de la institución federal) | Office of Thrift Supervision Consumer Complaints Washington, DC  20552 800-842-6929 |
| Uniones de crédito federales (las palabras "Federal Credit Union" aparecen en el nombre de la institución) | National Credit Union Administration 1775 Duke Street Alexandria, VA  22314 703-519-4600 |
| Bancos con inmunidad estatal que no son miembros del Sistema de Reserva Federal | Federal Deposit Insurance Corporation Consumer Response Center 2345 Grand Avenue, Suite 100 Kansas City, MI 6410-2638 877-275-3342 |
| Compañías de transportación aérea, de tierra y ferrocarril reguladas por las Juntas anteriores de Aeronáutica Civil y la Comisión de Comercio Interestatal | Department of Transportation Office of Financial Management Washington, DC  20590 202-366-1306 |
| Actividades sujetas a las leyes de Packers y Stockyards de, 1921 | Department of Agriculture Office of Deputy Administrator – GIPSA Washington, DC  20250 202-720-7051 |

# REPORTE DEL CONSUMIDOR Y DECLARACION Y AUTORIZACION DEL REPORTE DE INVESTIGACION DEL CONSUMIDOR

## Declaración

The Cheesecake Factory Incorporated quiere que usted sepa que un reporte de crédito del consumidor (como está definido por las leyes de California), un reporte del consumidor y/o un reporte de investigación del consumidor, sobre usted, puede obtenerse para propósitos de empleo al considerar su solicitud de empleo, al tomar una decisión de si se le va a ofrecer el empleo, al decidir si debe cotinuar su empleo (si ya está contratado), y al tomar otras decisiones relacionadas con el trabajo que lo afectan a usted directamente. Tales reportes pueden incluir información con respecto a su carácter, reputación general, características personales, hábitos de trabajo, o estilo de vida. El proceso puede incluir verificación de escolaridad, historia de empleo, revisión de antecedentes de agencias gubernamentales locales, del condado, estatales y federales, registros públicos y referencias de empleo.

La información contenida en, o una copia del reporte(s) que se obtenga de usted, puede comunicarse a nuestras compañías afiliadas, incluyendo The Cheesecake Factory Restaurantes, Inc., The Cheesecake Factory Bakery Incorporated y Grand Lux Cafe LLC para cualquier propósito de empleo como se ha descrito anteriormente.

La Ley de Reporte de Crédito Justo (Fair Credit Reporting Act) le brinda el derecho de pedir, por escrito, dentro de un límite de tiempo razonable, una develación en cuanto a la naturaleza y propósito de la investigación requerida. Adjunto se encuentra un Resumen de Sus Derechos bajo la Ley de Reporte de Crédito Justo (Fair Credit Reporting Act ("FCRA"), como ha sido preparado por la Comisión de Comercio Federal.

## Autorización (Por favor lea cuidadosamente antes de firmar)

He leído la declaración anterior y el anexo del resumen de los derechos de FCRA y entiendo la información proporcionada y por mi propia voluntad autorizo a **The Cheesecake Factory Incorporated** para que obtenga "reportes de crédito del consumidor," "reportes del consumidor" y/o "reportes de investigación del consumidor" sobre mí, de una agencia (incluyendo una agencia de reporte de crédito del consumidor," como está definida en las leyes de California) y que considere tal reporte al tomar las decisiones con respecto a mi empleo en The Cheesecake Factory Incorporated. Yo autorizo la comunicación de cualquier reporte que se obtenga sobre mí, o la información que se encuentre en ellos, con cualquier Compañía afiliada.

_____       _____

Firma                                                                           Fecha de la Firma

Nombre en Letra de Molde:_____

Complete para empleo en California exclusivamente:

Nombre de la agencia que reporta el crédito del consumidor: _____

❏ No quiero una copia de mi reporte de crédito, si es que se obtiene una
❏ Sí quiero una copia de mi reporte de crédito, si se obtiene una

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

# ACUERDO DE CONFIDENCIALIDAD Y RECIBO DEL MANUAL

Iniciales: _____ Reconozco que he recibido una copia del Manual del Miembro del Personal de The Cheesecake Factory y otros materiales de capacitación relevantes con mi trabajo. Entiendo que este Manual y otros materiales contienen información importante en cuanto a algunas de las políticas generales del personal de The Cheesecake Factory's y de mis privilegios y obligaciones como miembro del personal de esta Compañía. Reconozco que es mi responsablidad leer y apegarme a los lineamientos de todo el material. Estoy al tanto de que The Cheesecake Factory puede, bajo su propia discreción, cambiar, rescindir o agregar políticas, reglas, beneficios y prácticas descritas en este manual u otros materiales de capacitación y que yo debo apegarme a las nuevas políticas y prácticas.

Iniciales: _____ Entiendo y reconozco que el Manual del Miembro del personal de la Compañía, establece reglas y lineamientos específicos para la conducta del miembro del personal ("Lo Prohibido"). Es mi responsabilidad apegarme a estas reglas y lineamientos, así como a otras reglas y lineamientos que pueda establecer la Compañía de vez en cuando. Entiendo que la "Lista de lo Prohibido" no es una lista minuciosa de conductas prohibidas y que cualquier violación a esta "Lista de lo Prohibido" o de cualquier conducta prohibida, puede dar lugar a una acción disciplinaria la cual puede llevar incluso al despido.

Iniciales: _____ También entiendo que el Manual y otros materiales de capacitación no son ni deben ser considerados un acuerdo o contrato de empleo expreso o implícito. Más aún reconozco y entiendo que mi empleo con The Cheesecake Factory es, y en todo momento será, voluntario. Esto significa que yo tengo el derecho de terminar mi empleo en cualquier momento por cualquier razón y sin motivo. De la misma manera, The Cheesecake Factory puede terminar mi empleo en cualquier momento, por cualquier razón, con o sin motivo.

Iniciales: _____ Entiendo que me darán o estaré expuesto a materiales que son considerados propiedad de la compañía y confidenciales. Tales como el Manual, las Guías de Desrrollo que son de la propiedad exclusiva de The Cheesecake Factory, y son dirigidas para el uso de los miembros del personal exclusivamente. Entiendo que no puedo compartir, vender, fotocopiar, o distribuir ninguno de estos materiales a ningún otro individuo, negocio o corporación, ya sea durante mi empleo o después de éste. También dependiendo de mi puesto, estaría expuesto a recetas y métodos de preparación que son altamente confidenciales y que no puedo revelar o compartir esta información con nadie, o por ninguna razón, ya sea durante mi empleo o después éste. Al firmar este documento, estoy de acuerdo en que no divulgaré las recetas, ingredientes o métodos de preparación, ya sea verbalmente o por escrito, a ninguna otra persona, en ningún momento y por ninguna razón. También entiendo que poseer o tener copias de las recetas para el uso que no sea el de la Compañía o para el uso de otros, es en contra de la política de la Compañía. Al terminar mi empleo, regresaré todas las copias de recetas y métodos de preparación que pudieran estar en mi posesión. Entiendo que estoy ligado a este Acuerdo de Confidencialidad durante y después de mi empleo con The Cheesecake Factory. El no apegarse a este Acuerdo de Confidencialidad podría dar lugar a una acción disciplinaria, despido y/o una acción legal.

Iniciales: _____ Entiendo que The Cheesecake Factory mantiene un Programa escrito de Prevención de Enfermedades y Lesiones (Injury and Illness Prevention Program (IIPP), el cual está de acuerdo con las leyes estatales de Salud y Seguridad Ocupacional, así como con las Ordenes de Seguridad de la Industria en General. El IIPP es administrado en el restaurante por el gerente general, con la asistencia y la guía del gerente de seguridad del restaurante. También entiendo y reconozco que es mi responsabilidad leer la Política de Seguridad de The Cheesecake Factory y apegarme a los requisitos de dicha póliza.

Iniciales: _____ Entiendo y reconozco que la Compañía tiene una política de cero tolerancia a las drogas y al alcohol. Más aún entiendo que de acuerdo con la política de drogas y alcohol de la Compañía, la misma puede hacer análisis a los miembros del personal de quiénes se sospeche que estén usando drogas/alcohol en el trabajo o reportarse al trabajo bajo la incluencia de alcohol o drogas, después de una lesión o accidente relacionado con el trabajo.

© 2005 The Cheesecake Factory Restaurantes, Inc. ¨ Confidential Information ¨ Do not duplicate or distribute outside of this company.

Iniciales: _____     Entiendo y reconozco que la Compañía usa el método de "Cuota en Vigor" para determinar la cuota de tiempo extra aplicable. Entiendo que bajo este método, si yo trabajo dos diferentes clasificaciones, se me pagará 1½ tiempo del salario regular por la clasificación del trabajo que estoy desempeñando en el momento en que soy elegible para la compensación de tiempo extra.

Iniciales: _____     Reconozco que pueden surgir diferencias entre la Compañía y yo, durante y después de mi empleo con la Compañía. Estoy de acuerdo en participar en un procedimiento de resolución de disputa imparcial, como condición de, y consideración de la oferta de empleo con la Compañía. Si yo, o la Compañía, determinamos que los procedimientos internos de la Compañía para manejar los reclamos (incluyen pero no están limitados a reportar los reclamos al gerente, al Director del Area de Operaciones a CARE LINE, y/o al Departamento de Relaciones del Personal), no han dado como resultado una aceptable resolución de una disputa entre la Compañía y yo, yo acepto participar en un arbitraje.

Iniciales: _____     Estoy de acuerdo en reportar al gerente en turno si estoy sintiendo algún síntoma relacionado con las enfermedades causadas por productos alimenticios "Las Cuatro Grandes" u otras enfermedades/condiciones que contribuyan a la contaminación de los alimentos. También estoy de acuerdo en seguir las mejores normas recomendadas para la prevención de estas enfermedades.

Nombre del Miembro del Personal (Letra de Molde): _____

Firma: _____     Fecha: _____

Ubicación de The Cheesecake Factory : _____

Grupo de Trabajo: _____

**Quite esta página del Manual.  Fotocopie esta forma firmada y entréguesela al miembro del personal; coloque el original en el expediente del personal.**

# Exhibit C

## ACUERDO DE CONFIDENCIALIDAD Y RECIBO DEL MANUAL

Iniciales: __N.G__ Reconozco que he recibido una copia del Manual del Miembro del Personal de The Cheesecake Factory y otros materiales de capacitación relevantes con mi trabajo. Entiendo que este Manual y otros materiales contienen información importante en cuanto a algunas de las políticas generales del personal de The Cheesecake Factory's y de mis privilegios y obligaciones como miembro del personal de esta Compañía. Reconozco que es mi responsablidad leer y apegarme a los lineamientos de todo el material. Estoy al tanto de que The Cheesecake Factory puede, bajo su propia discreción, cambiar, rescindir o agregar políticas, reglas, beneficios y prácticas descritas en este manual u otros materiales de capacitación y que yo debo apegarme a las nuevas políticas y prácticas.

Iniciales: __N.G__ Entiendo y reconozco que el Manual del Miembro del personal de la Compañía, establece reglas y lineamientos específicos para la conducta del miembro del personal ("Lo Prohibido"). Es mi responsabilidad apegarme a estas reglas y lineamientos, así como a otras reglas y lineamientos que pueda establecer la Compañía de vez en cuando. Entiendo que la "Lista de lo Prohibido" no es una lista minuciosa de conductas prohibidas y que cualquier violación a esta "Lista de lo Prohibido" o de cualquier conducta prohibida, puede dar lugar a una acción disciplinaria la cual puede llevar incluso al despido.

Iniciales: __N - G__ También entiendo que el Manual y otros materiales de capacitación no son ni deben ser considerados un acuerdo o contrato de empleo expreso o implícito. Más aún reconozco y entiendo que mi empleo con The Cheesecake Factory es, y en todo momento será, voluntario. Esto significa que yo tengo el derecho de terminar mi empleo en cualquier momento por cualquier razón y sin motivo. De la misma manera, The Cheesecake Factory puede terminar mi empleo en cualquier momento, por cualquier razón, con o sin motivo.

Iniciales: __N - G__ Entiendo que me darán o estaré expuesto a materiales que son considerados propiedad de la compañía y confidenciales. Tales como el Manual, las Guías de Desrrollo que son de la propiedad exclusiva de The Cheesecake Factory, y son dirigidas para el uso de los miembros del personal exclusivamente. Entiendo que no puedo compartir, vender, fotocopiar, o distribuir ninguno de estos materiales a ningún otro individuo, negocio o corporación, ya sea durante mi empleo o después de éste. También dependiendo de mi puesto, estaría expuesto a recetas y métodos de preparación que son altamente confidenciales y que no puedo revelar o compartir esta información con nadie, o por ninguna razón, ya sea durante mi empleo o después éste. Al firmar este documento, estoy de acuerdo en que no divulgaré las recetas, ingredientes o métodos de preparación, ya sea verbalmente o por escrito, a ninguna otra persona, en ningún momento y por ninguna razón. También entiendo que poseer o tener copias de las recetas para el uso que no sea el de la Compañía o para el uso de otros, es en contra de la política de la Compañía. Al terminar mi empleo, regresaré todas las copias de recetas y métodos de preparación que pudieran estar en mi posesión. Entiendo que estoy ligado a este Acuerdo de Confidencialidad durante y después de mi empleo con The Cheesecake Factory. El no apegarse a este Acuerdo de Confidencialidad podría dar lugar a una acción disciplinaria, despido y/o una acción legal.

Iniciales: __N - G__ Entiendo que The Cheesecake Factory mantiene un Programa escrito de Prevención de Enfermedades y Lesiones (Injury and Illness Prevention Program (IIPP), el cual está de acuerdo con las leyes estatales de Salud y Seguridad Ocupacional, así como con las Ordenes de Seguridad de la Industria en General. El IIPP es administrado en el restaurante por el gerente general, con la asistencia y la guía del gerente de seguridad del restaurante. También entiendo y reconozco que es mi responsabilidad leer la Política de Seguridad de The Cheesecake Factory y apegarme a los requisitos de dicha póliza.

Iniciales: __N · G__ Entiendo y reconozco que la Compañía tiene una política de cero tolerancia a las drogas y al alcohol. Más aún entiendo que de acuerdo con la política de drogas y alcohol de la Compañía, la misma puede hacer análisis a los miembros del personal de quiénes se sospeche que estén usando drogas/alcohol en el trabajo o reportarse al trabajo bajo la incluencia de alcohol o drogas, después de una lesión o accidente relacionado con el trabajo.

© 2005 The Cheesecake Factory Restaurantes, Inc.  ♦  Confidential Information  ♦  Do not duplicate or distribute outside of this company.

Iniciales: N·G  Entiendo y reconozco que la Compañía usa el método de "Cuota en Vigor" para determinar la cuota de tiempo extra aplicable. Entiendo que bajo este método, si yo trabajo dos diferentes clasificaciones, se me pagará 1½ tiempo del salario regular por la clasificación del trabajo que estoy desempeñando en el momento en que soy elegible para la compensación de tiempo extra.

Iniciales: N·G  Reconozco que pueden surgir diferencias entre la Compañía y yo, durante y después de mi empleo con la Compañía. Estoy de acuerdo en participar en un procedimiento de resolución de disputa imparcial, como condición de, y consideración de la oferta de empleo con la Compañía. Si yo, o la Compañía, determinamos que los procedimientos internos de la Compañía para manejar los reclamos (incluyen pero no están limitados a reportar los reclamos al gerente, al Director del Area de Operaciones a CARELINE, y/o al Departamento de Relaciones del Personal), no han dado como resultado una aceptable resolución de una disputa entre la Compañía y yo, yo acepto participar en un arbitraje.

Iniciales: N·G  Estoy de acuerdo en reportar al gerente en turno si estoy sintiendo algún síntoma relacionado con las enfermedades causadas por productos alimenticios "Las Cuatro Grandes" u otras enfermedades/condiciones que contribuyan a la contaminación de los alimentos. También estoy de acuerdo en seguir las mejores normas recomendadas para la prevención de estas enfermedades.

Nombre del Miembro del Personal (Letra de Molde): _Noe Gonzalez_

Firma: _Noe Gonzalez_        Fecha: _04/02/09_

Ubicación de The Cheesecake Factory : _Huntington Sta._

Grupo de Trabajo: _____

**Quite esta página del Manual. Fotocopie esta forma firmada y entréguesela al miembro del personal; coloque el original en el expediente del personal.**