UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No. 2:21-cv-05017-PCK-SIL

------------------------------------------------------------------- x

NOE GONZALEZ, individually and on behalf of all others similarly situated,

                                    Plaintiff,

-against-

THE CHEESECAKE FACTORY RESTAURANTS, INC. d/b/a THE CHEESECAKE FACTORY,

                                    Defendant.

------------------------------------------------------------------- x

## DECLARATION OF BARBARA LEWIS

I, Barbara Lewis, am over eighteen years of age, of sound mind, capable of making this declaration, and personally acquainted with all of the facts stated here. I declare the following under 28 U.S.C. § 1746:

    1.    I have worked for The Cheesecake Factory Restaurants, Inc. d/b/a The Cheesecake Factory ("TCFI") for over 25 years. I started with TCFI in 1995 as a Restaurant Bookkeeper. In 1997, TCFI promoted me to Director of Accounting and Corporate Operations Support. I served in this position until 2020 when TCFI promoted me to Director of Payroll. I currently work in this position.

    2.    As Director of Accounting and Corporate Operations Support from 1997 to 2020, I was responsible for hiring, supporting, and training bookkeepers in TCFI's restaurants in New York and other states. Under my direction and supervision, the bookkeepers at the restaurants handled all employment paperwork at the restaurant including onboarding paperwork. I supported the processes and procedures concerning the bookkeepers' handling of employment paperwork. I communicated with bookkeepers in New York and other states on a regular basis by email, phone,

1

and in-person visits and directed and supervised them on how to perform their job duties (including the processes and procedures for distributing and communicating onboarding paperwork to new hires). Through this role, I became familiar with and knowledgeable about TCFI's onboarding policies and procedures (including the "roll-out" of those policies and procedures to new hires in New York and other states and the translation of those policies and procedures from English to Spanish). Through this role, I also became familiar with and knowledgeable about TCFI's arbitration agreements with employees (including the "roll-out" of those agreements to employees in New York and other states and the translation of those agreements from English to Spanish). Through this role, I also regularly accessed and reviewed TCFI's paper and electronic records on arbitration agreements and other onboarding paperwork. TCFI creates these records at or near the time they are distributed to employees and maintains these records as part of its regular human resources activity. TCFI conducts audits to ensure these records are properly maintained. There is no doubt in my mind that these records are accurate and authentic. For all of these reasons, I am fully familiar with all of the facts stated here.

3. Based on my review of Noe Gonzalez's employment records, Mr. Gonzalez worked as a cook at TCFI's restaurant at the Walt Whitman Mall, 160 Walt Whitman Road, Huntington, New York 11746 ("Huntington Restaurant"). Mr. Gonzalez began working at the Huntington Restaurant in April 2009. Mr. Gonzalez worked at the Huntington Restaurant until March 2021. I communicated regularly with Nicole Ruffolo, the bookkeeper at the Huntington Restaurant as of April 2009.

4. Like all other employees at TCFI's restaurants in New York, Mr. Gonzalez went through an onboarding process with Ms. Ruffolo and restaurant management. Mr. Gonzalez was provided physical copies of several important employment documents. One of those documents

was TCFI's employee handbook. At the end of the employee handbook was a separate two-page acknowledgment form. The form contained nine standalone paragraphs. The employee was required to sign their initials next to each standalone paragraph. At the end of the nine standalone paragraphs was an additional acknowledgement section. In this section, the employee was required to print their name, sign their name, provide the date, and identify their restaurant location.

5. The eighth paragraph of the employee handbook acknowledgement form states the following: "I recognize that differences may arise between me and the Company during, or following, my employment with the Company. I agree to participate in impartial dispute-resolution proceedings as a condition of and as consideration for the offer of employment by the Company. If I, or the Company, determine that the Company's internal procedures for handling claims (including but not limited to, reporting claims to my manager, the Area Director of Operations, the CARELINE, and/or the Staff Relations Department), have not resulted in a mutually acceptable resolution of disputes between me and the Company, I agree to participate in arbitration proceedings." During the onboarding process, bookkeepers notified new hires that the foregoing paragraph required mandatory individual arbitration for any disputes that arose during employment. Bookkeepers also notified new hires that their offer of employment and continued employment was expressly conditioned on them agreeing to the foregoing paragraph. If an employment dispute arose and the matter went to arbitration, the parties would agree on arbitration through either AAA or JAMS with the rules of the agreed-upon forum to apply and with TCFI to pay all of the arbitration costs at its sole expense.

6. The employee handbook has both English and Spanish language versions. New hires whose primary language was Spanish were provided the Spanish language version of the employee handbook. The Spanish language version of the employee handbook is a literal word-

for-word translation of the English version. As Director of Accounting and Corporate Operations Support, I instructed the bookkeepers in TCFI's restaurants in New York and other states to distribute the Spanish language version of the employee handbook to new hires whose primary language was Spanish.

7. TCFI worked closely with a third-party translation company to translate the employee handbook from English to Spanish. The third-party translation company certified that the translation was complete and accurate and that Spanish-speaking employees would fully understand the terms and conditions to which they were bound. Throughout my employment with TCFI, I have not received a single internal or external complaint that the translation was inexact, imprecise, or inaccurate. Accordingly, the separate two-page acknowledgment form in Spanish is a complete and accurate translation of the English version of the separate two-page acknowledgment form.

8. Attached as Exhibit A is a true and correct copy of the certified English language version of the employee handbook that was operative as of April 2009. TCFI maintains the handbook as part of its regular human resources activity. TCFI keeps the handbook in the ordinary and regular course of business.

9. Attached as Exhibit B is a true and correct copy of the certified Spanish language version of the employee handbook that was operative as of April 2009 and that was provided to Mr. Gonzalez at the start of his employment. TCFI maintains the handbook as part of its regular human resources activity. TCFI keeps the handbook in the ordinary and regular course of business.

10. Attached as Exhibit C is a true and correct copy of the certified Spanish language version of the separate employee handbook acknowledgement form that was provided to Mr. Gonzalez at the start of his employment with his agreement to the terms in the form being an

express condition of his offer of employment and continued employment. Mr. Gonzalez signed his initials "N.G." next to every one of the nine paragraphs (including paragraph eight) and also printed his name, signed his name, provided the date, and identified his restaurant location. TCFI maintains the form as part of its regular human resources activity. TCFI keeps the form in the ordinary and regular course of business.

11. I declare the foregoing facts in English because I am a native English speaker.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON MAY 19, 2022**

_____
Barbara Lewis