

Timothy Barbetta
175 Pearl Street
Suite C-402
Brooklyn, NY 11201
tbarbetta@constangy.com
641.341.6554

June 30, 2023

**VIA EMAIL**
Moser Law Firm
Steven J. Moser
5 East Main Street
Huntington, New York 11743
steven.moser@moserlawfirm.com

**Re:** Noe Gonzalez, individually and on behalf of all others similarly situated v. The Cheesecake Factory Restaurants, Inc. d/b/a The Cheesecake Factory, Case 2:21-cv-05017

Dear Steve:

As you know, our firm represents Defendant The Cheesecake Factory Restaurant Inc. in this matter. Attached hereto please find Defendant's renewed motion to stay and compel individual arbitration, proposed order, and attached exhibits. Pursuant to the Court's Order dated May 16, 2023, Defendant will file all motion papers once fully briefed in accordance with the Court's bundling rules.

                    Best regards,

                    /s/ *Timothy Barbetta*

                    Timothy Barbetta
                    Attorney for TCFI

cc:    James Coleman (Attorney for Defendant)
        Jason Friedman (Attorney for Defendant)
        Jeffrey Brown (Attorney for Plaintiff)
        Brett Cohen (Attorney for Plaintiff)

Enclosures