

MOSER LAW FIRM, PC

**Steven J. Moser**
Tel: 516-671-1150
steven.moser@moserlawfirm.com

July 31, 2023

Via Email to tbarbetta@constangy.com

Timothy Barbetta
Constangy, Brooks, Smith & Prophete, LLP
175 Pearl Street, Suite C-402
Brooklyn, NY  11201

      Re:    Gonzalez v The Cheesecake Factory Restaurants, Inc 21-cv-05017-PKC-SIL
               Our File No.21-00025

Tim:

    Annexed please find the Plaintiffs' Memorandum of Law in Opposition to Defendant's renewed motion to stay and compel arbitration.

                                   Very truly yours,

                                   *Steven J. Moser*
                                   Steven J. Moser

CC (Via Email):
     James Coleman
     Jason Friedman
     Jeffrey K. Brown
     Brett R. Cohen