

**CHEESECAKE FACTORY HANDBOOK CHANGES**
**HOTSCHEDULES MESSAGE**

---

**MESSAGE - TO BE POSTED ON <u>December 4, 2019</u> FOR 2 WEEKS**

Hi Everyone!

We are pleased to announce the release of our updated 2019 Cheesecake Factory Staff Member Handbook!
Our Staff Handbook is a great way to learn and reference information about our Company – including our values, benefits, and many other topics, so be sure to check it out! You can access it at any time via ScoopsLive or ask your GM for a hard copy. If you have any questions, please ask your GM or OST.

Let's have another great day!