Staff Alignment

Date: December 4, 2019

# UPDATED CHEESECAKE FACTORY STAFF MEMBER HANDBOOK

**We are pleased to announce the release of our updated 2019 Cheesecake Factory Staff Member Handbook!**

**Our Staff Member Handbook is a reference tool for you to learn about our Company's values, benefits, and many other topics.**

**To access the handbook, simply log on to your ScoopsLive account. Some of the changes you will see include:**
- **Our new Company Commitments**
- **Updated Employment Verification Contact information**
- **Our revised Photography and Videotaping Policy**

**Please be sure to review these updates. If you have any questions, please see your OST or GM.**

UPDATED CHEESECAKE FACTORY STAFF MEMBER HANDBOOK