# The Cheesecake Factory®

**2019**

| | |
|---|---|
| **Date:** | **December 4, 2019** |
| **To:** | **The Cheesecake Factory Staff Members** |
| **From:** | **Staff Relations** |
| **Subject:** | **2019 Updated Staff Member Handbook** |

Greetings Everyone! We are pleased to announce the release of our updated 2019 Cheesecake Factory Staff Member Handbook!

Your handbook has been revised to reflect minor updates in some of our policies, updated photos, and new contact information for employment verification. We have also added the updated Company Commitments that were recently communicated to you.

Our Staff Member Handbook is a great way for our new and existing staff members to learn and reference information about our Company - so be sure to check it out!

To view the handbook, just log on to your ScoopsLive account. Your GM and OST are available to assist you with the process or to answer any questions.

**Nothing in the 2019 Updated Staff Member Handbook or in any oral or written statement is intended to alter or otherwise change the at-will nature of your employment with the Company.**