| DisplayName | DateActivated | DateExpires | CLIENT_NAME | EMPLOYEE_ID | FIRST_NAME | LAST_NAME | HR_ID | DateViewed_CST |
|---|---|---|---|---|---|---|---|---|
| CCF Updated Staff Member Handbook 09.25.14 | 09-25-2014 12:00 AM | 09-26-2014 12:00 AM | The Cheesecake Factory - Lake Grove (0111) | 1027168990 | KEITH | CALVAGNO | 31110614 | 09-25-2014 3:18 PM |
| CCF Updated Staff Member Handbook 09.26.14 | 09-26-2014 12:00 AM | 09-27-2014 12:00 AM | The Cheesecake Factory - Lake Grove (0111) | 1027168990 | KEITH | CALVAGNO | 31110614 | 09-26-2014 11:47 AM |
| CCF Updated Staff Member Handbook 09.27.14 | 09-27-2014 12:00 AM | 09-28-2014 12:00 AM | The Cheesecake Factory - Lake Grove (0111) | 1027168990 | KEITH | CALVAGNO | 31110614 | 09-27-2014 12:50 PM |
| 2019 Staff Member Handbook Update | 12-05-2019 12:00 AM | 12-19-2019 12:00 AM | The Cheesecake Factory - Lake Grove (0111) | 1027168990 | KEITH | CALVAGNO | 31110614 | 12-07-2019 11:27 AM |

9746819v1