**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**                    Case No. 2:21-cv-05017-PCK-SIL
--------------------------------------------------------------- x
NOE GONZALEZ, individually and on behalf of all
others similarly situated,

                                      Plaintiff,

      -against-

THE CHEESECAKE FACTORY RESTAURANTS,
INC. d/b/a THE CHEESECAKE FACTORY,

                                  Defendant.
--------------------------------------------------------------- x

## PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO STAY CASE AND TO COMPEL INDIVIDUAL ARBITRATION

After considering Defendant The Cheesecake Factory Restaurants, Inc. d/b/a The Cheesecake Factory's motion to stay case and to compel individual arbitration and all related papers, the Court grants Defendant's motion in its entirety. The case shall be stayed and Plaintiff Noe Gonzalez and prospective Plaintiff Keith Calvagno shall be compelled to individual arbitration.

_____                                    _____
Date                                                                                              The Honorable Pamela K. Chen