| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| **EASTERN DISTRICT OF NEW YORK** | Case No. 2:21-cv-05017-PCK-SIL |

-------------------------------------------------------------- x

NOE GONZALEZ,

Plaintiff,

      -against-

THE CHEESECAKE FACTORY RESTAURANTS,
INC. d/b/a THE CHEESECAKE FACTORY,

Defendant.

-------------------------------------------------------------- x

### Declaration of Walter L. Krochmal

I, Walter L. Krochmal, make this declaration under 28 U.S.C ¶ 1746

1.  I am a freelance Federally Certified Court Interpreter and Expert Witness based in the Southern District of New York, the top certification of linguists working in Spanish in the United States federal legal system. This qualifies me to translate from Spanish to English and English to Spanish. The "Translation Certificate of Accuracy" I sent to Timothy Barbetta, Esq. of Constangy, Brooks, Smith & Prophete, LLP on Friday March 22, 2023 is true and accurate. To clarify the "Translation Certificate of Accuracy" I attest to the following:

2.  The Spanish language document I translated to English is the Employee Handbook Acknowledgment Form signed by Noe Gonzalez which is in the record in this matter at ECF 18-2, pages 143-144.

3.  My English translation of the Spanish Employee Handbook Acknowledgment Form signed by Mr. Gonzalez is attached to my March 22, 2023 Translation Certificate of Accuracy as pages 2-3.

4.  My English translation of the Spanish Employee Handbook Acknowledgment Form signed by Mr. Gonzalez is a true and accurate translation under the penalties of perjury.

10017327v1

5. Upon finishing my translation of the Spanish Employee Handbook Acknowledgment Form signed by Mr. Gonzalez, I evaluated the "original English-language document." This "original English-language document" is the English version of the Employee Handbook Acknowledgment Form already in the record in this matter at ECF 18-2, pages 70-71. I then evaluated the "original Spanish-language document." The "original Spanish-language document" is the Spanish version of the Employee Handbook Acknowledgment Form signed by Mr. Gonzalez which is already in the record in this matter at ECF 18-2, pages 143-144.

6. I previously stated that the "original Spanish-language document" is a reasonable translation of the "original English-language document." By "reasonable" translation, I intended to convey that the translation was "fair and accurate," but simply used the word "reasonable" because there are multiple accurate ways to translate documents from Spanish to English and English to Spanish, as is evidenced by the slight variations in the "original English-language document" and my English-language translation of the document.

Signed under the pains and penalties of perjury on August 18, 2023.

_____
Walter L. Krochmal

10017327v1