**Policies and Procedures Manual**
Wage & Hour

# NEW HIRE PAPERWORK

**Originally issued 3/29/94; Revised 12/02**

Properly completing and handling new hire paperwork is an important step in processing newly hired staff members. Both the restaurant locations and the Corporate office have important responsibilities in handling this paperwork.

A note on what constitutes "the first day"...The staff member's hire date is the first day that we pay him for hours worked, which begins at orientation. A staff member's hire date is not the day that you make the job offer, nor the first day that he starts working on the floor.

## Before the Staff Member's First Day

Prepare new hire paperwork packets. Paper clip together one each of the following:

1. HR 11 - Part A & B
2. W-4 form
3. Appropriate State Withholding form (if any)
4. I-9 form
5. Uniform Deposit Agreement (for all job classifications except front desk and bartenders)
6. Meal Deduction Agreement (prep cooks/dishwashers/napkin folders/cleaners only)
7. Computer Card Agreement (servers, bartenders, cashiers only)
8. Alcohol Agreement
9. Statement Against Drug & Alcohol Abuse
9. Parking deduction form (if any)
10. Acknowledgment of Safety Standards & Equipment
11. WOTC Form 8850
12. Staff Member Handbook, Survival Guide & other training materials*
13. Blank Rolodex card (for the staff member's name and phone number)
14. Shoes for Crews Order Forms

*The staff member retains these items less specific pullout forms from the Handbook.

## During Orientation

All paperwork must be completed on the staff member's first day.

### ID for I-9s

The newly hired staff member <u>must</u> present appropriate identification to satisfy I-9 requirements (see I-9 Policy in the P & P manual). For a list of documents that may be accepted to satisfy I-9 requirements, refer to the back of the I-9 form, or to your I-9 instruction booklet. Remember, it is illegal to narrowly specify the documents which may be accepted (such as accepting only a California drivers' license and a social security card). **The manager conducting the orientation is responsible for completing section 2 (Employer Review and Verification) of**

**Policies and Procedures Manual**
Wage & Hour

**the I-9 and Part B of the HR11 – New Hire Form.** The manager may not leave it to the OST to complete the verification. If you have any questions at all, please consult human resources.

### Copying the ID

Photocopy all ID using the "enlarge" (129%) setting on your photocopier. This makes the ID much easier to read, especially if it has to be faxed. Both fron and back of ID must be copied.

### Handbook Acknowledgment Pullouts

In addition to the paperwork listed above, you must also have the staff member sign the anti-harassment and non-discrimination policy statement, consumer report and investigative consumer report disclosure and authorization, and handbook receipt & confidentiality agreement at the end of the Staff Member Handbook. These forms must be removed from the handbook, and turned in with the rest of the new hire paperwork.

### After Orientation

The manager who conducts the orientation is responsible for organizing and completing the new hire paperwork. After assuming that all forms are complete, the manager gives the whole file to the OST, who audits the paperwork for completeness and accuracy.

The OST will assign the alternate ID number and enter the staff member into the Time and Attendance system. This system will assign the staff member's timeclock number which should be posted for the staff member to use on the first training day. The OST will write the alternate ID number on all forms that require this in the New Hire Packet. All forms listed below are then sent via fax to HR Records for processing.

### J-Fax to HR Records Technician:

1. HR11 – New Hire Part A & B (3 pages)
2. Copy of ID's used in Employment Eligibility verification (I-9)
3. W-4 and state withholding where appropriate
4. I-9
5. Meal Deduction Agreement, if any
6. Uniform Deposit Agreement, if any

All new hire paperwork must be completed and sent before 2pm local time each Tuesday. If you have extenuating circumstances, contact your HR Records Technician for instructions.

### Retain in the staff member's file:

All new hire documents completed during orientation and listed below should be attached via prong fastener inside the file on the right with a Staff Member Memo form attached on top. All subsequent changes to the personnel file will be added to this side including any Personnel

*© 1994; 2002 The Cheesecake Factory, Incorporated  ♦ Confidential Information ♦ Do not distribute outside of this company.*
Page 2 of 4

**Policies and Procedures Manual**
Wage & Hour

Action Forms, Coach & Counsel Documents or other payroll, human resource or benefits documents. All agreements from orientation pulled from the Staff Member Handbook will be attached inside on the left of the folder and any subsequent quizzes, certifications of agreements will be added to this side of the folder.

Contents of the file and processing of all documents can be found in the Restaurant Operations Systems Guide. Here is a table of New Hire documents by workgroup:

| Bakery/Cashier - Orange | Bar - Red | Busser - Blue | Cooks - Purple | Dish/Cleaner/Steward/Napkin–Grey | Front Desk - Yellow | Prep cooks - Pink | Servers – Green | STAFF FILE COMPONENTS<br>x  Required<br># Only if restaurant participates |
|---|---|---|---|---|---|---|---|---|
| x | x | x | x | x | x | x | X | Application – NEVER HOLE PUNCHED, STAPLED OR CLIPPED |
| x | x | x | x | x | x | x | X | Original Payroll HR 11 Forms – Part A & B |
| x | x | x | x | x | x | x | X | Original W-4 |
| # | # | # | # | # | # | # | # | Original State withholding or Tax documents |
| x | x | x | x | x | x | x | X | Photocopy of identifications used for I-9 verification |
| x | x | x | x | x | x | x | X | Copy of I-9 (original maintained in binder) |
| x |   | x | x | x |   | x | X | Original Uniform Agreement |
|   |   |   |   | x |   | x |   | Original Meal Agreement |
| x | x |   |   |   |   |   | X | Original Computer Card Agreement |
| x | x |   |   |   |   |   | X | Original Cash Handling and Credit Card Handling Agreements |
| x | x | x | x | x | x | x | x | Original Safety Standards Acknowledgement |
| x | x | x | x | x | x | x | x | Original Staff Alcohol Agreement |
| x | x | x | x | x | x | x | x | Original Statement Against Drug and Alcohol Abuse |
| # | # | # | # | # | # | # | # | Original Parking Agreement |
| x | x | x | x | x | x | x | x | Original Anti-Harassment & Non Discrimination Policy from Staff Member Handbook |
| x | x | x | x | x | x | x | x | Original FCRA Agreement from Staff Member Handbook |
| x | x | x | x | x | x | x | x | Original Signed Staff Handbook Acknowledgment from Staff Member Handbook |
| x | x | x | x | x | x | x | x | Original Reference Check Form and Resume if provided by staff member |
| x | x | x | x | x | x | x | x | Original WOTC Form 8850 and copy of Form B when needed – copies should be made for file if original is requested by CIC Enterprises. Applies to staff hired since January 2000. |

*© 1994; 2002 The Cheesecake Factory, Incorporated  ♦ Confidential Information ♦ Do not distribute outside of this company.*
Page 3 of 4

**Policies and Procedures Manual**
Wage & Hour

### I-9s

Original I-9's must be filed separately in the current I-9 Binder, **without** ID attached. A copy should be in the staff member's personnel file.

Additionally, if the INS wishes to conduct an audit, all I-9s are together, and separated from the staff members' files. The INS has legal access to I-9s, but they are not entitled to view the rest of the staff members' files. This protects our staff members' privacy and precludes the INS from viewing information that they do not have to see. See P&P on I-9 Procedure.

If you have any questions regarding new hire paperwork, please consult with human resources or payroll.