| Dept | EE # | 001335-001327 |
|---|---|---|
| 3   0111 | 31110614 | |

# Earnings Statement

**The Cheesecake Factory**

The Cheesecake Factory Restaurants, Inc.
THE CHEESECAKE FACTORY INC
26950 AGOURA ROAD
CALABASAS HILLS    CA 91301
818-871-3000

Page 001 of 001
Period Beg/End:  10/17/2018 - 10/30/2018
                 11/06/2018

CALVAGNO, KEITH
245 CENTEREACH MALL

Hire Date: 03/21/2008

## Earnings
DIR TIPS
REGULAR
NY SPRD
OT 1.5X
IND TIPS
Gross Pay

## Tax Deductions
FIT
MEDEE
NYSDI
NYFMLYLV
NY SIT
FICAEE
Total Tax D

## Additional Deductions
SHOES
ST TAX%1
Total Additional

Net Pay

* Excluded from Taxa

Message: Company Contact 1 (818) 871-3000

©1998, 2006.  ADP, LLC  All Rights Reserved.

TEAR HERE