UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No. 2:21-cv-05017-PCK-SIL

-------------------------------------------------------- x

NOE GONZALEZ,

Plaintiff,

-against-

THE CHEESECAKE FACTORY RESTAURANTS, INC. d/b/a THE CHEESECAKE FACTORY,

Defendant.

-------------------------------------------------------- x

**Supplement Declaration of Javier Gomez**

I, Javier Gomez, make this declaration under 28 U.S.C ¶ 1746

1. On August 18, 2023, I swore to a Declaration that was filed in the above referenced matter as ECF 50-2. Paragraphs 2-13 of the August 18, 2023 Declaration were and are true and accurate. The dates and time frames of Paragraph 1, however, need to be corrected.

2. I have worked for Cheesecake Factory ("TCFI") since August 1, 1998. From November 7, 2007 through March 22, 2011, I worked as the General Manager ("GM") of the TCFI restaurant location in Lake Grove, New York.

3. When completing my August 18, 2023 declaration, I mistakenly inserted the incorrect dates in paragraph 1 that I am now correcting.

4. Attached to this declaration is a true and correct copy of the following document:

   A. TCFI Employee Summary of Javier Gomez confirming hire date of August 1, 1998.

Signed under the pains and penalties of perjury on August 31, 2023.

_/s/ Javier Gomez_
Javier Gomez

10066199v1