## JAVIER GOMEZ - 000139471 - The Cheesecake Factory Restaurants, Inc.

# Employee Summary

JAVIER GOMEZ

## Personal Information

Name
JAVIER GOMEZ

Preferred name
JAVIER

Employee number
000139471

Time clock

Address

Work e-mail

Personal e-mail

iCIMS SystemID

Home Phone

Work Phone

Work extension

## Company

Home company
The Cheesecake Factory Restaurants, Inc.

Company
The Cheesecake Factory Restaurants, Inc.

Location
0020 - WESTBURY

Time Off Seniority
08/01/1998 - 25 years

Ultipro Hire Date
08/01/1998 - 25 years

Concept
TCF - THE CHEESECAKE FACTORY

Department
TCF - THE CHEESECAKE FACTORY

Cost Center

## Job

Job

Description

Status
Active

As of
08/01/1998

Supervisor

Pay group
CFRIM - Cheesecake Restaurants M

Employee type
REG - Regular

Full/Part time
Full Time