June 4, 2024

**Via ECF**
Hon. Pamela K. Chen, U.S.D.J.
United States District Court Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

          Re:     ***Gonzalez v. The Cheesecake Factory Restaurants, Inc.***
                  Case No. 21-cv-5017 (PKC) (SIL)

Dear Judge Chen:

      Pursuant to Your Honor's March 6, 2024 Decision & Order (ECF #53), Plaintiff Noe Gonzalez and Defendant The Cheesecake Factory Restaurants, Inc., write to provide a Joint Status Report. Since Your Honor's decision, the parties have been engaged in extensive settlement discussions, and are on the precipice of achieving a resolution. With the understanding that the parties' next status report is due September 4, 2024, the parties are highly optimistic that a stipulation of discontinuance will be filed well in advance of this deadline, perhaps as soon as within the next week or two.

      The Court's time and attentiveness is sincerely appreciated.

Respectfully submitted,

| | |
|---|---|
| LEEDS BROWN LAW, P.C. | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
| | |
| /s/ *Brett R. Cohen* | /s/ *James M. Coleman* |
| Brett R. Cohen | James M. Coleman |
| One Old Country Road, Suite 347 | 12500 Fair Lakes Circle, Suite 300 |
| Carle Place, New York 11514 | Fairfax, VA 22033 |
| (516) 873-9550 | (571) 522-6111 |
| bcohen@LeedsBrownLaw.com | jcoleman@constangy.com |
| | |
| *Co-counsel for Plaintiff* | *Attorneys for Defendant* |