UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOE GONZALEZ, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>     - against -<br><br>THE CHEESECAKE FACTORY RESTAURANTS, INC. d/b/a THE CHEESECAKE FACTORY,<br><br>                Defendant. | Case No.: 21-cv-5017(PKC)(SIL)<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective undersigned counsel that the above-captioned action is dismissed in its entirety pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure without costs to either party.

Dated: August 27, 2024

| | |
|---|---|
| **LEEDS BROWN LAW, P.C.** | **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP** |
| /s/ *Brett R. Cohen*_____<br>Brett R. Cohen<br>One Old Country Road, Suite 347<br>Carle Place, New York 11514<br>(516) 873-9550<br>bcohen@LeedsBrownLaw.com | /s/ *James M. Coleman*_____<br>James M. Coleman<br>12500 Fair Lakes Circle, Suite 300<br>Fairfax, VA 22033<br>(571) 522-6111<br>jcoleman@constangy.com |
| *Co-counsel for Plaintiff* | *Attorneys for Defendant* |